TOTAL TIME: ___ hours ___ minutes

DEPUTY CLERK _Deio_    HONORABLE _Droney_    (Levigne (October 17, 2001)

RPTR/ERO/TAPE _Marshall_

DATE _10/23/03_    START TIME _3:10_    END TIME _4:38_

RECESS FROM _____    LUNCH RECESS FROM _____  TO _____

TO _____    (if more than 1/2 hour)

_anton\Bauer_

CIVIL NO. _01cv577 CFD_    §
§
§
§
§

vs.

_PAG_

_Risley_
Plaintiffs' Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Shearin_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☒ #95 | Motion | Mot. to Dismiss | ☐ | ☐ | ☒ |
| ☒ #102 | Motion | Miscrel. | ☐ | ☐ | ☒ |
| ☒ #103 | Motion | to extime | ☐ | ☐ | ☒ |
| ☒ #111 | Motion | for Protective order | ☐ | ☐ | ☒ |
| ☒ #113 | Motion | to Strike | ☐ | ☐ | ☒ |
| ☒ #115 | Motion | to compel | ☐ | ☐ | ☒ |
| ☒ #123 | Motion | for Protective order | ☐ | ☐ | ☒ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

| | filed | docketed |
|---|---|---|
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |

_____ Hearing continued until _____ at _____