UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br><br>    PLAINTIFF,<br><br>    VS.<br><br>PAG, LTD.<br><br>    DEFENDANT.<br><br>    VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br><br>    COUNTERCLAIM AND THIRD<br>    PARTY DEFENDANTS. | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br><br><br><br><br><br>NOVEMBER 17, 2003 |

**CORRECTION TO PLAINTIFF, ANTON/BAUER, INC.'S AND THIRD-PARTY DEFENDANTS, ANTON/BAUER, INC. AND ALEX DeSORBO'S RESPONSE TO <u>LETTER BRIEF FILED BY DEFENDANT PAG, LTD., DATED NOVEMBER 6, 2003</u>**

The Plaintiff, Anton/Bauer, Inc. ("Anton/Bauer") and the Third-Party Defendants, Anton/Bauer and Alex DeSorbo, hereby submit this Memorandum to correct one typographical omission contained in their Memorandum dated November 13, 2003. Specifically, the second sentence of the first full paragraph on page 3 should have read: "The documents appended to Mr. DeSorbo's Affidavit of July 2003, <u>at Exhibit 2</u>, which describes several non-infringing alternative uses of the female plate, were secured from an industry catalog which was not in the possession of Anton/Bauer at the time of its initial response." With respect to those materials contained at Exhibit 1 of that Affidavit,

Anton/Bauer simply refers the Court and the parties to the other arguments contained in this November 13, 2003, Memorandum of Law.

        Respectfully submitted,
        Pullman & Comley, LLC


By: __/s/_____
      James T. Shearin (ct 01326)
      Brian C. Roche    (ct 17975)
      Pullman & Comley, LLC
      850 Main Street
      Bridgeport, CT 06604
      Phone: (203) 330-2222 Fax: (203) 576-8888
      E-mail: jtshearin@pullcom.com
           broche@pullcom.com

            – and –

Allen D. Brufsky (ct 04490)
Ferrell Schultz Carter Zumpano & Fertel, P.A.
201 S. Biscayne Boulevard, 34th Floor
Miami, FL   33131
Phone: (305) 371-8585 Fax: (305) 371-5732
*Counsel for Plaintiff and Counterclaim and Third Party Defendants Anton/Bauer, Inc. and Alex DeSorbo*

## CERTIFICATE OF FILING AND SERVICE

I certify that on the 17th day of November, a true and correct copy of the above and foregoing, Correction To Plaintiff, Anton/Bauer, Inc.'s and Third-Party Defendants, Anton/Bauer, Inc. and Alex DeSorbo's Response To Letter Brief Filed By Defendant PAG, Ltd., Dated November 6, 2003, was served on counsel for Defendant as noted below:

Stephen R. Risley
J. Scott Culpepper
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

and

Brien P. Horan
Robinson & Cole, LLP
280 Trumbull Street
Hartford, Connecticut 06013


                                        /s/
                                        Brian C. Roche  (ct 17975)

*Counsel for Plaintiff & Counterclaim
and Third Party Defendants
Anton/Bauer, Inc. and Alex DeSorbo*

BPRT/57052.2/BCR/498374v1