UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 20  P 4: 15

US DISTRICT COURT
HARTFORD CT

ANTON/BAUER, INC.                    :
    Plaintiff,                          :
                                        :
    v.                                  :    Civil Action No.
                                        :    3:01 CV 577 (CFD)
PAG, LTD.,                           :
    Defendant                           :

## RULING ON PENDING MOTIONS

Pending are the defendant's Motion to Renew its Motion for Summary Judgment [Doc. #102], Motion for Protective Order [Doc. #111], Second Motion for Protective Order [Doc. #123], and Motion to Strike [Doc. #113]. Pending also are the third-party defendant's Motion to Dismiss [Doc. #95], the plaintiff's Motion for Extension of Time [Doc. #103], and the plaintiff and counterclaim and third-party defendants' Motion to Compel [Doc. #115]. On October 23, 2003, a hearing was held on pending motions.

The third-party defendant's motion to dismiss [Doc. #95] is DENIED. The plaintiff's motion for extension of time [Doc. #103] is DENIED AS MOOT. The defendant's Motion to Renew its Motion for Summary Judgment [Doc. #102] is DENIED without prejudice to renewal after discovery has been completed on the prongs of the implied license test. The defendant's Motion for Protective Order [Doc. #111] and Second Motion for Protective Order [Doc. #123] are DENIED IN PART. The defendant's Motion to Strike [Doc. #113] is DENIED. The plaintiff and counterclaim and third-party defendant's Motion to Compel [Doc. #115] is GRANTED IN PART.

Plaintiff and counterclaim defendants are permitted to conduct discovery only on the prongs of the implied license test indicated in their memorandum in support of their response to

renewed motion for summary judgment (dated July 3, 2003 with docket #107). No other

discovery is permitted. Any and all discovery relevant to the prongs of the implied license test

must be completed within 90 days of this order.

SO ORDERED this 20ᵗʰ day of November 2003, at Hartford, Connecticut.


**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**