# TKHR

## THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.

ATTORNEYS AT LAW

100 Galleria Parkway, NW
Suite 1750
Atlanta, GA 30339-5948
Telephone: (770) 933-9500
Facsimile: (770) 951-0933
www.tkhr.com

Stephen R. Risley

E-Mail: steve.risley@tkhr.com

December 3, 2003

**VIA FACSIMILE & HAND DELIVERY**

The Honorable Christopher F. Droney
United States District Judge,
  District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re: Anton Bauer, Inc. v. PAG, Ltd.
    Civil Action No. 01-CV-577
    Our File No.: 52308-7010

Dear Judge Droney:

Defendant, PAG Limited, respectfully requests clarification, and/or a conference call with the Court to discuss the Court's November 20, 2003 "Ruling On Pending Motions." Counsel for PAG has been advised by the Court's Chambers to submit a written request to the Court for the Court's consideration. If preferred, PAG will file a formal motion and memorandum. However, in light of the Court's ordered 90-day "limited" discovery period, time is of the essence. Thus, PAG believes that a letter and a conference call are the most efficient route to address the issues raised below.

Briefly, PAG would like to discuss the following two issues:

(1) Since the Court denied PAG's Motion To Renew Its Motion For Summary Judgment without prejudice to renewal after discovery, is PAG also permitted to take discovery during the 90-day "limited" discovery period relating to PAG's implied license defense and Anton/Bauer's rebuttal arguments/evidence thereto?

As currently worded, the Ruling states that "Plaintiff [Anton/Bauer] and counterclaim defendants [Anton/Bauer and Mr. DeSorbo] are permitted to conduct discovery...." See Ruling On Pending Motions at 1. The Ruling does not state that PAG is permitted to conduct any discovery.

INTERNATIONAL PATENT, TRADEMARK AND COPYRIGHT LAW AND RELATED LITIGATION

♦ Atlanta, Georgia ♦ Huntsville, Alabama ♦

---

*[Handwritten notation in left margin:]* The Clerk shall docket this letter and include it in the Court's file. The defendant is permitted to conduct discovery during the 90-day period relating to the implied license test. So ordered.

Christopher F. Droney
United States District Judge
12/4/03