UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br><br>    PLAINTIFF,<br><br>    VS.<br><br>PAG, LTD.<br><br>    DEFENDANT.<br><br>    VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br><br>    COUNTERCLAIM AND THIRD<br>    PARTY DEFENDANTS. | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br><br><br><br><br><br>DECEMBER 12, 2003 |

**PLAINTIFF, ANTON/BAUER, INC.'S,
REPLY TO DEFENDANT, PAG LIMITED'S, COUNTERCLAIMS**

Plaintiff, Anton/Bauer, Inc., (hereinafter "Anton/Bauer " or "Plaintiff'), by and through undersigned counsel, files this Plaintiff, Anton/Bauer Inc.'s, Reply to Defendant, PAG, Limited's, Counterclaims (hereinafter "PAG" or "Defendant"), and states as follows:

1.   Plaintiff admits that the United States District Court for the District of Connecticut has jurisdiction over this matter, including PAG's Counterclaims, and personal jurisdiction over Plaintiff, Anton/Bauer.  Plaintiff denies that the Court has jurisdiction over the third party claims against Alex DeSorbo and that Alex DeSorbo is subject to the personal jurisdiction of the Court.

2.   Plaintiff admits the allegations contained in paragraph two of Defendants' Counterclaims.

3.    Plaintiff is without knowledge as to the allegations contained in paragraph three of Defendant's Counterclaims and therefore denies same.

4.    Plaintiff admits the allegations contained in paragraph four of Defendant's Counterclaims.

5.    Plaintiff denies the allegations contained in paragraph five of Defendant's Counterclaims.

6.    Plaintiff admits that it was the owner of the ' 107 patent.  Plaintiff denies that the '107 patent is in litigation and therefore denies all of the allegations contained in paragraph six of Defendant's Counterclaims.

7.    Plaintiff denies that the '107 patent is in litigation and therefore denies all of the allegations contained in paragraph seven six of Defendant's Counterclaims.

8.    Plaintiff denies the allegations contained in paragraph eight of Defendant's Counterclaims.

9.    Plaintiff admits the allegations contained in paragraph nine of Defendant's Counterclaims.

10.   Plaintiff admits that Defendant, PAG's, L75 battery pack was designed to work with only Anton/Bauer female battery plates.

11.   Plaintiff admits the allegations contained in paragraph eleven of Defendant's Counterclaims.

12.   Plaintiff admits that the PAG L75 battery pack was designed to fit all Anton/Bauer female plates.

13.   Plaintiff admits the allegations contained in paragraph thirteen of Defendant's Counterclaims.

14. Plaintiff admits the allegations contained in paragraph fourteen of Defendant's Counterclaims due to the fact that the '107 patent has expired.

15. Plaintiff denies the allegations contained in paragraph fifteen of Defendant's Counterclaims.

16. Plaintiff admits the allegations contained in paragraph sixteen of the Defendant's Counterclaims.

17. Plaintiff admits the allegations contained in paragraph seventeen of the Defendant's counterclaims.

18. Plaintiff denies the allegations contained in paragraph eighteen of the Defendant's counterclaims.

19. Plaintiff admits the allegations contained in paragraph nineteen of the Defendant's counterclaims.

20. Plaintiff denies the allegations contained in paragraph twenty of Defendant's Counterclaims.

21. Plaintiff denies the allegations contained in paragraph twenty-one of Defendant's Counterclaims.

22. Plaintiff denies the allegations contained in paragraph twenty-two of Defendant's Counterclaims.

23. Plaintiff denies the allegations contained in paragraph twenty-three of Defendant's Counterclaims because the invention is the combination and the battery pack is attached to the female plate in the combination, which constitutes the infringement.

24.	Plaintiff denies the allegations contained in paragraph twenty-four of Defendant's Counterclaims.

25.	Plaintiff is without knowledge as to the allegations contained in paragraph twenty-five of Defendant's Counterclaims, and therefore denies same.

26.	Plaintiff denies the allegations contained in paragraph twenty-six of Defendant's Counterclaims. However, Plaintiff does admit that Plaintiff sought a Preliminary Injunction.

27.	Plaintiff admits that on or about April 23, 2001, Alex DeSorbo, as President of Anton/Bauer, drafted a letter directed to all distributors and dealers. Plaintiff denies all other allegations and statements in paragraph twenty-seven of Defendant's Counterclaims.

