134

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br><br>PLAINTIFF,<br><br>VS.<br><br>PAG, LTD.<br><br>DEFENDANT.<br><br>VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br><br>COUNTERCLAIM AND THIRD<br>PARTY DEFENDANTS. | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br>DECEMBER 12, 2003 |

*GRANTED, absent objection. It is so ordered. Christopher F. Droney, U.S.D.J., Hartford, CT*

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

Pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule of Civil Procedure 7(a), the Plaintiff and Counterclaim Defendant, Anton/Bauer, Inc. ("Anton/Bauer"), hereby seeks leave of this Court to file an amended answer in the above-referenced matter. Anton/Bauer's current Answer was filed on or about April 11, 2003. Between that time period and as recent as November 20, 2003, the parties to this action were involved in various procedural disputes surrounding the Defendant, PAG, Ltd.'s Motion to Renew its Motion for Summary Judgment, as well as various motions to compel and for protective orders. By Ruling dated November 20, 2003, the Court has recently resolved these issues for the parties and placed this litigation back on track. Anton/Bauer now seeks to amend its Answer solely to raise various affirmative

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED