FILED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT        2004 JAN 14  P 1: 57

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ANTON/BAUER, INC., <br> Plaintiff, <br><br> v. <br><br> PAG, LTD., <br> Defendant, <br><br> v. <br><br> ANTON/BAUER, INC. and ALEX <br> DESORBO, <br><br> Counterclaim and Third Party <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action
File No.: 3:01-CV-577-CFD

January 12, 2004

## JOINT MOTION FOR EXTENTION OF THE 90-DAY DISCOVERY PERIOD ON THE IMPLIED LICENSE ISSUE

Plaintiff Anton/Bauer, Inc. and Defendant PAG, LTD. hereby jointly petition the Court for an extension of the 90-day discovery period on the implied license issue. Currently, the discovery period is scheduled to close on February 18, 2004, but for good cause, as shown below, the parties jointly request that the Court extend this closing date.

The extension is sought in order to permit the parties to complete the necessary discovery on the implied license issue. The discovery period initially opened on November 20, 2003, but there was uncertainty whether Defendant could take discovery during this time. After seeking guidance from the Court, the Court, on December 4, 2003, clarified its earlier order by expressly permitting Defendant to take discovery. Additional time elapsed before Defendant learned of the Court's order, so several days of the discovery period were lost.

Even in spite of losing a substantial amount of time, the parties have worked diligently to take the necessary discovery. Both parties exchanged letters seeking discovery by referencing previously served interrogatories and document requests, but the holidays protracted and delayed communications between the parties and respective clients. Indeed, Defendant's offices were completely shut down for a substantial time during the holidays, thereby making communication impossible during that time. Moreover, because Defendant is a foreign entity, formulating responses and gathering documents responsive to Plaintiff's discovery requests have proven to require a great amount of time as well.

After the holidays, the parties, upon agreement and stipulation, exchanged new discovery requests on January 8, 2004 focused on the implied license issue. This was done because the parties agreed that prior attempts to incorporate and

limit previously served discovery requests to the implied license issue would likely increase the likelihood of discovery disputes. Thus, in an effort to avoid needless discovery disputes regarding whether certain discovery was or was not relevant to the implied license test, the parties resubmitted highly focused discovery on January 8, 2004. The parties agreed to submit objections by January 16, 2004 and substantive responses by January 30, 2004.

The parties have also indicated the desire to take one or more depositions after the exchange of substantive discovery responses. It is clear that it would be extremely difficult to complete all of the depositions by February 18, 2004—the last day of the 90-day discovery period—especially since foreign entities must be scheduled.

For these reasons, a substantial portion of the 90-day period has expired, and even with the parties' diligent efforts to complete all necessary discovery, the parties agree that an extension is necessary. Consequently, the parties jointly request that the Court extend this discovery period until May 1, 2004. This deadline will afford both parties the opportunity to complete discovery on the implied license issue.

A proposed order is extending the deadline until May 1, 2004 is attached for the Court's convenience.

This 13th day of January, 2004.


ORDER AGREED TO AND SUBMITTED BY:


Attorneys for Plaintiff
Anton/Bauer, Inc.

Attorneys for Defendant
PAG, LTD.


James T. Shearin (ct 01326)
Brian C. Roche (ct 17975)

Stephen R. Risley  (ct22652)
J. Scott Culpepper  (ct22653)
N. Andrew Crain (ct24514)


**PULLMAN & COMLEY, LLC**
850 Main Street
Bridgeport, Connecticut  06604
Telephone:  (203)330-2222
Facsimile:  (203)576-8888
jtshearin@pullcom.com
broche@pullcom.com

**THOMAS, KAYDEN, HORSTEMEYER
    & RISLEY, L.L.P.**
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile: (770) 951-0933


Allen D. Brufsky (ct04490)


**HAHN LOESER + PARKS**
3301 Bonita Beach Road
Suite 308
Bonita Springs, Florida 34134-7836
Telephone:  (239) 949-6580
Facsimile (239) 949-6687

Brien P. Horan (ct06870)


**ROBINSON & COLE, LLP**
280 Trumbell Street
Hartford, Connecticut 06103
Telephone: (860) 275-8200
Facsimile: (860) 275-8299


4

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC., <br>     Plaintiff, <br><br> v. <br><br> PAG, LTD., <br>     Defendant, <br><br> v. <br><br> ANTON/BAUER, INC. and ALEX DESORBO, <br><br>     Counterclaim and Third Party <br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action <br>     File No.: 3:01-CV-577-CFD |

## ORDER

The discovery period on the implied license issue is hereby extended to May 1, 2004. All discovery on this issue must be completed by this date.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on the 13th day of January, 2004, a true and correct copy of the above and foregoing "JOINT MOTION FOR EXTENTION OF THE 90-DAY DISCOVERY PERIOD ON THE IMPLIED LICENSE ISSUE" was served on the following counsel of record:

Stephen R. Risley
**THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.**
100 Galleria Parkway
Suite 1750
Atlanta, Georgia 30339

by depositing a copy of the same in the United States mail, in a properly addressed envelope with sufficient first class postage affixed thereto.

Brian C. Roche
Attorney for Plaintiff

BPRT/57052.2/BCR/503820v1

6