136

FILED

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 JAN 14  P 1:57

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ANTON/BAUER, INC., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil Action <br> ) File No.: 3:01-CV-577-CFD |
| PAG, LTD., <br> Defendant, | ) <br> ) <br> ) |
| v. | ) |
| ANTON/BAUER, INC. and ALEX DESORBO, <br><br> Counterclaim and Third Party Defendants | ) <br> ) <br> ) <br> ) <br> ) |

January 12, 2004

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT  1/21/04

## JOINT MOTION FOR EXTENTION OF THE 90-DAY DISCOVERY PERIOD ON THE IMPLIED LICENSE ISSUE

Plaintiff Anton/Bauer, Inc. and Defendant PAG, LTD. hereby jointly petition the Court for an extension of the 90-day discovery period on the implied license issue. Currently, the discovery period is scheduled to close on February 18, 2004, but for good cause, as shown below, the parties jointly request that the Court extend this closing date.