UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTON/BAUER, INC. | | |
| PLAINTIFF | | |
| VS. | | CIVIL ACTION |
| | | NO. 3:01-CV-577 (CFD) |
| PAG, LTD. | | |
| DEFENDANT | | |
| VS. | | |
| ANTON/BAUER, INC. AND | | |
| ALEX DESORBO | | May 5, 2004 |
| DEFENDANT | | |

### JOINT MOTION REGARDING SCHEDULING ORDER

The parties in this action hereby jointly move for approval of the schedule set forth herein for briefing with respect to the implied license defense raised by defendant, PAG, Ltd., and in response to Anton/Bauer's complaint of patent infringement of United States Patent No. 4,810,204.

In support of this motion, the parties would show the Court that by motion dated June 5, 2003, PAG renewed its motion for summary judgment with respect to the implied license defense. Anton/Bauer responded pursuant to Fed. R. Civ. P. 56(f) seeking time to complete discovery with respect to the issues raised in that motion. The Court thereupon issued its Order dated January 20, 2004 which provided that the parties had until May 1, 2004 to complete discovery with respect to the implied license defense. The parties have now done so and are prepared to move forward with PAG's motion for summary judgment. Anton/Bauer will also file its own summary judgment motion as to the implied license issue.

The parties propose that their respective motions and/or briefing on the motions be filed by May 25, 2004, that any opposition memoranda be filed by June 22, 2004, and that any reply memoranda be filed by July 6, 2004.

PLAINTIFF/COUNTERCLAIM DEFENDANT
ANTON/BAUER, INC. and ALEX DeSORBO

By: _____
James T. Shearin, Esq. – ct 01326
Brian C. Roche, Esq. – ct 17975
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Juris No. 47892 (203) 330-2000
Facsimile (203) 576-8888

Allen D. Brufsky, Esq. – ct 04490
475 Galleon Drive
Naples, Florida 34102
(239) 261-9393
(239) 261-9696


DEFENDANT, PAG, LTD.

By: _____
Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Thomas, Kayden, Horstemeyer
& Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

2

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record, via certified mail/return receipt requested.

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

Brian Horan, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013

James T. Shearin – ct 01326
Brian C. Roche – ct 17975

BPRT/57052.2/JTS/515625v1