UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br>    PLAINTIFF<br>VS.<br><br>PAG, LTD.<br>    DEFENDANT<br>VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br>    DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br>MAY 25, 2004 |

## THE PLAINTIFF, ANTON BAUER, INC.'S
## MOTION FOR SUMMARY JUDGMENT

At issue in this dispute is United States Patent No. 4,810,204 (the "'204 Patent"). Pursuant to Fed. R. Civ. P. 56(c) and D. Conn. L. Civ. R. 56 & 7(a), the plaintiff, Anton Bauer, Inc. ("Anton/Bauer"), moves for summary judgment on the defendant, PAG, Ltd.'s ("PAG") implied license defense. Specifically, PAG cannot demonstrate that the circumstances of the sale of the female plate plainly indicate that an implied license should be inferred or that the female plate of the '204 Patent has no non-infringing use. Moreover, during the course of discovery specifically directed to the implied license issue, Anton/Bauer has identified a wide variety of non-infringing uses of the '204 Patent's female plate. Anton/Bauer's position is set forth more fully in the accompanying memorandum of law.

**ORAL ARGUMENT REQUESTED**

Simultaneously, with the filing of this motion, Anton/Bauer has submitted its Local Rule 56(a)1 Statement, accompanying exhibits and affidavits, as well a memorandum of law. For the reasons set forth more fully in its memorandum, Anton/Bauer respectfully requests that its motion for summary judgment be granted.

PLAINTIFF/COUNTERCLAIM DEFENDANT
ANTON/BAUER, INC. and ALEX DeSORBO

By: _____
James T. Shearin, Esq. – ct 01326
Brian C. Roche, Esq. – ct 17975
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: (203) 330-200
Facsimile: (203) 576-8888

Allen D. Brufsky, Esq. – ct 04490
475 Galleon Drive
Naples, Florida 34102
(239) 261-9393
(239) 261-9696

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record, via certified mail/return receipt requested.

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

Brien Horan, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013

James T. Shearin – ct 01326
Brian C. Roche – ct 17975

BPRT/57052.2/GPIA/518086v1