**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTON/BAUER, INC. | |
| PLAINTIFF | CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| VS. | |
| PAG, LTD. | |
| DEFENDANT | |
| VS. | |
| ANTON/BAUER,INC. AND ALEX DESORBO | |
| DEFENDANT | May 25, 2004 |

## LOCAL RULE 56(a)1 STATEMENT

1.     Plaintiff, Anton/Bauer, Inc. ("Anton/Bauer") is a corporation duly organized and

existing under the laws of the State of Delaware having its principal place of business

at 14 Progress Drive, Shelton, Connecticut 06480.  Anton/Bauer is in the business of

manufacturing battery packs especially designed for use to power professional

portable video cameras.  See Stipulation at ¶ 5, attached hereto as Exhibit A.

2.     Anton/Bauer's battery packs are constructed to incorporate a releasable connection

between the camera and batteries contained within the pack as shown and claimed in

U.S. Patent No. 4,810,204 ("the '204 patent"). The battery pack connection of the '204 patent-in-suit includes (1) a flat female plate (known as the Gold Mount™) having a plurality of keyhole slots and at least one elongated electrical terminal (the female plate is also manufactured by Anton/Bauer and is normally affixed to the camera or other electrically operated device, such as a battery charger); and (2) a flat male plate including a plurality of shaped headed projections adapted to be received in the keyhole slots to releasable lock the female and male plates together, the male plate also including at least one elongated electrical terminal which mates with the electrical terminal on the female plate when the plates are locked together (the male plate is usually a portion of the housing of the pack containing an electrical battery or AC-to DC power source for powering the camera through the mating terminal connection); and (3) a releasable locking means on the female plate for engaging at least one of the headed projections for locking and preventing relative movement between the plates once they are assembled in mating relation. See Ex. A, Stipulation at ¶ 6.

3.      The '204 patent-in-suit comprises 18 claims. In this action, Anton/Bauer asserts that PAG has infringed claims 9 and 11 of the '204 patent. See id., Stipulation at ¶ 21.

4.    Claims 9 and 11 of the '204 patent require, inter alia, a "male plate," a "female plate," and a "releasable locking mechanism on said female plate." See id., Stipulation at ¶ 22.

5.    The "releasable locking mechanism on said female plate" required by the claims of the '204 patent must comprise (1) at least one rotatable member on the backside of the female plate, (2) a pin on said rotatable member between said member and the backside of the female plate, and (3) a means urging the member to a closed condition with said pin disposed in the path of movement of said headed projection inserted in said slot. See id., Stipulation at ¶ 23.

6.    The battery packs at issue in this lawsuit are primarily directed to the professional camera/battery market. In this market, Anton/Bauer generally sells the female plate in two ways. See id., Stipulation at ¶ 11.

7.    The first instance occurs when a camera manufacturer purchases a Gold Mount™ "female plate" directly from plaintiff. The Gold Mount™ generically includes female plates of the type described in the '204 patent. The camera manufacturer incorporates the "female plate" into a camera as an OEM-type part, and then, sells the camera with the Gold Mount™ "female plate" attached thereto to the public. See id., Stipulation at ¶ 12.

3

8.  The second instance occurs when plaintiff sells its Gold Mount ™ "female plate" to end users, such as individuals or major television networks, as an after-market product.  Either way, the only way for the end user, a would-be direct infringer, to obtain the "releasable locking means on said female plate" required by claims 9 and 11 of the '204 patent, is by the sale, authorization, and consent to use by plaintiff.  See id., Stipulation at ¶ 13.

9.  Anton/Bauer also manufactures and sells battery chargers for recharging its batteries.  Anton/Bauer's charger employs the connection described in paragraphs 2-5.  See id., Stipulation at ¶ 7.

10.  Defendant, PAG, Limited ("PAG") is a United Kingdom corporation based in London, England.  PAG introduced its PAG L75 battery pack in the United States in April of 2000.  See id., Stipulation at ¶ 1.

11.  The PAG L75 battery pack in question may also be fitted to plaintiff's Gold Mount™ products employing a female plate with a latch as shown in Figs. 14-19 of U.S. Patent No. 4,180,204.  See id., Stipulation at ¶ 2.

