Page 38

1    A    Certainly at least a dozen.
2    Q    Does Anton/Bauer sell NB and BP type
3    batteries?
4    A    Only now through Aspen. We didn't.
5    Q    So you stopped in February 2002 or so?
6    A    No. We -- we sold them up until the mid, I
7    believe the mid '90s. They weren't -- we decided that
8    it -- it didn't fit our product line and it wasn't
9    competitive with how commoditized that particular --
10   those particular batteries had gotten in the
11   marketplace. It was an unprofitable product line. We
12   chose to drop it.
13   Q    About what percent of the market share did
14   you have of the NB, BP type battery sales?
15   A    Oh, very small. Very small.
16   Q    Meaning less than 5 percent?
17   A    I would guess that would be correct.
18   Q    Okay. So you stopped in the '90s, late '90s?
19   A    I think that would be right. Mid '90s.
20   Q    And now Aspen is still selling them?
21   A    Aspen is still selling them.
22   Q    Anton/Bauer is selling them under the Aspen
23   name?
24   A    Yes.
25   Q    And -- and what's the market share under the

Page 39

1    Aspen name of these BP/NP type batteries?
2    A    Probably just as small, 5 percent.
3    Q    Less than 5 percent? About how much of the
4    battery market are -- market battery sales are NP/BP
5    type batteries?
6    A    I -- I would estimate that -- that they
7    certainly hold, I don't know, my guess would be
8    somewhere around a third of the world market is still
9    in NP's and BP's.
10   Q    Do you have industry reports, something that
11   show that or studies that Anton/Bauer commissions?
12   A    No.
13   Q    How do you know what's going on in the
14   market? I mean what -- what's the basis for the
15   one-third response?
16   A    Just my understanding from between trade
17   shows, customer visits, my own salespeople's reports.
18   Q    And I may have already asked this, but does
19   Anton/Bauer still sell an Anton/Bauer adapter plate for
20   an NP or BP type battery?
21   A    Yes.
22   Q    Okay. So Aspen does and Anton/Bauer does --
23   A    Yes.
24   Q    -- today?
25   A    Yes.

Page 40

1    Q    How many different models? Is it just one?
2    A    There's one Anton/Bauer adapter. There's, I
3    believe there's just one still in the line for Aspen.
4    Q    How many of those do you sell in a given
5    year?
6    A    Oh, I don't know an exact number.
7    Q    Do you have -- obviously --
8    A    Couple hundred.
9    Q    Couple hundred a year?
10   A    Couple hundred a year.
11   Q    For --
12   A    The total of both of them.
13   Q    Anton/Bauer or both?
14   A    Probably for both.
15   Q    You've got -- I think you have sales reports
16   that would indicate how many of these devices you've
17   sold at least since you bought Aspen?
18   A    Yeah.
19   Q    Who buys these adapters?
20   A    Someone -- typically someone who is
21   outfitting a camera with a -- someone who is trying to
22   transition from an NP battery inventory, they have
23   cameras with NP batteries, are relatively dissatisfied
24   with that level of performance, wish to outfit their
25   cameras with Anton/Bauer batteries and corresponding

Page 41

1    chargers, but wish to make use of their existing
2    inventory in an emergency.
3    Q    Do they then also have this -- this customer
4    you're describing, do they also already have the Gold
5    Mount female plate or do they need to purchase that?
6    A    Probably purchase it. And there's various --
7    I mean we could sit here all day and put up
8    permutations of a potential customer who -- who might
9    use one of these adapters, but generally from Anton/
10   Bauer's point of view, that's where we would sell those
11   adapters.
12   Q    And your sales data would indicate the names
13   of the customers that bought these adapter plates?
14   A    Probably not. They might have -- they might
15   only reflect a dealer who would have bought them to
16   sell them to a customer.
17   Q    So you -- that's a good question. So you,
18   Anton/Bauer does not sell directly --
19   A    I didn't ask a question.
20   Q    Do you sell directly to end users? Or do you
21   just --
22   A    On occasion, yes.
23   Q    -- sell to dealers and distributors?
24   A    Yes.
25   Q    Okay. On what occasions?

