UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br><br>                       PLAINTIFF<br>VS.<br><br>PAG, LTD.<br>                      DEFENDANT<br>VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br>                      DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br><br><br>May 25, 2004 |

### AFFIDAVIT OF ALEX DESORBO

1. I am over the age of eighteen (18) years. I believe in the obligation of an oath and declare under penalties of perjury that what follows is true and accurate.

2. I am the President and Chief Executive Officer of Anton/Bauer, Inc. I am fully familiar with the facts set forth herein.

3. Anton/Bauer's female plates are sold to camera manufacturers, like Panasonic, which attach them to the back of their cameras and which, in turn, promote use of the Anton/Bauer male plates (the back side of the combination). Panasonic, the camera manufacturer who purchases a large portion of Anton/Bauer's female plates to

incorporate on its cameras, specifically advertises the use of the female plates with the Anton/Bauer male plate.

4. The resulting purchase of battery packs containing the male plates are made exclusively through Anton/Bauer or its authorized dealers or distributors.

5. In a small percentage of instances, Anton/Bauer either sells the female or male plates directly to a purchaser, sells the female plate to parties who want to replace a different camera female plate (for example, one containing a Sony or a PAG female plate) with the Anton/Bauer female plate, or sells the female plates to other manufacturers for any number of non-infringing uses.

6. Anton/Bauer's intention whenever it sells its female plate is that it be used only in combination with an Anton/Bauer battery with male plate or in some non-infringing alternate manner. The industry is aware of Anton/Bauer's intention and respects the limitation.

7. Anton/Bauer has not condoned the use of any other male plate to be used with the '204 female plate.

8. Anton/Bauer plates, both the female and male, are marked with the '204 patent number to advise the purchaser/end user that the device is protected by a patent.

9. Anton/Bauer likewise advertises its female and male plates to be utilized in combination with one another. Examples of this advertisement are depicted in Anton/Bauer's 2003 Product Catalogue, a true and accurate copy of which is attached to Plaintiff's Local Rule 56(a)1 Statement as Exhibit I, at 3, and 12-13.

10. Anton/Bauer's warranty which accompanies the sale of its products incorporating the female and male plates states that the warranty is declared void in the event that its female plates are used with, among other things, unauthorized attachments, including infringing battery packs. An example of Anton/Bauer's standard warranty is attached as Exhibit 1 hereto. The relevant language is on page 15.

11. Anton/Bauer has been vigilant in enforcement of its intellectual property rights. It has sued for infringement of its patent rights in several cases involving battery pack combinations to the '204 patent, Anton/Bauer, Inc. v. Energex Systems Corporation, No. 93 Civ. 4682 (DLD) (S.D.N.Y.) (directed to the '204, 4,218,107 ('107) and 4,550,968 ('968) patents) and Anton/Bauer, Inc. v. Pana-tek Inc., 3:98 CV 604 (CFD) (D. Conn.) (directed to the '107, '204, 4,822,296, and '968 patents).

12. Anton/Bauer has advised its dealers and distributors by letters dated April 23, 2001 and April 6, 1998, both before and after this litigation was commenced, that it does

3

not condone infringing uses of its Anton/Bauer female plates. True and accurate copies of both of these letters are attached as Exhibits 2 and 3.

13. The Aspen NP/AB was designed and originally sold by Aspen Electronics, Inc. ("Aspen"). A true and accurate copy of Aspen's Product Catalogue is attached as Exhibit I to Plaintiff's Local Rule 56(a)1 Statement. The NP/AB is described at Bates #000994. Aspen Electronics was subsequently acquired by Anton/Bauer. Anton/Bauer, Inc. now sells the NP/AB device which employs the three stud mount system for interfacing NP style batteries with the Anton/Bauer female plate. This device, however, does not employ the specific mechanical connection with releasable locking means which allows the quick release capability taught under the '204 patent. The Aspen NP/AB has a different mechanical connection. One of its headed projections is purposely smaller to avoid the pin assembly discussed in claim 9. Aspen forms its locking connection by the use of a lever on its male plate which engages the perimeter of the Anton/Bauer female plate when they are fully engaged. The Aspen NP/AB release is also different from claim 9. To release the Aspen adapter, the user must depress the lever on the side of the adapter, releasing the adapter from the '204 female plate, and moving the two components apart.

