April 23, 2001



All Anton/Bauer Distributors and Dealers

As part of the development of the products designed and manufactured by Anton/Bauer, numerous technological advancements and designs are the subjects of our worldwide patents. These patents provide certain exclusive rights to manufacture and sell the designs we created. Patents are an important part of the assets of any business and ours is no exception. They are awarded around the world in order to allow companies and individuals who develop new ideas and products the opportunity to exclusively market those products ; thereby allowing them the ability to recapture development costs and to encourage new innovations.

There is an important purpose to these patents, beyond providing the exclusivity which helps to finance the R&D and marketing costs in developing and creating the features and benefits which embody our products. The purpose is to *protect our customers* from imitation and "knock-off" products which on the surface are presented by certain manufacturers as being "compatible with" or "the same as" original Anton/Bauer designs.

Considering inherent difference in the battery technology employed today and expected in the future, there are real dangers and personal hazards to using these products. We have seen battery products which purport to be compatible with Anton/Bauer which can be positively dangerous when used with original Anton/Bauer products. These batteries envoke charge routines in the Anton/Bauer charger designed for different cell chemistries and could create a hazard. Also, charging an Anton/Bauer battery on a charger other than an original Anton/Bauer charger could create a similar problem.

All generations of the Gold Mount designs, the signal to the camera viewfinder from the Digital battery, battery communications with the Logic Series chargers, Lifesaver charging, and UltraLight, to name only a few, are all subjects of internationally awarded patents. Moreover the status of these patents and the products they cover have been recognized by the largest and leading manufacturers in our industry.

There are individuals and small companies who, lacking the wherewithal to develop technological solutions and execute them into commercial products, have attempted to introduce products into the marketplace which are in direct, immediate and obvious violation of our patented technology and designs. Typically, since these companies lack the resources for any measure of independent creative development, they also lack the resources and skills to provide their products with the quality and services required by our industry.

We take our position in the marketplace as well as our responsibility to our customers very seriously. We take just as seriously any and all individuals or companies who, in a blatant effort to capitalize on Anton/Bauer's technology , marketing and service, attempt to copy designs, trademarks or infringe on our patents.

Patent law in the U.S., and elsewhere in the world, makes it illegal to "make, offer to sell, sell or use" or to induce another to use an infringing design. This means, in practice, that anyone manufacturing, offering to sell, or using a device, incorporating a patented design or

*Anton/Bauer, Inc.*
*14 Progress Drive*
*Shelton, Connecticut 06484 U.S.A.*
*(203) 929-1100*
*Telefax: (203) 929-9935*

technology is committing an illegal act and is subject to litigation and penalties, including all products and damages resulting from the manufacture, sale or use.

Anton/Bauer has no licensees for *any* of its patents, trademarks or designs. There are no companies authorized or permitted to manufacture any product incorporating the subjects of any of our patents or trademarks. It is our position that any product which:
- Electrically and mechanically mates to a Gold Mount bracket
- Interfaces with an Anton/Bauer charger to initiate charge through the Gold Mount connection
- Provides a signal to a camera/camcorder using the electrical signal provided by an Anton/Bauer Gold Mount or Gold Mount battery *by definition* violates an Anton/Bauer patent.

As a matter of safety and product liability, we cannot and do not condone the use of any product not of Anton/Bauer origin in conjunction with any other Anton/Bauer product (such as a battery with a charger or battery with a Gold Mount). To protect our customers and OEM partners from potentially dangerous incompatibilities such use is considered abuse under our warranties and as such will void that warranty.

Anton/Bauer will actively and vigorously pursue any infringer of our patented designs and technology. We hope to obtain your cooperation in assisting us to identify and stop such individuals or companies who look to steal from us, you and our mutual customers.

To that end it is our expectation that no Anton/Bauer distributor or dealer would contribute to the infringement of Anton/Bauer intellectual property by promoting or selling an infringing product; and would encourage customers not to be enticed by false and misleading advertising.

Anton/Bauer has and will continue to take any and all steps necessary to protect our intellectual property and the safe operation of our products. We consider this as a responsibility to our customers who have come to expect the safety, quality, performance and dependability from the systems designed by Anton/Bauer.

Sincerely,

Alex DeSorbo
President
Anton/Bauer, Inc