April 6, 1998

All Anton/Bauer Distributors and Dealers

As resellers of Anton/Bauer products, you have all come to recognize the quality, performance and dependability of our products and our company. We hold ourselves to high standards of products, personnel and service.

As part of the Anton/Bauer family, you can appreciate the level of product development which we undertake. Virtually every advancement in battery technology in our industry has first been developed by Anton/Bauer. From Lifesaver® charging in the early 1980's which made batteries safer and more reliable to the advanced charging methods of the InterActive™ system which allows new batteries to be introduced to a customer seamlessly and without need for a new charger. Our Gold Mount® system, now in its third generation design, was on the first one-piece video camera and is now standard on the latest digital acquisition products from virtually every manufacturer of camera equipment in the world.

With the development of these products, numerous technological advancements and designs are the subjects of our worldwide patents. All generations of the Gold Mount designs, the signal to the camera viewfinder from the Digital Battery, battery communications with the Logic Series® chargers, Lifesaver charging, and UltraLight, to name only a few, are all subjects of internationally awarded patents. Moreover the status of these patents and the products they cover have been recognized by the largest and leading manufacturers in our industry.

Over our 27 years in the industry, there have been a few unscrupulous individuals and companies who, lacking the wherewithal to develop technological solutions and execute them into commercial products, have attempted to introduce products into the marketplace which are in direct, immediate and obvious violation of our patented designs. Typically, since these companies lack the resources for any measure of independent creative development, they also lack the resources and skills to provide the quality products and services required by our industry.

We take our position in the marketplace as well as our responsibility to our customers very seriously. We take just as seriously any and all individuals or companies who in a blatant effort to capitalize on Anton/Bauer's technology, marketing and service attempt to copy designs, trademarks or infringe on our patents. Patents are awarded around the world in order to allow companies and individuals who develop new ideas and products the opportunity to exclusively market those products; thereby allowing them the ability to recapture development costs and to encourage new developments.

Patent law in the US makes it illegal to "make, sell or use" an infringing design. This means, in practice, that anyone manufacturing, selling, or using a device, incorporating a patented design or technology is committing an illegal act and is subject to litigation and penalties, including all profits and damages resulting from the manufacture, sale or use.

Anton/Bauer has no licensees for *any* of its patents, trademarks or designs. There are no companies authorized or permitted to manufacture any product incorporating the subjects of any of our patents or trademarks. Any product which:
- electrically and mechanically mates to a Gold Mount bracket,
- interfaces with an Anton/Bauer charger through the Gold Mount connection,
- provides a signal to a camera/camcorder using the same connection as an Anton/Bauer Gold Mount or Gold Mount battery,

*by definition* violates an Anton/Bauer patent.

Anton/Bauer will actively and vigorously pursue any infringer of our patented designs and technology. We hope to obtain your cooperation in assisting us to identify and stop such individuals or companies who look to steal from us, you and our mutual customers. To that end it is our expectation that no Anton/Bauer distributor or dealer would promote or sell an infringing product; and would encourage customers not to be enticed by false and misleading advertising.

Anton/Bauer will take any and all steps necessary to protect our intellectual property as well as our ability to continue to develop new products and to ensure that our customers, from event videographers to major broadcasters, obtain the quality, performance and dependability expected from the systems designed by Anton/Bauer.

Sincerely,


Alex DeSorbo
President
Anton/Bauer, Inc.