28.	Plaintiff denies the allegations contained in paragraph twenty-eight of Defendant's Counterclaims.

29.	Plaintiff denies the allegations contained in paragraph twenty-nine of Defendant's Counterclaims.

30.	Plaintiff denies the allegations contained in paragraph thirty of Defendant's Counterclaims.

31.	Plaintiff denies the allegations contained in paragraph thirty-one of Defendant's Counterclaims.

32.	Plaintiff denies the allegations contained in paragraph thirty-two of Defendant's Counterclaims.

33.	Plaintiff denies the allegations contained in paragraph thirty-three of Defendant's Counterclaims.

34. Plaintiff denies the allegations contained in paragraph thirty-four of Defendant's Counterclaims.

35. Plaintiff denies the allegations contained in paragraph thirty-five of Defendant's Counterclaims.

36. Plaintiff incorporates all of the representations made in answering paragraphs one through thirty-five above of Defendant's Counterclaims.

37. Plaintiff denies the allegations contained in paragraph thirty-seven of Defendant's Counterclaims.

38. Plaintiff admits the allegations contained in paragraph thirty-eight of Defendant's Counterclaims.

39. As to the allegations made in paragraph thirty-nine, the facts speak for themselves and to the extent that the facts differ from the allegations in paragraph thirty-nine of Defendant's Counterclaims, they are denied.

40. As to the allegations made in paragraph forty, the facts speak for themselves and to the extent that the facts differ from the allegations in paragraph forty of Defendant's Counterclaims, they are denied.

41. Plaintiff denies the allegations contained in paragraph forty-one of Defendant's Counterclaims.

42. Plaintiff denies the allegations contained in paragraph forty-two of Defendant's Counterclaims.

43. Plaintiff denies the allegations contained in paragraph forty-three of Defendant's Counterclaims.

44. Plaintiff denies the allegations contained in paragraph forty-four of Defendant's Counterclaims.

45. Plaintiff denies the allegations contained in paragraph forty-five of Defendant's Counterclaims.

46. Plaintiff denies the allegations contained in paragraph forty-six of Defendant's Counterclaims.

47. Plaintiff denies the allegations contained in paragraph forty-seven of Defendant's Counterclaims.

48. Plaintiff denies the allegations contained in paragraph forty-eight of Defendant's Counterclaims.

49. Plaintiff denies the allegations contained in paragraph forty-nine of Defendant's Counterclaims.

50. Plaintiff denies the allegations contained in paragraph fifty of Defendant's Counterclaims.

51. Plaintiff denies the allegations contained in paragraph fifty-one of Defendant's Counterclaims.

52. Plaintiff denies the allegations contained in paragraph fifty-two of Defendant's Counterclaims.

53. Plaintiff incorporates all of the representations made in answering paragraphs one through fifty-two above of Defendant's Counterclaims.

54. Plaintiff denies the allegations contained in paragraph fifty-four of Defendant's Counterclaims.

55. Plaintiff denies the allegations contained in paragraph fifty-five of Defendant's Counterclaims.

56. Plaintiff denies the allegations contained in paragraph fifty-six of Defendant's Counterclaims.

57. Plaintiff denies the allegations contained in paragraph fifty-seven of Defendant's Counterclaims.

58. Plaintiff denies the allegations contained in paragraph fifty-eight of Defendant's Counterclaims.

59. Plaintiff denies the allegations contained in paragraph fifty-nine of Defendant's Counterclaims.

60. Plaintiff denies the allegations contained in paragraph sixty of Defendant's Counterclaims.

61. Plaintiff denies the allegations contained in paragraph sixty-one of Defendant's Counterclaims.

62. Plaintiff denies the allegations contained in paragraph sixty-two of Defendant's Counterclaims.

63. Plaintiff incorporates all of the representations made in answering paragraphs one through sixty-two above of Defendant's Counterclaims.

64. Plaintiff denies the allegations contained in paragraph sixty-four of Defendant's Counterclaims.

65. Plaintiff denies the allegations contained in paragraph sixty-five of Defendant's Counterclaims.

66. Plaintiff denies the allegations contained in paragraph sixty-six of Defendant's Counterclaims.

67. Plaintiff denies the allegations contained in paragraph sixty-seven of Defendant's Counterclaims.

68. Plaintiff incorporates all of the representations made in answering paragraphs one through sixty-seven above of Defendant's Counterclaims.