12.  PAG's accused L75 battery packs can only be construed to employ the male plate of the claimed releasable connection.  See id., Stipulation at ¶ 3.

13. Anton/Bauer's female plates are sold principally to camera manufacturers, like Panasonic, which attach them to the back of their cameras and which, in turn, promote use of the Anton/Bauer male plates (the battery pack side of the combination). See Exhibit B, reproducing a true and accurate copy of select pages of the Deposition of Alex DeSorbo, at p. 162 [hereinafter, "DeSorbo Depo."].

14. The resulting purchase of the male plates are made exclusively through Anton/Bauer or its authorized dealers or distributors. See Affidavit of Alex DeSorbo at ¶¶ 3-4, a true and accurate copy of which is attached hereto as Exhibit C.

15. In a small percentage of other instances, Anton/Bauer sells either component of the combination directly to a purchaser, sells the female plate to parties who want to replace a different camera female plate with the Anton/Bauer female plate, or sells the female plates to other manufacturers for any number of noninfringing uses. See id. at ¶ 5.

16. Anton/Bauer's intention whenever it sells its female plate is that it be used only in combination with an Anton/Bauer male plate attached to a battery pack or in some noninfringing alternate manner. Id. at ¶ 6.

17. Anton/Bauer has not condoned the use of any other male plate to be used with the '204 female plate. See id. at ¶ 7.

18. Anton/Bauer plates, both the female and male, are marked with the '204 Patent Number to advise the purchaser/end user that the device is protected by a patent. See id. at ¶ 7.

19. Panasonic, the camera manufacturer who purchases the largest portion of Anton/Bauer's female plates to incorporate on its cameras, specifically advertises the use of the female plate with the Anton/Bauer male plate. See id. at ¶ 3.

20. Anton/Bauer likewise advertises its female/male plates to be utilized in combination with on another. See id. at ¶ 7.

21. Anton/Bauer's warranty language declares void the protections afforded under the warranty in the event that the device in question is used with, among other things, unauthorized attachments. See id. at ¶ 10.

22. Anton/Bauer has been a party to past suits to enforce its intellectual property rights, which include: Anton/Bauer, Inc. v. Energex Systems Corporation, No. 93 Civ. 4682 (DLB) (S.D.N.Y.) and Anton/Bauer, Inc. v. Pana-Tek, Inc. 3:98 CV 604 (CFD) (D. Conn.). See id. at ¶ 11.

23. Anton/Bauer has advised its dealers and distributors by letters dated April 23, 2001 and April 6, 1998, both before and after this litigation was commenced, that it did not condone infringing uses of its Anton/Bauer female plates. See id. at ¶ 12.

24. PAG has not expressed any opinion on the circumstances by which Anton/Bauer's products are sold. <u>See</u> Exhibit D attached hereto, reproducing select portions of PAG's 30(b)(6) deposition at p. 33.

25. A true and accurate copy of the Court's decision dated June 12, 2002, is attached hereto as Exhibit E.

26. A true and accurate copy of United States Patent No. 4,810,204 (the "'204 Patent") is attached hereto as Exhibit F.

27. Anton Wilson is one of the founding principals of Anton/Bauer, Inc. is fully familiar with the patented technology in issue in this litigation, and is the inventor designated in the '204 patent), which he assigned to Anton/Bauer. <u>See</u> Affidavit of Anton Wilson, attached as Exhibit G ("Wilson Aff.") at ¶ 2.

28. Anton/Bauer has been involved in the professional camera and video industry for 34 years. <u>See</u> <u>id.</u>, Wilson Aff. at ¶ 3.

29. Anton Wilson had been the Executive Vice President of Anton /Bauer until 1990, then Chairman of the Board of Directors prior to his retirement in 1997. He was a consultant to the company from 1997 through 2002. He has been issued several patents and is responsible for the development of dozens of Anton/Bauer's products. <u>See</u> <u>id.</u>, Wilson Aff. at ¶ 5.