Page 42

1  A  Depending on the -- on the customer, we'll
2  sell through our customer support group, trade-ins,
3  that type of activity.
4  Q  And -- and for the -- for the direct sale to
5  the end user, you would have salesmen?
6  A  We have house accounts, so large networks
7  would be a house account, so that would be categorized
8  as a direct sale.
9  Q  What's a large network?
10 A  NBC would be a large network --
11 Q  Okay.  So who else --
12 A  By way of an example.
13 Q  Is NBC an end user you sell directly to?
14 A  Yes.
15 Q  Who are the other ones?
16 A  NBC, CNN, ABC, certainly all the major
17 networks operating in the United States.  They would be
18 direct customers.  Large rental companies might be
19 direct customers.
20 Q  And, again, you'd have a list that would
21 indicate who all these direct sale end users are?
22 A  Yes.
23 Q  And -- and what products they purchased?
24 A  Yes.
25 Q  Now, with respect to the sales to the dealers

Page 43

1  and distributors, though, you only know what you sold
2  to the dealers and distributors?  Meaning you don't
3  know who they turned around and sold the product to?
4  A  No, we wouldn't necessarily have records that
5  would show that.
6  Q  Are there any reporting requirements that you
7  impose on a dealer/distributor?
8  A  No.  No.
9  Q  So they don't have to tell you who they sold
10 them to --
11 A  No.
12 Q  -- or what they sold them?
13 A  No.
14 Q  And you don't know with the dealer/
15 distributor what their inventory is or is not?
16 A  No.
17 Q  Do you want to take a break?
18 A  That would be great.
19 Q  Okay.
20 A  I'm looking for some coffee now.
21    THE VIDEOGRAPHER:  Going off the record
22 at 9:58 a.m.
23    (Recess.)
24    THE VIDEOGRAPHER:  Back on the record at
25 10:06 a.m.

Page 44

1  Q  Mr. DeSorbo, before the break, we were
2  talking about these adapter plates, and I'd like to
3  kind of switch to the Gold Mount female plate real
4  quickly.
5  A  Okay.
6  Q  What percent of the U.S. market of female
7  plates are Gold Mount female plates?  Do you know what
8  I mean?
9  A  No, I don't know what you mean.
10 Q  Well, of all the female plates that are out
11 in the U.S. market, roughly what percent of those
12 female plates are Gold Mount type female plates?
13    MR. SHEARIN:  I'm going to object unless
14 you can demonstrate the relevancy to the limited
15 discovery the court's permitted right now.
16    MR. RISLEY:  Like I said out in the
17 hall, I think it goes to circumstances of the sale.
18    MR. SHEARIN:  But that has nothing to do
19 with the female plate out there.  We're talking about
20 noninfringing alternative uses for that female plate.
21 How many female plates are out there is I think
22 irrelevant.
23    MR. RISLEY:  I -- I don't think it
24 necessarily is.  I'd like to know if 100 percent of all
25 the backs of all the cameras are Gold Mount type female

Page 45

1  plates or not.  And based on that, then we can know
2  what percent of the market is being used to attach to a
3  camera that doesn't even relate to a Gold Mount.
4     MR. SHEARIN:  Do the last part again.
5  How much?
6     MR. RISLEY:  It -- it goes to what's
7  being connected to the female plate which goes directly
8  to a noninfringing use.
9     MR. SHEARIN:  But if it's 100 percent of
10 the market or 50 percent of the market, the question
11 is:  Are there alternative uses for that plate.
12    MR. RISLEY:  Right.
13    MR. SHEARIN:  Yes.
14    MR. RISLEY:  I don't know that I'm going
15 to convince you here.  Are you going to instruct him
16 not to answer or --
17    MR. SHEARIN:  I'm going to instruct him
18 not to answer right now.
19 BY MR. RISLEY:
20 Q  Are you going to follow that instruction?
21 A  Am I going to follow that instruction?
22 Q  Yeah.
23 A  Yeah.
24 Q  Okay.  And I don't want you to answer it, but
25 for that instruction, could you telling me today what

12 (Pages 42 to 45)