14. In the professional camera industry, there are four significant types of battery mounting to professional video cameras: Anton/Bauer, PAG, Sony v-wedge and NP-type. Each of these battery types are configured in such a way so that it regularly mates with its own unique connector plate and are incompatible with one another.

15. Given the fact that individuals may desire to utilize different types of batteries with different mounting configurations on the same camera, and as PAG admits, it has become a common practice for manufacturers to produce adaptors which fit between a battery of a different type and the camera, charger or other item.

16. The PAG 9518 enables camera operators to utilize PAG batteries configured in PAG's own PAGlock mounting system in conjunction with a camera that is equipped with an Anton/Bauer female plate connector. The connection, however, consists of the following four elements: Anton/Bauer female plate + compatible Anton/Bauer male plate connection + PAG female plate + PAG compatible male plate connection with battery. The 9518 also does not practice a "releasable" connection for a battery pack or the like as defined by the '204 patent. Rather, the Anton/Bauer female plate connects and releases the adapter only; the battery remains attached to the adapter and can neither be replaced nor charged. In order to release the battery, the user must activate the release mechanism on the PAG plates. Stated another way, the battery or

the like can only be released from the adapter by employing the PAGlock release mechanism.

17. The Anton/Bauer NP/BP adapter male plate is affixed to a container that in turn is capable of holding an NP battery. The container is then connected to the camera through the female plate. There is no direct connection to the battery or the like to the '204 female plate. Rather, the direct electrical connection from the battery is to the container that holds the battery. In fact, the battery is removed by lifting the lid on the container while the container remains affixed to the adapter plate and the '204 female plate. The '204 releasable connection only releases the adapter, from the female '204 plate, not the battery from the adapter.

18. The Focus Enhancements Model Nos. FS-3 and DR-DV 5000, when attached to a camera, allows the photographer to shoot video direct-to-disk or simultaneously to tape and disk. This device is sold with a male plate that connects with the female plate on the camera. The unit can be powered remotely through a battery belt or a stationary power supply. In these instances, there is no connection for a battery pack or the like; the '204 female plate is used only to affix the Focus Enhancement devices to the camera. These devices may also contain a second female plate to which a battery connection may be made. This second connection would employ the

teachings of the '204 Patent and form the releasable connection for a battery or the like according to the teachings of the '204 patent. A battery in this case can only be released for exchange or charging through the second '204 female attached to the Focus device.

19. The Azden Corporation's 1000 URX device is a broadcast wireless receiver connected directly to the camera by use of the camera's Anton/Bauer female plate and an Anton/Bauer male plate attached directly to the receiver.

20. The AZDEN receiver is neither a battery pack nor the like and thus the '204 claims are not infringement. This device may be powered remotely (i.e. with no battery pack or the like) or the user may attach an Anton/Bauer battery pack with a male plate to a second female plate located on the outside of the receiver. That second connection would employ the teachings of the '204 patent when the female plate was combined with a battery (or other DC power source) including a '204 male plate.

21. Claim 11 describes one possible alternative of the releasable locking means set forth in Claim 9, to wit, a torsion spring disposed between the bottom of the rotatable member and a fixed support on the back side of the female plate.

22. The Absolute VB-NH 13 A4 is made by Absolute Video Products, Inc. It is a battery pack that comes with three projections for mechanically connecting the female plate.

However, it has no electrical terminal so there is no electrical connection. Rather, it powers the camera by an XLR cable directly to the camera.

23. Anton/Bauer makes the AB S0-XLR which is the adapter plate which allows a camera or other device to be powered remotely, e.g., from a battery belt. The plate attaches to the Anton/Bauer female plate, but the male plate is not connected to a battery pack or the like. Rather, power is provided through a cable and XLR connector which may use a DC power source from any number of manufacturers.

_____
Alex DeSorbo

Subscribed to and sworn to before me this 25th day of May, 2004.

_____
Notary Public
My Commission Expires:_____

BPRT/57052.2/JTS/517903v1

**PATRICIA A. LOCH**
My Commission Expires May 31, 2008

8