69. Plaintiff denies the allegations contained in paragraph sixty-nine of Defendant's Counterclaims.

70. Plaintiff denies the allegations contained in paragraph seventy of Defendant's Counterclaims.

71. Plaintiff denies the allegations contained in paragraph seventy-one of Defendant's Counterclaims.

72. Plaintiff denies the allegations contained in paragraph seventy-two of Defendant's Counterclaims.

73. Plaintiff incorporates all of the representations made in answering paragraphs one through seventy-two above of Defendant's Counterclaims.

74. Plaintiff denies the allegations contained in paragraph seventy-three of Defendant's Counterclaims.

75. Plaintiff denies the allegations contained in paragraph seventy-five of Defendant's Counterclaims.

76. Plaintiff denies the allegations contained in paragraph seventy-six of Defendant's Counterclaims.

77. Plaintiff denies the allegations contained in paragraph seventy-seven of Defendant's Counterclaims.

78. Plaintiff denies the allegations contained in paragraph seventy-eight of Defendant's Counterclaims.

79. Plaintiff incorporates all of the representations made in answering paragraphs one through seventy-eight above of Defendant's Counterclaims.

80. Plaintiff denies the allegations contained in paragraph eighty of Defendant's Counterclaims.

81. Plaintiff denies the allegations contained in paragraph eighty-one of Defendant's Counterclaims.

82. Plaintiff denies the allegations contained in paragraph eighty-two of Defendant's Counterclaims.

83. Plaintiff denies the allegations contained in paragraph eighty-three of Defendant's Counterclaims.

84. Plaintiff denies the allegations contained in paragraph eighty-four of Defendant's Counterclaims.

85. Plaintiff incorporates all of the representations made in answering paragraphs one through eighty-four above of Defendant's Counterclaims.

86. Plaintiff denies the allegations contained in paragraph eighty-six of Defendant's Counterclaims.

87. Plaintiff denies the allegations contained in paragraph eighty-seven of Defendant's Counterclaims.

88. Plaintiff denies the allegations contained in paragraph eighty-eight of Defendant's Counterclaims.

89. Plaintiff denies the allegations contained in paragraph eighty-nine of Defendant's Counterclaims.

90. In response to Defendant's Third Party Complaint against Alex DeSorbo, the Plaintiff makes no response as those Counts are not directed against it.

## **AFFIRMATIVE DEFENSES**

1. Each and every Counterclaim asserted fails to state a claim as a matter of law.

2. Each and every Counterclaim asserted is barred by the statute of limitations.

3. The Counterclaim sounding in defamation fails under the doctrine of qualified or conditional privilege.

4. Each and every Counterclaim asserted is barred by the doctrine of laches.

5. Each and every Counterclaim asserted is barred by the doctrine of unclean hands.

6. Each and every Counterclaim asserted is barred by the doctrine of equitable estoppel.

7.  Each and every Counterclaim asserted is barred by the doctrine of waiver.

        Pullman & Comley, LLC

        By:/s/_____
           James T. Shearin (ct 01326)
           Brian C. Roche    (ct 17975)
           Pullman & Comley, LLC
           850 Main Street
           Bridgeport, CT 06604
           Phone: (203) 330-2222  Fax: (203) 576-8888
           E-mail: jtshearin@pullcom.com/broche@pullcom.com

                  **– and –**

        Allen D. Brufsky (ct 04490)
        Ferrell Schultz Carter Zumpano & Fertel, P.A.
        201 S. Biscayne Boulevard, 34th Floor
        Miami, FL  33131
        Phone: (305) 371-8585 Fax: (305) 371-5732
        *Counsel for Plaintiff and Counterclaim and Third Party Defendants Anton/Bauer, Inc. and Alex DeSorbo*

## **CERTIFICATE OF FILING AND SERVICE**

      I certify that on the date hereon, a true and correct copy of the above and foregoing, was served on counsel for Defendant as noted below:

Stephen R. Risley
J. Scott Culpepper
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

Brien P. Horan
Robinson & Cole, LLP
280 Trumbull Street
Hartford, Connecticut 06013

                              /s/
                              Brian C. Roche  (ct 17975)

BPRT/57052.2/BCR/500824v1