7

30.     Claim 9 of the '204 patent teaches a direct mechanical and electrical connection between a single male plate attached to a battery (or the like) housing or which forms a side of the housing, and a single female plate which is normally affixed to a camera or electrically operated device.  The female plate has a plurality of keyhole slots and at least one elongated electrical terminal.  The male plate has a plurality of shaped headed projections adapted to be received in the keyhole slots of the female plate serving to connect the female and male plates.  This mechanism forms the mechanical connection described in the patent.  See id., Wilson Aff. at ¶ 7.

31.     The female plate also has a releasable locking means which engages at least one of the headed projections for locking and preventing relative movement between the plates once they are assembled in a mating relation.  This locking means consists of at least one rotatable member on the back side of the female plate which has a pin that engages over the head of the corresponding male projection to lock the plates together.  When the member is rotated, the pin is moved out of engagement to enable uncoupling of the plates. This mechanism forms the releasable locking means of the '204 patent. See id., Wilson Aff. at ¶ 8.

32.     Claim 11 teaches a specific version of the releasable locking means where the pin engages over the head of the male projections by virtue of a torsion spring disposed

8

between the bottom of the rotatable member and a fixed support on the back side of the female plate. See id., Wilson Aff. at ¶ 9.

33. The male plate also includes at least one elongated electrical terminal which mates with the corresponding electrical terminals on the female plate. When these terminals are locked together by virtue of the mechanical connection, they form an electrical connection. See id., Wilson Aff. at ¶ 10.

34. Claim 9 requires that the male plate be positioned so that the terminals of the male and female plate actually connect: "With the one terminal within the main terminal." See Ex. F at Col. 12, Lines 46-47.

35. The terminals referenced in the '204 Patent are electrical in nature. See id. at Col. 6, Line 53-55; Col. 7 at Lines 24-44; Col. 8 at Lines 23-28.

36. The terminals on the female plate permit the electrical connection to the device from the reverse side of the plate. See id. at Col. 6, at 50-54. The terminal on the male plate has a "female contact terminal block in the housing for receiving the companion female electrical contact terminal." Id. at Col. 7, 19-24. These female contact terminals, in turn, are connected by wires to the battery. Id. at 30-35. Once the plates are joined, the "male terminals received in the female contact terminals in holes will self-align and make appropriate contact." Id. at 34-39. When the releasable

connection is detached, "the entire male plate and headed projections can be moved up and out of corresponding keyhole slots, breaking the electrical connection between the terminal contacts on the male and female plates." Id. at Col. 12, Lines 35-42.

37.    The purpose of the '204 patent was to improve on the way in which the battery pack and device connection combination as disclosed in United States Patent Nos. 4,218,107 ("the '107 patent") and 4,550,968 ("the '968 patent"). Anton Wilson was the inventor as designated in both those patents and assigned them to Anton/Bauer. See Ex. G, Wilson Aff. at ¶ 11.

38.    In the background section of the '204 patent, Anton/Bauer explained that under the '107 patent, the female plate was connected to an electrical device and the male plate was part of a battery pack. To connect the two plates, the user positioned the male plate against the female plate with initial alignment occurring between the recess and the housing and with said alignment preventing lateral shifting of the plates with respect to the slots and the keyholes. The user could then move the male plate in only the direction of the keyhole slots until the headed projections entered into circular openings of the keyholes. The male plate was then further moved to position the projections within the slots of the keyholes with said moving causing an electrical connection between the male and the female terminals and engagement with a

flexible locking strip to prevent movement of the plates. See Ex. F, '204 Patent, at column 1, lines 52-64; Ex. G, Wilson Aff. at ¶ 12.

39. The '204 patent improved upon the releasable connection taught by the '107 patent, replacing the flexible locking strip with a "positive, thumb-activated pivoted locking mechanism having a locking pin adapted to be positioned over one of the headed projections on the male plate after it is seated in the slot portion of a corresponding keyhole slot in the female plates." See Ex. F, '204 Patent at Col. 3, lines 50-55. In the first paragraph of the summary section of the '204 Patent, Anton/Bauer explained that when the releasable connection was detached, "the entire male plate and headed projections can be moved up and out of corresponding closed keyhole slots, breaking the electrical connection between the terminal contacts on the male and female plates." Those terminal contacts are the very terminal contacts that are mentioned in Claim 9 ; see id. at Col. 12, lines 35-42; and described in the description of the preferred embodiment. See id. at Column 6 at lines 50-60 (describing electrical terminal assembly of the female plates); Column 7, lines 19-24 (describing electrical terminal assembly of the male plates); Column 7, lines 31-42 and Column 9, lines 23-34 (describing process of electrical connection formed by mating of the plates); and

Column 8, lines 21-27 (describing detachment releasable locking means breaker for electrical connection); <u>see generally</u> Ex. G, Wilson Aff. at ¶ 13.