**Page 162**

1  you mean by that?
2    A  A business -- to where?
3    Q  You talked within the context of the camera
4  manufacturers that they're talking to their design
5  people, I think you said that there was just an
6  understanding about using Anton/Bauer's male plate
7  battery packs.
8    A  Right.
9    Q  And what -- what do you mean by that? What's
10 the basis for that statement?
11   A  For them also, the only reason for them to
12 put a 204 female plate on their device would be to tell
13 their customers that they have features, functionality,
14 and the brand association with Anton/Bauer. That's the
15 rationale for them wanting to use the -- to promote
16 the -- the male side of that connection. Otherwise,
17 they would never talk to us about the female side.
18 There's only one reason to talk about the female side.
19 There's -- outside of us, there's nobody else -- and
20 whatever your clients make -- there's really no other
21 alternative to using Anton/Bauer. That's the
22 assumption. You buy a female plate; you use Anton/
23 Bauer. Ham and eggs. One goes with the other.
24   Q  But you could use an adapter plate to adapt
25 some other battery to the female plate, right?

**Page 163**

1    A  You could, but there -- it's not a relatively
2  elegant solution, and the camera manufacturer wouldn't
3  have any reason to promote that. They've invested in
4  Anton/Bauer by buying the female plate, they've
5  invested in their manufacturing operations, they've
6  invested in their collateral materials to support
7  Anton/Bauer batteries and chargers. So there'd be no
8  reason for them to promote necessarily the use of any
9  other battery.
10   Q  Coming back to your -- to what you said about
11 what you meant by business understanding, is there
12 anything else that forms the basis for what you think
13 is a business understanding between Anton/Bauer and the
14 camera manufacturer?
15   A  No, no.
16   Q  Other than what you mentioned about the
17 sensibility of it, I guess, is how I characterize your
18 answer.
19   A  Well, it's -- again, it's our understanding
20 in numerous meetings with their design people, their
21 product planning people, you know, at -- at all levels
22 throughout the Panasonic organization that the sole
23 purpose of doing what they're doing is to promote
24 Anton/Bauer. But, no, there's -- again, there's no
25 written agreement to that effect.

**Page 164**

1    Q  Since you mentioned Panasonic, what about the
2  other camera manufacturers that Anton/Bauer may be
3  equipped or the Anton/Bauer female plate --
4    A  Sure.
5    Q  -- may be equipped as an OEM part?
6    A  Sony has their own system. Between Panasonic
7  and -- and Sony, that accounts for a large proportion
8  of the -- of the level of the marketplace that we
9  address with -- with Anton/Bauer. Ikegami for the most
10 part uses Anton/Bauer, although sometimes they deliver
11 their cameras with nothing on the back. JVC is the
12 last remaining company -- although they make a couple
13 of popular cameras -- to use the -- to still deliver an
14 NP box as original equipment. I think that pretty
15 covers the major players.
16   Q  So the last one you said is JVC?
17   A  JVC.
18   Q  Does JVC have any literature or anything in
19 their materials with the camera that talks about
20 Anton/Bauer products?
21   A  Well, they -- on occasion they do, yes. They
22 have. It's -- it's like a factory option, you could,
23 you know, again, buy this bundle, consisting of the
24 female plate, a couple of batteries, and a charger, and
25 it's a valued added bundle. They don't take the NP box

**Page 165**

1  off. That's left up to the end user, but they have a
2  bundle, same way as you get a software bundle if you
3  bought a computer.
4    Q  Is that done on the dealer level? It's not
5  done at the manufacturer level?
6    A  No. It's done on the -- typically at the
7  regional area office of the manufacturer.
8    Q  What about Sony? You said they -- Sony and
9  Panasonic are your two biggest. What -- what is Sony
10 doing?
11   A  Not -- Sony doesn't do anything. Sony has
12 their own system, I said.
13   Q  Okay. What -- what is their system, the V
14 lock?
15   A  Their system is that V mount or V lock.
16   Q  And do they have any mention of Anton/Bauer,
17 Gold Mount in its literature when they sell a camera?
18   A  Occasionally they do. There is a -- there's
19 a component to allow the on-camera light to be -- to be
20 plugged into the camera. That component is the same as
21 our power tap which I believe you mentioned at the top
22 of our conversation. That power tap is built into the
23 handle of a Sony, of virtually all the Sony cameras at,
24 again, at that -- at that higher level in the
25 marketplace. So they mention that that exists, that