40. The '204 Patent issued on March 7, 1989. <u>See</u> Ex. G, Wilson Aff. at ¶ 14.

41. Anton/Bauer began manufacturing its '204 female plate during 1987. More specifically, Anton/Bauer at that time set about to discontinue the use of female plates of the '107 and '968 patents in its products and commenced manufacture and sale of female plates taught by the '204 patent. <u>See</u> Ex. G, Wilson Aff. at ¶ 15.

42. As of the time that Anton Wilson left the employment of Anton/Bauer, the company had not been manufacturing '107 or '968 female plates for at least 10 years. <u>See</u> <u>id.</u>, Wilson Aff. at ¶ 16.

43. The Anton/Bauer female plate and the Sony "V" or "wedge mount plate are two widely used battery connection means in the professional video camera industry. Anton/Bauer sells its Anton/Bauer female plates to Panasonic to be affixed to its cameras as well as to resellers to be affixed to other brand cameras. Sony "V" or "wedge" mount means are integral to Sony cameras. <u>See</u> <u>id.</u>, Wilson Aff. at ¶ 17.

44. It is common for manufacturers, including Anton/Bauer and Sony, to make use of these plates for attaching any number of devices to the back of a camera which do not

employ the teachings of the '204 patent, or for that matter, the '107 or '968 patents. See id., Wilson Aff. at ¶ 18.

45.     For example, there are adapters that battery manufacturers build to accommodate different power sources with different camera mountings. There are a number of manufacturers who build such adapters to permit a connection to be made with a battery whose mounting connection is incompatible with the female fitting that happens to be mounted to the camera or other device. PAG made such an adapter to mount its own incompatible connecting batteries to the '204 female plate. See Ex. G, Wilson Aff. at ¶ 19.

46.     Generally, these adapter units do not infringe the '204 patent because the '204 teaching is employed to effect the direct and releasable mechanical and electrical connection of a battery or the like. In the PAG 9518 adapter, for example, the '204 female and the male plate of the PAG adapter are attached, but the PAG male plate is not part of a battery or power source housing; nor are the male and female '204 designs used to form a releasable connection for a battery or other power source. Rather, the PAG male plate only (without the battery) forms part of an adapter. The other part of this adapter is a female plate for PAG's own PAGlok mounting system which is mated then to a PAG battery with a male PAGlok plate. Claim 9 of the '204

13

patent teaches a battery connection consisting of a male and female plate – one to be attached to the device to be powered and the other attached to the power source. In this adapter scenario there is a '204 male and female plate, but there is as well at least one adapter attached to a alternate source of power with its own releasable means for mechanical and electrical connection. See id., Wilson Aff. at ¶ 20.

47.     By contrast, the PAG L75 is a battery with a housing constructed integrally with a '204 male plate, designed to directly mount to the '204 female plate. The unit sold by PAG consists of a male plate attached to the battery and the connection, when made to a '204 female plate attached to a device (such as a video camera), is identical to that taught by the patent. It forms a releasable connection for the battery consisting solely of a male and a female plate. See id., Wilson Aff. at ¶ 21.

48.     It is also common for manufacturers to make use of the Anton/Bauer female plate as a hanger for any number of accessory uses, particularly with high definition film production. Sometimes, these uses do not involve any power connection at all; sometimes the power connection is formed by a separate connection after the accessory device is attached to the camera. During Anton Wilson's time at Anton/Bauer, there were several instances where manufacturers of such devices called Anton/Bauer to discuss these uses. In some instances, Anton/Bauer sold male

14

plates to these manufacturers to facilitate the devices they were selling. See id., Wilson Aff. at ¶ 22.