### Page 62

1  put them on the charger and charge them?
2  A  You would need to charge it, that's correct.
3  Q  And roughly how long does it take to charge a
4  battery?
5  A  Depends on the -- depends on the model, the
6  chemistry, the size of the battery, and the size of the
7  power supply in the charger.
8  Q  Is there a general ratio between how long it
9  takes to charge a battery versus how long it takes --
10 the power supply can be used of that battery?  Do you
11 know what I mean?  For example, does it take three
12 hours to charge and you get one -- one hour of use,
13 general use?
14 A  No.  No.
15 Q  There's no ratio?
16 A  There is really no relationship there.
17 Q  Because it just depends on how you're using
18 the -- the battery?
19    Can the Anton/Bauer charger charge the PAG 75
20 battery?
21 A  To my knowledge, no.
22 Q  Do you provide instructions, you or your
23 dealers/distributors, provide instructions to charge
24 the batteries before they're used?
25 A  I believe in the owner's manuals it would say

### Page 63

1  charge before using.
2  Q  Now, when -- has Anton/Bauer ever made any
3  effort to swap out or exchange the 107 type female
4  plates for a 204 type female plate?
5  A  Through our service department, yeah.
6  Q  How -- how did you do that?
7  A  Just as you said:  Swapped them out if we
8  came across a customer who happened to have them.
9  Q  But was there a -- a proactive attempt to do
10 that or do you just wait for a customer to contact you?
11 A  Pretty much wait for -- pretty much wait for
12 a customer to contact us.  Certainly if we -- some
13 years back we're going here, had we known of a customer
14 who had the 107, we might have changed out all of his
15 brackets for the new mounting.
16 Q  And what were the terms of doing that?
17 A  You give us a bracket; we put this new one on
18 your camera.
19 Q  Just free?  Turn in the old one; we give you
20 a new one?
21 A  Yeah, you do that for people like NBC and
22 ABC, that sort of thing.
23    THE VIDEOGRAPHER:  Raise your microphone
24 up.
25    THE WITNESS:  Raise my microphone up.

### Page 64

1     THE VIDEOGRAPHER:  Getting a little rub
2  from your glasses.
3     THE WITNESS:  I'm sorry.
4     THE VIDEOGRAPHER:  That's okay.
5  Q  Mr. DeSorbo, I'm going to hand you what's
6  marked as Exhibit 2.  Can you identify this, please?
7  A  Yep.  It is U.S. Patent 4,810,204.
8  Q  This is what we've been calling today the 204
9  patent?
10 A  The 204 patent.
11 Q  I hand you what I've marked as Exhibit 3 as
12 well.  Can you identify that, please?
13 A  U.S. Patent 4,218,107.
14 Q  And that's the patent we've been referring to
15 as the 107 patent, right?
16 A  That's correct.
17 Q  What I'd like to do is -- is take a look at
18 the, I guess claim 9 of the 204 patent and have you
19 tell me what some of these claim terms mean to you.  Do
20 you see claim 9 in column 12?
21 A  Yes.
22 Q  In -- in the first sentence of claim 9 it
23 says, "A battery pack."
24 A  Yes.
25 Q  What -- what does that mean to you?

### Page 65

1  A  To me it means a series of cells connected in
2  such a way to form a battery.
3  Q  And then it continues on, "or the like."
4  What is "or the like" referring to?
5  A  "Or the like" would refer to things like the
6  AC to DC adapters we spoke of earlier.
7  Q  All right.  Of the -- of the types of devices
8  I'm going to talk about today, is it your understanding
9  that a battery pack or the like would include or
10 exclude these adapters that we've talked about?
11    MR. SHEARIN:  Objection as to form as
12 to -- unless we define which adapters.  We've talked
13 about a lot of them.
14 A  I would have asked you the same question.  He
15 just beat me to it.
16 Q  Okay.  Let's talk about one of the -- the
17 NP/BP adapter --
18 A  Uh-huh.
19 Q  -- the Aspen or Anton/Bauer --
20 A  Uh-huh.
21 Q  -- sells.  Does that adapter satisfy the
22 terminology "a battery pack or the like"?
23 A  Does the adapter?
24 Q  Yes.
25 A  I just want to be clear about the question.