49.   Attached hereto as Exhibit H is a photograph of the Aspen Model # Dual NP/AB.

50.   A true and accurate copy of the 1999 Aspen Electronics, Inc. catalog is attached hereto as Exhibit I.

51.   Attached hereto as Exhibit J is a photograph of the Aspen PSM-160.

52.   Attached hereto as Exhibit K are photographs of the Absolute # VB-NH 13A4.

53.   James B. Hurwitz is the Western United States Regional Sales Manager for Telecast Fiber Systems, Inc. ("Telecast"). He is also the Product Manager for Telecast's "Copperhead" device. See Affidavit of James B. Hurwitz, attached as Exhibit L ("Hurwitz Aff.") at ¶ 2.

54.   Telecast is a Massachusetts corporation formed in 1991. Telecast is a leading manufacturer of portable and fixed fiber optic systems for television broadcast production and other high performance video/audio communications. Its video, audio, and communications systems are used worldwide by TV networks, teleproduction companies, private and government institutions and facilities, and telecommunications providers. See Ex. L, Hurwitz Aff. at ¶ 3.

55.    Telecast manufactures a device, called a "Copperhead," which is a fiber optic multiplexing system that is adapted to mount directly between a video camera and camera battery pack, eliminating the need for triaxial adapters or other electrical cables at the camera and remote equipment.  A fiber optic cable carries upstream and downstream television signals between the camera-mountable transceiver and a remote base station transceiver.  James B. Hurwitz is one of the inventors of this device.  See id., Hurwitz Aff. at ¶ 6.

56.    Depending on customer specification, the Copperhead device comes equipped from its manufacturer with either an Anton/Bauer, Sony or PAG male plate, and is mounted to the corresponding female counterpart on the camera. See id., Hurwitz Aff. at ¶ 7.

57.    The standard Copperhead device is typically powered through a battery source.  The Copperhead "PowerPlus" device, an accessory to the standard "Copperhead," is powered directly through a hybrid copper/fiber optic cable, as opposed to a battery. See id., Hurwitz Aff. at ¶ 8.

58.    Thomas Dickinson is the General Manager of Bexel Corp. ("Bexel").  See Affidavit of Thomas Dickinson, attached hereto as Exhibit M ("Dickinson Aff.") at ¶ 2.

59.    Bexel was formed in 1981.  It specializes in providing video and camera equipment and ancillary support products to the film production industry.  Bexel has the largest inventory of rental equipment in the world for professional video, audio and customer specialty rental configurations.  Bexel clients range from individual customers to outfitting all equipment for large productions such as broadcast television shows and the Olympics.  Bexel frequently designs and fabricates tailor-made technical solutions to address special needs presented by its customers.  <u>See</u> Ex. M, Dickinson Aff. at ¶ 3.

60.    Preston Cinema Systems ("Preston") makes a device known as the FI+Z which can attach to the back of a camera via an Anton/Bauer female plate.  <u>See id.</u>, Dickinson Aff. at ¶ 10.

61.    The FI+Z allows a zoom lens on the camera to be operated remotely.  It is attached to the back of the system with the female plate on the camera and the male plate on the device.  The device can be powered remotely, in which case no power unit is attached to it.  It can also be powered by a battery pack.  The device comes equipped with a female plate (the manufacturer is specified by the customer) and a battery pack with a corresponding male plate is then attached to the power unit and the camera.  When a

charge is required, the battery is released from the back-most connection; the device is not released to charge a battery. See id., Dickinson Aff. at ¶ 11.

62.    Products Bexel has considered in the past include a DVC-820 Down Converter and DV Encoder for HD Acquisition (made for Panasonic cameras) and its counterpart the DVC-800 (made for Sony cameras), both made by Miranda Corporation. These devices are designed to enhance electronic acquisition of material using HD cameras such as the Sony HD CAM or Panasonic AJ-HDC27F. The DVC-800/820 units provide a unique combination of outputs and functionality to facilitate monitoring, and rough cut editing in the preparation of dailies while a photographer is on site. See id., Dickinson Aff. at ¶ 12.

63.    The DVC-units must be attached to the back of a camera. The DVC-800-IDX model mates to a Sony HD CAM, which camera uses a standard Sony V mount female plate. The DVC-800-IDX has a Sony male plate affixed to it, which is then attached directly to that V mount. See id., Dickinson Aff. at ¶ 13.