Page 66

```
 1    Q    Yes.
 2    A    Does the adapter qualify as a battery pack.
 3    No.
 4    Q    Or the like?
 5    A    No.
 6    Q    Why not?
 7    A    Because it's not a power source.
 8    Q    So anything -- this -- this patent does not
 9   cover something that does not provide a power source?
10         MR. SHEARIN: Objection as to form.
11    A    Again --
12    Q    Maybe you could explain your answer?
13    A    He objects while I'm thinking. So, again,
14   I'm -- I'm not sure I --
15    Q    Could you just explain to me why you say it's
16   got to be a power source?
17    A    I'm not sure how else I would define a
18   battery pack other than a power source. And if
19   something is the like of a battery pack, then it would
20   be a power source.
21    Q    So the "or the like" includes a converter,
22   AC/DC converter?
23    A    I would call that the like, the whole patent
24   discusses the powering of a -- of a DC-powered device.
25    Q    All right. Let me just continue on. It
```

Page 67

```
 1   says, "comprising the -- the male plate and a female
 2   plate," right?
 3    A    Right.
 4    Q    All right. Now, does that terminology
 5   exclude an adapter plate being situated between the
 6   female plate and a male plate?
 7         MR. SHEARIN: Objection as to form.
 8    A    Yeah. We're -- we're having the same
 9   problem.
10    Q    Sure.
11    A    We can't parse -- very difficult for me to
12   parse the words. We get into --
13    Q    Well, let me ask you this.
14    A    -- how many different uses "and" has. We're
15   going to have -- it's going to be very Clintonesque
16   here.
17    Q    You beat me to it.
18         When you say, "The battery pack or the like
19   comprises," and I'm not reading every word here,
20   obviously, comprises --
21    A    There is a releasable connection. I'm sorry,
22   but we might as well cut to the chase here. It says
23   the releasable connection comprises.
24    Q    Well, I want --
25    A    It's one of those things --
```

Page 68

```
 1    Q    Well, I want to cover the whole thing.
 2    A    I just want to keep it in context here.
 3    Q    Okay. But when we say the battery pack or
 4   the like comprises the male plate and the female plate,
 5   what does that mean?
 6    A    Well, one-half of a connection and another
 7   half of a connection.
 8    Q    So the battery pack or the like, is that
 9   referring to the housing of the battery pack or just
10   the cells of the battery pack?
11    A    No. I believe it's referring to the cells of
12   the battery pack.
13    Q    So the cells of the battery pack comprise
14   a --
15    A    Otherwise there wouldn't be reason for "the
16   like."
17    Q    Okay. So the terminology, then, "a battery
18   pack or the like" excludes the housing for the cells of
19   the battery?
20         MR. SHEARIN: Object to form again.
21    A    I'm sorry -- I'm sorry. You have to ask me
22   again, clear -- more clearly.
23         MR. RISLEY: Let me go ahead and mark
24   this, and we'll keep it; if you guys want it, we'll
25   send you photographs and that kind of thing. We'll
```

Page 69

```
 1   mark this as Exhibit 3 which, for the record, is a PAG
 2   L75 --
 3         MR. SHEARIN: Four.
 4         MR. RISLEY: -- battery.
 5    Q    Let's just back up, Mr. DeSorbo.
 6         In this battery pack, it's my understanding
 7   that we have a housing which is generally the black
 8   plastic --
 9    A    Uh-huh.
10    Q    -- and inside the housing are battery cells,
11   correct?
12    A    Not technically, no.
13    Q    Well, can you tell why I'm wrong?
14    A    Because if I -- if I took the housing off and
15   held the cells in my hand, you would call that a
16   battery pack. So if I uncased this whole thing, held
17   this plurality of cells in my hand, that would be by
18   definition a battery pack. So it's a shortcut to
19   say -- kind of a technical shortcut to say this is a
20   battery pack. Yes, it is a battery pack. It's a
21   battery pack with a housing and a connector and a means
22   to connect it and several other things.
23    Q    But when we're talking about battery pack and
24   what that means to you and in the patent, it's not
25   talking about the housing?
```

18 (Pages 66 to 69)