64.    The DVC-820-ANTON is attached directly to a Panasonic HD camera using the Anton/Bauer female mount. The DVC-820-ANTON attaches directly to that mount. The DVC-820-ANTON itself comes with a plate having three mushroom lugs and an electrical terminal. The lugs fit into the holes of the female plate and the terminal on

18

the male and female plates are connected when the attachment is made. See id., Dickinson Aff. at ¶ 14.

65.   The device is designed to be affixed to the camera through not only use of the Sony or Anton/Bauer mounting plate, but also by two screws which are affixed to the camera. The device does not release from the camera unless those screws are removed. In situations where a battery pack is then connected to the device, it is the battery pack that is released, not the device. See id., Dickinson Aff. at ¶ 15.

66.   The DVC-820 device may be powered by an energy source located in a belt or remaining stationary on a table through use of a cable and plug. See id., Dickinson Aff. at ¶ 16.

67.   Alternatively, the DVC-820 device may be powered by a battery pack such as that provided by Sony, Anton/Bauer, or PAG. Miranda sells adapters for the DVC device that accommodate battery packs by each of the manufacturers. See id., Dickinson Aff. at ¶ 17.

68.   The Evertz down converter, model number F9-2410 MD, operates similarly to the way the Miranda device works and accomplishes the same purpose. See id., Dickinson Aff. at ¶ 18.

69.  The Evertz device is sold to be attached to the already existing camera plate (based upon the customer's specifications) by use of a male counterpart. The back of the device comes equipped with another female plate (again, as ordered by the customer) to which the corresponding battery pack (equipped with the male plate) is then attached. The unit and camera are then powered by that battery pack. When a charge is required, the battery is released from the back-most connection; the device is not released to charge a battery. See id., Dickinson Aff. at ¶ 19.

70.  The FireStore FS-3 and DR-DV5000 are hard disk video recording devices. See id., Dickinson Aff. at ¶ 20.

71.  The FS-3 mounts to Sony cameras with the standard Sony V mount and to Panasonic cameras with the standard Anton/Bauer female mount. The device is sold with the male plate that connects with the female plate on the camera. The unit may be powered either remotely through a battery belt or a stationary power supply, or through a battery connection. Focus Enhancements, in fact, sells units with Sony, Anton/Bauer or PAG configurations. The battery, when change is required, is released from the back-most connection, the device is not released to change a battery. The DR-DV5000 is designed specifically for a JVC Camcorder and is attached and operates in the same fashion as the FS-3. See id., Dickinson Aff. at ¶ 21.

72.  Bexel has also designed, fabricated, and rented a power distribution box that attaches directly to the Anton/Bauer female plate.  The box receives power from a remote source (there is no battery pack) and distributes it, through wiring, to the camera and through cables to a script light (a device for powering the zoom lens and other ancillary uses).  The camera has the Anton/Bauer female plate and the box has the Anton/Bauer male plate and these are mechanically and electrically connected. See id., Dickinson Aff. at ¶ 22.

73.  The industry also uses wireless audio signal receivers, including the Azden 1000 URX/AB made by Azden Corp.  The 1000 URX version attaches directly to the camera with Velcro strips.  The 1000 URX/AB version, however, attaches directly to the camera by use of the camera -side Anton/Bauer female plate and an Anton/Bauer male plate attached to the receiver.  The device may then be powered remotely, or a user may take advantage of the female plate on the reverse side of the receiver, to attach an Anton/Bauer battery pack (with male plate).  When a charge is required, the battery is released from the back-most connection; the device is not released to charge a battery. See id., Dickinson Aff. at ¶ 23.

74.     All of the female mounts for the Panasonic HD camera that Bexel has in its possession are marked with U.S. Patent No. 4,810,204. See id., Dickinson Aff. at ¶ 24.

75.     J. Thomas Webb is the Chief Executive Officer of Camplex Corp. ("Camplex"). See Affidavit of J. Thomas Webb, attached hereto as Exhibit N ("Webb Aff.") at ¶ 2.

76.     Camplex was formed in 1989. It specializes in designing and making and marketing electronic signal conveyance products for the television production industry. See Ex. N, Webb Aff. at ¶ 3.

77.     Camplex designed and makes a device, called a "CP 301B," which consists of a lightweight camera adapter and rack-mountable control unit which multiplexes video and audio signals through a single coax cable between the production control center and the camera location. See id., Webb Aff. at ¶ 5 and Ex. 1 thereto.

78.     The Camplex CP 601 is another modular system that Camplex designed and makes that sends component video signals from the camera to the control point on a single cable. The system consists of a control unit and the camera adapter. See id., Webb Aff. at ¶ 6 and Ex. 2 thereto.

79.     The CP 301B and CP 601 are often sold with a plate to allow mechanical docking of the device with the Anton/Bauer female plate attached to the camera. The adapter

plate is model number CAB-23. Camplex also sells adapter plates that similarly configure its device for use with Sony female plates (Model No. CBP-23) and PAG female plates (PAG-23). In each instance, the female plate on the camera simply acts as the docking mechanism for our device. The customer specifies these particular docking requirements as part of our configuration checklist. See id., Webb Aff. at ¶ 7 and Ex. 3 thereto at § K.

80.     The CAB-23 consists of a metal plate to which are affixed three-headed projections which mate with the holes in the Anton/Bauer female plate. There is, however, no electrical terminal. The connection to the Anton/Bauer female plate is only mechanical, not electrical. See id., Webb Aff. at ¶ 7 and Ex. 2 thereto at 1, 2.

81.     As typically sold, the CP 301B and CP 601 are powered remotely through a cable connected to a stationary power source or battery pack. There is no direct battery connection that makes use of the hotshoe (the Anton/Bauer electrical terminals). See id., Webb Aff. at ¶ 8.

82.     When Camplex first designed the Camplex CP 301B, Camplex contacted Anton/Bauer to advise Anton/Bauer of Camplex's intention to make use of Anton/Bauer's Gold Mount because Camplex knew that Anton/Bauer held the patents, having seen that the plates were marked with patent numbers. Anton/Bauer

23

had no objection to Camplex's use of Anton/Bauer's female plate in this way. Camplex currently makes its own male mechanical adapter plates, which Camplex engineered to fit the Anton/Bauer female plates. When Camplex's customers do not have an Anton/Bauer female plate, Camplex purchases the female plates used in the CPN 2378 from Anton/Bauer. See id., Webb Aff. at ¶ 12.

83.    Attached hereto as Exhibit O is a photograph of the Aspen NP/AB.

84.    The Aspen NP/AB device employs the three-stud mount system for interfacing NP-style batteries with the Anton/Bauer female plate. See Ex. C, DeSorbo Aff. at ¶ 13.

85.    This device, however, does not employ the specific mechanical connection with releasable locking means which allows for the quick release capability taught under the '204 Patent. See id. Rather, the Aspen NP/AB has a different mechanical connection. One of its headed projections is purposefully smaller to avoid the pin assembly discussed in Claim 9. Id.

86.    Aspen forms its locking connection by use of a lever on its male plate which engages the perimeter of the Anton/Bauer female plate when the two are fully mated. The Aspen NP/AB release is also different from Claim 9. To release the Aspen adapter, the user must depress the lever on the side of the adapter, releasing the adapter from the '204 female plate, and moving the two components apart. See id.

87. Attached hereto as Exhibit P is a copy of the Frezzi Energy Systems Catalog.

88. Attached hereto as Exhibit Q is a copy of the Frezzolini 2004 Products Catalog.

89. Attached hereto as Exhibit R is the IDX Absolute Power Solutions Product Catalog.

90. Attached as Exhibit S is a photograph of the IDX NH-100AB.

91. Attached as Exhibit T is a photograph of the Frezzolini ABSO1FR Adapter Plate for Anton/Bauer mounts to Sony batteries.

92. Attached as Exhibit U is the 2003 Anton/Bauer Product Catalog, as well as photographs of the Anton/Bauer ABSO XLR.

93. Attached as Exhibit V is a true and accurate copy of United States Patent No. 6,638,086 B2.

94. Attached as Exhibit W are photographs of the PAG 9518 PAGlok Adaptor.

95. Attached as Exhibit X is a copy of PAG's 2003 Product Catalog.

96. In the professional camera industry, there are four significant manufacturers of batteries: Anton/Bauer, PAG, Sony and IDX. See Ex. C, DeSorbo Aff. at ¶ 15. The batteries produced by each of these manufacturers are configured in such a way so that it regularly mates with its own unique connector plate and are incompatible with one another by design. Id.

97.     The PAG 9518 is specifically marketed by PAG as being compatible with Anton/Bauer batteries. <u>See</u> Ex. X, PAG's catalog. PAG has acknowledged that its Model 9518 "adapts PAGlok batteries with Anton/Bauer-type mounts." <u>See</u> Exhibit Y attached hereto, reproducing a true and accurate copy of PAG's Supplemental Responses to Plaintiff's Interrogatories at No. 6.

98.     The PAG 9518 enables camera operators to utilize PAG batteries in conjunction with a camera that is equipped with an Anton/Bauer female plate connection. The PAG 9518 does not practice a releasable connection for a battery pack or the like comprised of only two plates, the male and female. The 9518 adapter has intervening elements between the DC device and the battery other than the Anton/Bauer female and male plates. The release when activated on the Anton/Bauer female plate, releases the adaptor only; the battery remains attached and can neither be replaced nor charged. <u>See</u> Ex. C, DeSorbo Aff. at ¶ 7.

99.     Attached as Exhibit Z is a photograph of the Anton/Bauer NP/BP adapter.

100.    Anton/Bauer manufactures the NP/BP battery adaptor. In this device, a version of the male plate is affixed to a container that in turn is capable of holding an NP battery. The container is then connected to the camera through the female plate. There is no direct connection to the battery or the like. Rather, the direct connection from the

battery pack is to the container that holds the battery. In fact, the battery is removed by lifting the lid on the container while the container remains affixed to the adapter plate. The '204 releasable connection only releases the adapter from the female '204 plate. See id., DeSorbo Aff. at 18; see Ex. B, DeSorbo Depo. at p. 66.

101. Attached as Exhibit AA hereto is a Miranda Corporation Product Catalog concerning the DVC-800.

102. Attached as Exhibit BB hereto is an Everetz Product Catalog displaying the F9-2410MD.

103. Attached as Exhibit CC hereto are product materials for Focus Enhancements Model Nos. FS-3 and DR-DV 5000, as well as photographs of the Firestore FS-3.

104. Attached as Exhibit DD hereto is an illustration of the Azden 1000 URX/AB and photographs of same.

105. PAG has not conducted an independent analysis to determine whether there are any non-infringing alternatives, and takes no position with respect to whether any noninfringing alternatives exist. See Ex. D, PAG Depo. at pp. 135-36; see id. at pp. 122-123 (concerning IDX NH-100 AB); pp. 171-172 (Anton/Bauer NP-BP Adaptor); pp. 193-94 (Aspen NP/AB); pp. 197-198 (Azden Model 1000 URX/AB); pp. 198-199 (ABSO XLR); pp. 204-206 (Focus Enhancements Model DR-DV 5000); pp. 207-208

(Focus Enhancements Fire Store FS-3); pp. 117-120 (Sony SOABSO1FR); pp. 120-134 (IDX NH-100AB); pp. 198-99 (Anton/Bauer ABSO XLR); pp. 213-216 (Camplex CAB-23); pp. 216-221 (Aspen PSM-160); pp. 222-223 (Absolute VB-NH13A4).

PLAINTIFF/COUNTERCLAIM DEFENDANT
ANTON/BAUER, INC. and ALEX DeSORBO

By:_____
      James T. Shearin, Esq. – ct 01326
      Brian C. Roche, Esq. – ct 17975
      Pullman & Comley, LLC
      850 Main Street, P.O. Box 7006
      Bridgeport, CT  06601-7006
      Phone:  (203) 330-200
      Facsimile:  (203) 576-8888

      Allen D. Brufsky, Esq. – ct 04490
      475 Galleon Drive
      Naples, Florida 34102
      (239) 261-9393 /(239) 261-9696

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record, via certified mail/return receipt requested.

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

Brien Horan, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013

James T. Shearin – ct 01326
Brian C. Roche   – ct 17975

BPRT/57052.2/BCR/517433v4

29