# COPY OF TRANSCRIPT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

ANTON/BAUER, INC.,
        Plaintiff,

                                        CASE NO. 3:01-CV-577(CFD)

    vs.

PAG, LTD.,
        Defendant,

    vs.

ANTON/BAUER, INC., and
ALEX DESORBO,
        Defendant.

## ATTORNEYS EYES ONLY

## VIDEOTAPED DEPOSITION OF

## DAVID HARDY

March 16, 2004
9:00 a.m.

100 Galleria Parkway
Suite 1750
Atlanta, Georgia

Kendra R. Bridges, B-2194



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES
"Committed to Excellence"

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

500 The Candler Building
127 Peachtree Street
Atlanta, Georgia 30303

www.galloreporting.com

32

1    Q.    What's your understanding?

2    A.    I understand that it has to do with

3    the -- it is associated with the sale of

4    Anton/Bauer products.

5    Q.    What do you mean by that, sir?

6    A.    My understanding is that it is a

7    theory which arises out of the sale of the

8    Anton/Bauer plate that goes on the camera.

9    Q.    Okay.

10    A.    No more than that.

11    Q.    Do you know that there are two

12    elements to that implied license issue, something

13    called "circumstances of sale" and something else

14    called "noninfringinal alternatives"?

15    A.    Yes, I've been made aware of that.

16    Q.    What is your understanding of the

17    circumstances of sale?

18    A.    My understanding is that it has to

19    do with the way in which the product is sold.

20    I have no more understanding than that.

21    Q.    And how about your understanding of

22    the noninfringinal alternatives prong of that

23    test?

24        MR. RISLEY:    Let me just object to

25    the form of that.    You can answer.



Alexander Gallo & Associates, Inc.
COURT REPORTING    VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766        Throughout Georgia And        127 Peachtree Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303
                www.galloreporting.com

1    product?

2        A.      They didn't.

3        Q.      Is there some reason you chose not

4    to familiarize yourself with that product, sir?

5        A.      We took the view that you're asking

6    about our knowledge at the point in time and

7    not to make ourselves knowledgeable about these

8    products.

9        Q.      Did you have some understanding that

10   it is Anton/Bauer's position this is a

11   noninfringing alternative?

12       A.      I've heard the phrase, but I don't

13   understand it.

14       Q.      You don't understand "noninfringing

15   alternative"?

16       A.      No, I don't.

17       Q.      Do you recall we talked about that

18   this morning?

19       A.      Yes, the phrase came up this

20   morning.

21       Q.      Do you recall that you gave me an

22   understanding at that time as to what you

23   believe that phrase to mean?

24       A.      I don't recall exactly what I said,

25   but I did give you an understanding, yes.



· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK
Telephone (404) 495-0777     Complimentary Conference Rooms     500 The Candler Building
Facsimile (404) 495-0766     Throughout Georgia And     127 Peachtree Street
Toll Free (877) 495-0777     Major Cities Nationwide     Atlanta, Georgia 30303
www.galloreporting.com

118

1     Q.    Do you know what the term

2    "infringement" means?

3     A.    Currently speaking, no.

4     Q.    Do you understand that Anton/Bauer

5    has brought an action against PAG for

6    infringement?

7     A.    Yes.

8     Q.    In that context do you know what

9    infringement means?

10     A.    It would be a claim that we have

11    infringed its patent.

12     Q.    And with that understanding do you

13    understand that the word not infringing means it

14    doesn't infringe?

15     A.    I'm not overly familiar with that

16    phrase. We at PAG found the concept immensely

17    confusing.

18     Q.    Well, I'm just trying to use a basic

19    English, sir. You know -- you told me that

20    you understood what the infringement is.

21     A.    I see these as legal terms.

22     Q.    I understand, sir. I'm just getting

23    your best definition, okay? You just told me

24    you understood what the infringement was, okay?

25     A.    No, I told you that that was my



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK
Telephone (404) 495-0777    Complimentary Conference Rooms    500 The Candler Building
Facsimile (404) 495-0766    Throughout Georgia And    127 Peachtree Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303
    www.galloreporting.com

119

1    understanding of it.

2        Q.    Okay.

3        A.    Not what it was.

4        Q.    Right.  Let's stick with your

5    understanding, okay?  Now I'm going to stick the

6    word "non" in front of it, meaning "no."  Do

7    you have an understanding of what that means

8    now?

9        A.    That would be something which does

10    not infringe a patent.

11        Q.    Okay.  Now, do you understand that

12    under this implied license defense the issue of

13    whether or not there are noninfringinal

14    alternatives is an inquiry the court must make?

15        A.    I've heard that concept, yes.

16        Q.    Do you understand that it's PAG's

17    burden of proof to show the absence of

18    noninfringinal alternatives?

19        A.    No, I don't understand that.

20        Q.    Do you understand what PAG's burden

21    is with respect to noninfringinal alternatives?

22        A.    No.

23        Q.    You do know it's an element of the

24    implied license?

25        A.    Well, these are legal terms that I'm




**Alexander Gallo** & **Associates, Inc.**
COURT REPORTING & VIDEO SERVICES
· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766        Throughout Georgia And        127 Peachtree Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303
www.galloreporting.com

120

1    -- don't have a full understanding of.

2            Q.    I'm just asking for the understanding

3    you just gave me which is no infringement, okay?

4    Let's just stick with that.  I'm not asking

5    about any legal.  I'm just asking for what

6    David Hardy just told me, no infringement, okay?

7            A.    Okay.

8            Q.    Now, do you understand that that is

9    an issue relevant to the implied license issue?

10           A.    Yes.

11           Q.    Okay.  And having understood that,

12   is it your testimony that you did not exercise

13   any effort to familiarize yourself with Exhibits

14   33 and 34?

15           A.    That's correct.

16           Q.    And no one else at PAG did?

17           A.    No.

18           Q.    Okay.  So as you sit here right now

19   PAG has no knowledge of Exhibits 33 and 34.

20           A.    That's correct.

21           Q.    Do you recognize on Exhibit 33 in

22   the left-hand corner there's a reference to B

23   and H?  It's the top left-hand corner.

24           A.    Yes, I see that.

25           Q.    Do you understand that to be a



ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766        Throughout Georgia And        127 Peachtree Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303
www.galloreporting.com

121

1    distributor or dealer?

2        A.        I don't know what B and H is.

3        Q.        Do you know how Exhibits 33 and 34,

4    the item depicted in those exhibits connects to

5    a battery?

6        A.        No.

7        Q.        Do you know what a Sony V mount is?

8        A.        Yes, I'm familiar with the Sony

9    battery mounting wedge.

10        Q.        When you said wedge that's what we

11    call -- that's what I'm calling V mount?

12        A.        We call it a wedge plate but, yes,

13    it's the same thing.

14        Q.        So instead of what PAG sells as --

15    this is Exhibit 2 as its camera plate, Sony has

16    a camera plate that has a wedge or V mount,

17    correct?

18        A.        Yes, I understand that.

19        Q.        Okay.  And to which battery packs

20    are attached on occasion, right?

21        A.        Yes, sir.

22        Q.        Those battery packs come aligned with

23    a similar V mount, right, so the V's meet?

24        A.        Yes.

25        Q.        Does PAG make a V mount adapter



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT •

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK
Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766          Throughout Georgia And          127 Peachtree Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303
                                  www.galloreporting.com

122

1    similar to what it does in 9518?

2         A.    Yes, we do.

3         Q.    Why did you do that?

4         A.    Sir, our batteries can be placed on

5    the Sony camera.

6         Q.    In that situation it's -- you have

7    the -- and I'm looking at Exhibit 9, this side

8    of the plate would be a V mount compatible

9    plate, correct, V mount on the camera?

10        A.    Yes, but have a male V portion on

11   it, yes.

12        Q.    Male V portion, PAG female?

13        A.    Yes, that's correct.

14        Q.    Then PAG male, right?

15        A.    Yes.  I agree.

16              (Whereupon, PAG Exhibit-12 was marked

17   for identification.)

18        Q.    (By Mr. Shearin) Let me show you

19   what's been marked as Exhibit 12, sir.  Do you

20   recognize what's depicted in Exhibit 12?

21        A.    No, I don't know this product.

22        Q.    We've referred to IDX before and you

23   indicated IDX was a competitor; do you recall

24   that?

25        A.    Yes, that's correct.





ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK
Telephone (404) 495-0777     Complimentary Conference Rooms     500 The Candler Building
Facsimile (404) 495-0766     Throughout Georgia And     127 Peachtree Street
Toll Free (877) 495-0777     Major Cities Nationwide     Atlanta, Georgia 30303
www.galloreporting.com

123

1    Q.    Okay.  And do you see that on the

2    first page of Exhibit 12 it says lithium ion

3    and then it says IDX?

4    A.    Yes, I see that.

5    Q.    Going to the last page, sir, the

6    printout of the dealer sheet, do you represent

7    SAMJ.  Do you recognize SAMJ?

8    A.    No, I don't.

9    Q.    Did you do anything to familiarize

10   yourself with what is depicted in Exhibit 12?

11   A.    No, I didn't.

12   Q.    Did you understand that Anton/Bauer

13   maintained the position that this is a

14   noninfringing alternative for its female plate?

15   A.    That wasn't my understanding.  I

16   didn't understand.

17   Q.    You do not understand that?

18   A.    No.

19   Q.    What was your understanding?

20   A.    I had no understanding of that.

21   Q.    Have you seen our interrogatory

22   responses, sir?

23   A.    Yes, I have.

24   Q.    Did you read them?

25   A.    Yes, I did.



Alexander Gallo & Associates, Inc.
COURT REPORTING    VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT •

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766        Throughout Georgia And        127 Peachtree Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303
www.galloreporting.com

124

1    Q.     Did you understand that the items

2    responsive to Interrogatory No. 5 were items

3    that Anton/Bauer maintain were noninfringing

4    alternatives?

5    A.     Yes, you're correct.    I do

6    understand that.

7    Q.     And you understood at the time that

8    you were preparing for your deposition, correct?

9    A.     Yes, that's correct.

10    Q.     And I understand that you made no

11    effort to acquire any knowledge or information

12    concerning what's depicted in Exhibit 12?

13    A.     That's correct.

14    Q.     You did, however, produce the IDX

15    catalog, did you not, sir?

16    A.     Yes, we did produce this.

17    (Whereupon, PAG Exhibit-13 was marked

18    for identification.)

19    Q.     (By Mr. Shearin) How come you have

20    this document, sir?

21    A.     I don't know why we have it.

22    Q.     Is it out of the ordinary to have

23    catalogs from your competitors?

24    A.     No.    We possibly have picked this up

25    at a trade show.



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA     WASHINGTON, DC     CHICAGO, ILLINOIS     NEW YORK, NEW YORK
Telephone (404) 495-0777     Complimentary Conference Rooms     500 The Candler Building
Facsimile (404) 495-0766     Throughout Georgia And     127 Peachtree Street
Toll Free (877) 495-0777     Major Cities Nationwide     Atlanta, Georgia 30303
www.galloreporting.com

125

1   Q.  Certainly good business practice to

2 understand what your competitors are selling,

3 right?

4   A.  I agree.

5   Q.  And the document as you've created

6 -- as you've produced it to us is how it was

7 maintained by PAG, right?

8   A.  This document?

9   Q.  Yeah.

10   A.  Yes, that's correct.

11   Q.  Let me refer you to 965, towards the

12 end, sir.

13   A.  Yes, sir.

14   Q.  Now, this page is contained in the

15 document that's been produced to us and it's

16 describing what's at the top called "single and

17 dual MP boxes"; do you see that?

18   A.  Yes I see that.

19   Q.  What's the MP stand for?

20   A.  Well, MP is a battery format within

21 a broadcast industry.

22   Q.  Do you understand what it stands

23 for, what the letters MP stand for?

24   A.  No.

25   Q.  Just a particular battery format?



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT •

ATLANTA, GEORGIA  WASHINGTON, DC  CHICAGO, ILLINOIS  NEW YORK, NEW YORK
Telephone (404) 495-0777  Complimentary Conference Rooms  500 The Candler Building
Facsimile (404) 495-0766  Throughout Georgia And  127 Peachtree Street
Toll Free (877) 495-0777  Major Cities Nationwide  Atlanta, Georgia 30303
  www.galloreporting.com

126

1      A.      That's what I take it as.

2      Q.      Okay.  As you refer to the top

3  language, sir, "The NH100/201 are strong

4  professional and economic holders for using MP

5  batteries with cameras and portable equipment.

6  The NH100/201 can be fitted directly to the back

7  of cameras or via various adapter plates to fit

8  existing camera mounts where required."  If you

9  look at the picture below you see the NH100 AB?

10      A.      Yes, I see that.

11      Q.      Okay.  It says single MP box with

12  brick style adapter plate?

13      A.      Yes, I see that.

14      Q.      Having had this information available

15  to this catalog, did you nonetheless make no

16  effort to try and understand how the NH100 AB

17  worked?

18      A.      That's correct.

19      Q.      Did anyone at PAG?

20      A.      No.

21      Q.      Look at Exhibit 34 if you would,

22  sir.  The picture's right there.  I'm sorry,

23  what's that exhibit number?  Stick with that

24  one.  My mistake.  Stick with whatever that is.

25  What is the exhibit?



Alexander Gallo & Associates, Inc.
COURT REPORTING VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA          WASHINGTON, DC     CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777        Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766            Throughout Georgia And                127 Peachtree Street
Toll Free (877) 495-0777              Major Cities Nationwide              Atlanta, Georgia 30303
                                      www.galloreporting.com

127

1      MR. RISLEY:   12.

2      Q.      (By Mr. Shearin) And turn to the

3  third page. And if you would, sir, take the IDX

4  catalog you were just looking at, turn back to

5  the page we were on, 965?

6      A.      Yes.

7      Q.      To your knowledge is the plate

8  that's Exhibit -- that's depicted in Exhibit 12,

9  that black plate with the three mushroom lugs,

10 do you see that?

11     A.      I see that.

12     Q.      Is that the adapter plate that's

13 referenced in the IDX catalog?

14     A.      I don't know that it is.  I note

15 the product description is the same.

16     Q.      And that's not dissimilar to the

17 plate as contained on the back side of the half

18 of the PAG connector 9518?

19         MR. RISLEY:   Object to the form.

20         THE WITNESS:   It looks different to

21 me.

22     Q.      (By Mr. Shearin) Which way?

23     A.      All of it looks different.

24     Q.      That's the three mushroom lugs?

25     A.      Yes, they look different.


Alexander Gallo & Associates, Inc.
COURT REPORTING    VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT •

ATLANTA, GEORGIA       WASHINGTON, DC       CHICAGO, ILLINOIS       NEW YORK, NEW YORK
Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766              Throughout Georgia And              127 Peachtree Street
Toll Free (877) 495-0777               Major Cities Nationwide            Atlanta, Georgia 30303
                                     www.galloreporting.com

128

1    Q.      Same  ports  broken  up  for  same

2    terminals?

3              MR.  RISLEY:   Object  to  form.

4              THE  WITNESS:   It  looks  different.

5    Q.      (By  Mr.  Shearin)  Two  terminals  here

6    and  four  there,  right?

7    A.      That's  one  difference.

8              MR.  RISLEY:   Object  to  form.

9    Q.      (By  Mr.  Shearin)  What  else?

10   A.      It  looks  different  to  me.

11   Q.      How?

12   A.      It's  different  on  this.

13   Q.      You  don't  have  any  understanding  of

14   how  that  area  differs  in  terms  of  its  mechanical

15   or  electrical  functions,  do  you?

16   A.      No,  I  don't  know  this  product.

17   Q.      If  the  9518  is  attached  to  the

18   female  plate  on  the  back  --  female  204  plate  on

19   the  back  of  a  camera  --

20   A.      What  do  you  call  the  204  plate?

21   Q.      Exhibit  6.   It's  attached  to  Exhibit

22   6.   Okay?  Attach  Exhibit  6  to  9518.   Now,  put

23   that  on.   Does  PAG  have  a  position  as  to

24   whether  or  not  the  9518  infringes  the  204

25   patent?



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT •

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK
Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766          Throughout Georgia And          127 Peachtree Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303
www.galloreporting.com

129

1      A.      I don't know.    That's something I

2  would refer to my patent attorneys.

3      Q.      What?

4      A.      I would refer that to my patent

5  attorneys. It's not that -- I cannot say.

6      Q.      I didn't mean to interrupt you,

7  sorry.  Have you had discussions with anyone at

8  PAG, other than discussions with counsel, as to

9  whether the 9518 infringes the 204 patent?

10     A.      No.

11     Q.      Do you recall that before you

12 commenced this litigation PAG wrote a letter to

13 Anton/Bauer inquiring as to whether Anton/Bauer

14 would take the position that the L75 infringed

15 the 204 patent, do you recall that?

16     A.      I recall that we wrote a letter, but

17 I'm not familiar with the content.

18     Q.      Do you recall anyone at PAG ever

19 writing a letter of similar construct concerning

20 the 9518 in relationship to the 107 patent?

21     A.      No, I don't.

22     Q.      Is the battery pack and the

23 connection that you have in front of you, the

24 PAG connection, is that battery pack Anton/Bauer

25 or PAG?



Alexander Gallo & Associates, Inc.
COURT REPORTING    VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766                Throughout Georgia And                  127 Peachtree Street
Toll Free (877) 495-0777                 Major Cities Nationwide                  Atlanta, Georgia 30303
                                              www.galloreporting.com

130

1    A.    This battery pack?

2    Q.    Yeah.

3    A.    This is a PAG battery.

4    Q.    And assuming the plate where it

5    attaches the camera, is that a releasable

6    connection for an Anton/Bauer battery pack?

7              MR. RISLEY:   Object to form.

8              THE WITNESS:   It's a releasable

9    connection for the PAG battery pack.

10   Q.    (By Mr. Shearin) Is it a releasable

11   connection for an Anton/Bauer battery pack?

12             MR. RISLEY:   Object to form.

13             THE WITNESS:   I don't know.   I

14   can't answer that.

15   Q.    (By Mr. Shearin) Is there an

16   Anton/Bauer battery pack on there?

17   A.    I don't understand definitively what

18   this construct becomes.

19   Q.    Well, you just answered the question

20   that it's a releasable connection for a PAG

21   battery pack; is that correct?

22             MR. RISLEY:   Object to form.

23   Q.    (By Mr. Shearin) Can you just

24   answer yes to that question?

25   A.    So, what were you referencing there?



ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK
Telephone (404) 495-0777                  Complimentary Conference Rooms                  500 The Candler Building
Facsimile (404) 495-0766                  Throughout Georgia And                  127 Peachtree Street
Toll Free (877) 495-0777                  Major Cities Nationwide                  Atlanta, Georgia 30303
                                          www.galloreporting.com

131

1        Q.      Is  it  a  releasable  connection  for  an

2   Anton/Bauer  battery  pack?

3               MR.  RISLEY:    Same  objection.

4               THE  WITNESS:    Is  what?

5        Q.      (By  Mr.  Shearin)  What  you  have,  what

6   you  were  --  the  one  you  are  holding  in  your

7   hand?

8        A.      I  don't  know.

9        Q.      Can  you  put  an  Anton/Bauer  battery

10  pack  on  the  back  of  the  PAG  adapter?

11       A.      No,  you  can't.

12       Q.      Only  a  PAG  battery  fits  it,  right?

13       A.      Yes.

14       Q.      Wouldn't  that  stand  to  reason  that

15  it's  not  a  releasable  connection  for  an

16  Anton/Bauer  battery  pack?

17              MR.  RISLEY:    Object  to  form.

18              THE  WITNESS:    That's  not  a

19  construction  I'm  qualified  to  make.

20       Q.      (By  Mr.  Shearin)  Why  not?

21       A.      Because  that  is  a  --  involves  skills

22  that  are  beyond  me.

23       Q.      What  skills  would  it  require?

24       A.      I  think  it  would  require  legal

25  interpretation.



Alexander Gallo & Associates, Inc.
COURT REPORTING  &  VIDEO SERVICES

•  ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT  •

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766              Throughout Georgia And                127 Peachtree Street
Toll Free (877) 495-0777                Major Cities Nationwide              Atlanta, Georgia 30303
                                        www.galloreporting.com

132

1      Q.      I'm not asking for any law, sir, I'm

2    just asking for the -- I asked releasable

3    connection for a battery pack.  Those are words

4    you're familiar with, right?

5      A.      Yes.

6      Q.      You've been in this business for 25

7    years, right?  Correct?

8      A.      24 years, yes.

9      Q.      24.  And a substantial amount of

10   that time you were in charge of PAG's

11   engineering department, right?

12     A.      Correct.

13     Q.      So you know what the word "battery

14   pack" means, right?

15     A.      Yes.

16     Q.      You know what a releasable connection

17   is, right?

18     A.      I understand those batteries come off

19   the connectors, yes.

20     Q.      Right.  So, if that Exhibit 6, which

21   is the inner plate, is attached to a camera,

22   okay, is this forming a releasable connection

23   for an Anton/Bauer battery pack?

24     A.      I don't know.

25            MR. RISLEY:   Object to form.



Alexander Gallo Associates, Inc.
COURT REPORTING    VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766        Throughout Georgia And        127 Peachtree Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303
                               www.galloreporting.com

133

1    Q.    (By Mr. Shearin)  You don't know.

2    A.    I don't know.

3    Q.    Why don't you know?  What part of

4    the question didn't you understand?

5    A.    It's not a question of that.  It's

6    because there are -- there's more than one

7    element here, and I feel there's a legal

8    implication which I cannot answer for.

9    Q.    What element is involved there?

10   A.    I don't know, but I feel there is

11   one.

12   Q.    You just said there was more than

13   one element.  You don't know what more than one

14   element you're talking about?

15   A.    The battery and this adapter.

16   Q.    Okay.  So you don't know if that's

17   a releasable connection for an Anton/Bauer

18   battery pack, that's your testimony?

19   A.    That's correct.

20   Q.    And have you done any analysis

21   whatsoever, did you do any homework, any

22   understanding, any work whatsoever to make that

23   determination?

24   A.    No.

25   Q.    Who would know that, sir, at PAG?



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS       NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766               Throughout Georgia And                   127 Peachtree Street
Toll Free (877) 495-0777                 Major Cities Nationwide                Atlanta, Georgia 30303
                                          www.galloreporting.com

134

1    A.    Nobody at PAG would know that.

2    Q.    No one at PAG knows whether that's a

3    releasable connection for an Anton/Bauer battery

4    pack?

5    A.    No.

6    Q.    No one at PAG knows whether that's

7    an infringement?

8    A.    No, they don't.

9    Q.    And no one understands, no one knows

10   whether the IDX product that's Exhibit --

11   depicted in Exhibit 12 is a noninfringing

12   alternative?

13   A.    No.

14   Q.    Do you understand, sir, that your

15   counsel in this case has stated on the record

16   that there are no noninfringinal alternatives?

17   A.    Repeat that, please.

18   Q.    Do you understand that your counsel

19   has stated on the record in the court

20   proceedings that there are no noninfringinal

21   alternatives?

22   A.    I don't recall that, no.

23   Q.    You don't have an understanding one

24   way or the other?

25   A.    No.



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA      WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK
Telephone (404) 495-0777      Complimentary Conference Rooms      500 The Candler Building
Facsimile (404) 495-0766      Throughout Georgia And      127 Peachtree Street
Toll Free (877) 495-0777      Major Cities Nationwide      Atlanta, Georgia 30303
www.galloreporting.com

135

1    Q.    Have you done anything, sir, made

2    any effort whatsoever to make a determination of

3    whether or not there are any noninfringinal

4    alternative uses of the 204 female plate?

5    A.    Yes, sir.

6         MR. RISLEY:    Object to form.

7         THE WITNESS:    We refer the matter to

8    our attorneys.

9    Q.    (By Mr. Shearin) Okay.    But other

10   than that you've done nothing?

11   A.    No, we don't even see ourselves as

12   qualified.

13   Q.    Mr. Gardener has done nothing?

14   A.    Nothing.

15   Q.    Mr. Lavender has done nothing?

16   A.    Nothing.

17   Q.    Both father and son?

18   A.    Nothing but refer the matter to our

19   legal attorneys.

20   Q.    And notwithstanding the fact that you

21   were noticed for a deposition to talk about

22   these noninfringing alternatives, you didn't do

23   any independent analysis on behalf of PAG to

24   make your own determination as to whether there

25   are noninfringing alternatives?



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK
Telephone (404) 495-0777              Complimentary Conference Rooms    500 The Candler Building
Facsimile (404) 495-0766                  Throughout Georgia And          127 Peachtree Street
Toll Free (877) 495-0777                  Major Cities Nationwide        Atlanta, Georgia 30303
                                         www.galloreporting.com

136

1      A.      Correct.

2      Q.      Neither did Mr. Gardener?

3      A.      No.

4      Q.      Nor the Lavenders?

5      A.      No.

6      Q.      Nor anyone else at PAG?

7      A.      No.

8      Q.      I think you indicated, sir, that you

9  started sales of 9518 in 1990; is that right?

10  I'm sorry.  I think the documents are dated as

11  '89.  The sales?

12      A.      Would you repeat that again?

13      Q.      The 9518, the adapter.

14      A.      Yes.

15      Q.      You started selling that I think you

16  said in '89?

17      A.      No.

18      Q.      1985?

19      A.      It was sold around that time,

20  perhaps.  We don't know.  We have no records.

21      Q.      Right.  The records that you gave us

22  I think date back to '89?

23      A.      The record starts at '89 because

24  that is the earliest our computer records go

25  back.

Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA       WASHINGTON, DC       CHICAGO, ILLINOIS       NEW YORK, NEW YORK
Telephone (404) 495-0777      Complimentary Conference Rooms      500 The Candler Building
Facsimile (404) 495-0766         Throughout Georgia And            127 Peachtree Street
Toll Free (877) 495-0777          Major Cities Nationwide           Atlanta, Georgia 30303
                                  www.galloreporting.com

171

1          MR. RISLEY:   Object to form.

2          THE WITNESS:   I have no idea.

3      Q.    (By Mr. Shearin) Have you received

4  -- did you ever look at the picture that's

5  Exhibit 10?

6      A.    Yes, I've looked at the pictures.

7      Q.    Did you look at that before today?

8      A.    No.

9      Q.    Have you ever had any understanding

10  as to the Anton/Bauer MP BP adapter?

11      A.    No.

12      Q.    Did you make any effort to make such

13  a determination in connection with this

14  deposition?

15      A.    No.

16      Q.    And is it also true that PAG has no

17  knowledge of the MP BP adapter?

18      A.    That is correct.

19      Q.    Is it also true that PAG made no

20  effort to understand the workings of the MP BP

21  adapter?

22      A.    That is correct.

23      Q.    And are you familiar with the amount

24  of sales that may have been made of the MP BP

25  adapter?



Alexander Gallo & Associates, Inc.
COURT REPORTING / VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777                Complimentary Conference Rooms              500 The Candler Building
Facsimile (404) 495-0766                  Throughout Georgia And                   127 Peachtree Street
Toll Free (877) 495-0777                   Major Cities Nationwide                Atlanta, Georgia 30303
                                        www.galloreporting.com

172

```
1      A.       No, I am not.

2      Q.       What about geography of those sales?

3               (Whereupon a recess was taken.)

4      Q.       (By Mr. Shearin) Mr. Hardy, I'm

5  showing you what has been marked as Exhibit 5,

6  which I think we referred to earlier as the 204

7  male battery pack.  The 204 battery pack.  Do

8  you understand that to be the Anton/Bauer

9  battery pack?

10     A.       Yes, I understand it to be an

11 Anton/Bauer battery pack.

12     Q.       And does that have what we've talked

13 about today is the male plate?

14              MR. RISLEY:   Object to form.

15              THE WITNESS:   This has what I call

16 the mushroom plate.

17     Q.       (By Mr. Shearin) Okay, mushroom

18 plate.  Is that mushroom plate, as you call it,

19 part of the housing that contains a battery?

20     A.       It's one half of the case which

21 contains the cells, yes.

22     Q.       The cells are inside and at least

23 one half of the case as you said is the --

24     A.       Mushroom plate.

25     Q.       You call the mushroom plate what I
```



**Alexander Gallo & Associates, Inc.**
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK
Telephone (404) 495-0777                    Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766                          Throughout Georgia And                  127 Peachtree Street
Toll Free (877) 495-0777                           Major Cities Nationwide                  Atlanta, Georgia 30303
                                                         www.galloreporting.com

193

1    Q.    Did it do it indirectly?

2    A.    I don't know.

3    Q.    Why did you say "directly"?

4    A.    It's possible that we have made

5    inquiries through legal counsel, but I do not

6    know.

7    Q.    In any event, looking at the gold

8    mount, did you have any -- prior to 2004, were

9    you aware of an Aspen Anton/Bauer gold mount

10   adapter?

11   A.    No, I wasn't.

12   Q.    And did you know this was one of

13   the items in the interrogatory responses that

14   Anton/Bauer claimed was a noninfringing

15   alternative of its 204 patent?

16   A.    I can't remember that without making

17   reference to the interrogatory document.

18   Q.    This is my copy, sir, but I will

19   just represent to you that that's the answer to

20   Interrogatory No. 5.  And I think if you look

21   at that second paragraph you'll find MP and AB.

22   A.    Yes, I agree.

23   Q.    Having now recalled seeing the

24   interrogatory response, do you recall making any

25   -- exercising any effort to determine what this



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK
Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766          Throughout Georgia And          127 Peachtree Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303
www.galloreporting.com

194

1    product was?

2         A.    No, we didn't make any effort.

3         Q.    And as you sit here today do you

4    know whether it is a noninfringinal alternative

5    of the 204 patent?

6         A.    No, I don't.

7         Q.    And no one at PAG knows?

8         A.    No.

9         Q.    Do you have some understanding as to

10   the number of sales that may have been made of

11   that product over the years?

12        A.    No.

13        Q.    How about the geography of those

14   sales?

15        A.    No, I don't.

16        Q.    Let me show you what's been marked

17   as Exhibit 19, and previously Exhibit 22 in Mr.

18   Desorbo's deposition.

19             (Whereupon, PAG Exhibit-19 was marked

20   for identification.)

21        Q.    (By Mr. Shearin) Exhibit 19, PAG

22   Exhibit 19 is a document that Anton/Bauer

23   produced, and 22 is a document that PAG

24   produced.  Have you had a chance to review the

25   document, sir?



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT •

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777      Complimentary Conference Rooms      500 The Candler Building
Facsimile (404) 495-0766      Throughout Georgia And              127 Peachtree Street
Toll Free (877) 495-0777      Major Cities Nationwide             Atlanta, Georgia 30303
                              www.galloreporting.com

197

1    Q.    You know what Velcro is, don't you?

2    A.    Yes, I do.

3    Q.    The strips that interweave with one

4    another?

5    A.    Yes.

6    Q.    If you go to page -- excuse me, 4,

7    two pages further in the document.

8    A.    Will you repeat that, please.

9    Q.    Go to page 4, two pages further in

10   the document.

11   A.    Yes.

12   Q.    And on the left hand side it

13   explains the 1000 URX AB; do you see that?

14   A.    I see that.

15   Q.    It says, "This 1000 -- the 1000 URX

16   AB is a specially developed version that

17   integrates the Anton/Bauer gold mount to power

18   the receiver."

19   A.    Yes.

20   Q.    Do you know how that works?

21   A.    No.

22   Q.    Did you make any effort to determine

23   the purpose and functionality of the 1000 URX

24   AB?

25   A.    No, I didn't.



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA          WASHINGTON, DC        CHICAGO, ILLINOIS         NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766            Throughout Georgia And              127 Peachtree Street
Toll Free (877) 495-0777             Major Cities Nationwide          Atlanta, Georgia 30303
                                      www.galloreporting.com

198

1    Q.      Did anyone at PAG?

2    A.      No.

3    Q.      Does anyone at PAG have any

4    independent understanding of receivers like the

5    Asden?

6    A.      No, they don't.

7    Q.      Do you know if this is a

8    noninfringinal alternative of the 204 patent?

9    A.      No, I don't.

10   Q.      Does PAG know?

11   A.      No.

12   Q.      Do you know what the sales of the

13   Asden may have been?

14   A.      No.

15   Q.      Do you know the geography of those

16   sales?

17   A.      No.

18   Q.      Let's ·go back to the Anton/Bauer

19   catalog, sir, and look at page 14.

20           (Whereupon PAG Exhibit-20 was marked

21   for identification.)

22   Q.      (By Mr. Shearin) On page 14 at the

23   bottom there's something referred to as an SO

24   XLR adapter.

25   A.      I see that.



· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777      Complimentary Conference Rooms      500 The Candler Building
Facsimile (404) 495-0766         Throughout Conference And           127 Peachtree Street
Toll Free (877) 495-0777         Major Cities Nationwide            Atlanta, Georgia 30303
                              www.galloreporting.com

199

1     Q.      Have you ever seen that item before?

2     A.      No, I haven't.

3     Q.      Did you exercise any effort to

4     determine whether that was a noninfringinal

5     alternative of the 204 patent?

6     A.      No, I didn't.

7     Q.      Did anyone at PAG?

8     A.      No.

9     Q.      Do you have a position as to whether

10    it is a noninfringinal alternative?

11    A.      No.

12    Q.      Do you know what the number of sales

13    may have been of that product?

14    A.      No.

15    Q.      Do you know the geography of those

16    sales?

17    A.      No.

18    Q.      Let me show you Exhibit 20, sir, and

19    ask you to focus on the cable -- or the plate

20    that the cable is attached to in your right

21    hand.    Does that appear to be the item depicted

22    on Exhibit 14 of the Anton/Bauer catalog?

23    A.      I can't tell from the quality of the

24    photograph.

25    Q.      Can I see the plate, sir?



Alexander Gallo & Associates, Inc.
COURT REPORTING • VIDEO SERVICES

• ATLANTA TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT •



ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK
Telephone (404) 495-0777                   Complimentary Conference Rooms   500 The Candler Building
Facsimile (404) 495-0766                   Throughout Georgia And           127 Peachtree Street
Toll Free (877) 495-0777                   Major Cities Nationwide          Atlanta, Georgia 30303
                                           www.galloreporting.com

204

1    solution is?

2        A.    No, I don't.

3        Q.    Did you make any effort to

4    understand the functionality of this product

5    described as GDR DV 5000?

6        A.    No.

7        Q.    Do you know what a hard drive is?

8        A.    In connection with what?

9        Q.    Your industry.

10       A.    I have heard the term used in

11   connection with Pickney Garme cameras.

12       Q.    How did you learn about that, sir?

13       A.    Through conversations with Pickney

14   Garme.

15       Q.    Does Pickney Garme make a version of

16   the DR DV 5000?

17       A.    I don't believe they do.

18       Q.    How did that conversation arise?

19       A.    I was visiting Pickney Garme to

20   supply them to with some PAG product.

21       Q.    How did that conversation arise?

22       A.    I don't know.

23       Q.    You don't know how you started

24   talking about hard drives?

25       A.    No.



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777    Complimentary Conference Rooms    500 The Candler Building
Facsimile (404) 495-0766    Throughout Georgia And    127 Peachtree Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303
www.galloreporting.com

205

1    Q.      What did you talk about?

2    A.      I can't remember.

3    Q.      When did it happen?

4    A.      I don't know.

5    Q.      You don't know when the conversation

6    happened?

7    A.      No.

8    Q.      You don't know what you talked

9    about?  You don't know when and what you talked

10   about?

11   A.      No.

12   Q.      Turn to page 3 of Exhibit 24, sir?

13   A.      I have that page number, say which

14   page?

15   Q.      The third page.

16   A.      Right.

17   Q.      Do you understand that this device,

18   from reading at the paragraph there, that this

19   device features Anton/Bauer battery systems?

20   A.      I'm not familiar with this item.

21   Q.      Does PAG have a position of whether

22   this is a noninfringing alternative?

23   A.      No, they don't.

24   Q.      Have you made any determination as

25   to whether it is or isn't?


Alexander Gallo Associates, Inc.
COURT REPORTING • VIDEO SERVICES

•  ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT  •

ATLANTA, GEORGIA          WASHINGTON, DC        CHICAGO, ILLINOIS          NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766           Throughout Georgia And              127 Peachtree Street
Toll Free (877) 495-0777            Major Cities Nationwide            Atlanta, Georgia 30303
                                   www.galloreporting.com

206

1      A.     No.

2      Q.     Do you know what the sales may have

3 been on this product?

4      A.     No, I don't.

5      Q.     How about the geography?

6      A.     No.

7            (Whereupon, PAG Exhibit-22 was marked

8 for identification.)

9      Q.     Let me show you what's been marked

10 as Exhibit 22, sir. Do you know what an

11 analog/digital video recorder is?

12      A.     No, I don't.

13      Q.     Do you have any familiarity with the

14 device depicted in those two pages, that's

15 described in these two pages?

16      A.     No, I don't.

17      Q.     Same series of questions, sir. Did

18 you make any effort to determine whether this

19 was a noninfringing alternative?

20      A.     No, I didn't.

21      Q.     And PAG has no position on that

22 subject? PAG has no position on that subject;

23 is that correct?

24      A.     What position, in what respect?

25      Q.     The subject of whether this is a



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT •

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK
Telephone (404) 495-0777    Complimentary Conference Rooms    500 The Candler Building
Facsimile (404) 495-0766    Throughout Georgia And    127 Peachtree Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303
www.galloreporting.com

207

1    noninfringing alternative?

2    A.    No, we don't.

3    Q.    It has no ideas about the sales?

4.   A.    No.

5    Q.    No idea about the geography of those

6    sales?

7    A.    No.

8    (Whereupon, PAG Exhibit-23 was marked

9    for identification.)

10   Q.    Do you have an understanding as to

11   what the Firestone enhancement -- focus

12   enhancement Firestore FS3 is?

13   A.    No, I don't.

14   Q.    If you look at the description about

15   two-thirds of the way down on the left hand

16   side.

17   A.    Underlined?

18   Q.    Right above that, actually.    "The

19   newest member of the Firestore family is FS3,

20   FS3 small xx size and rugged chassis have been

21   designed to bring DTE technology to existing DTB

22   camcorder."

23   A.    I see that.

24   Q.    Do you know what that is?

25   A.    No, I don't.



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT •

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777            Complimentary Conference Rooms            500 The Candler Building
Facsimile (404) 495-0766              Throughout Georgia And                127 Peachtree Street
Toll Free (877) 495-0777              Major Cities Nationwide                Atlanta, Georgia 30303
                                      www.galloreporting.com

208

1    Q.    Do you know what DTB technology is?

2    A.    No, I don't.

3    Q.    All right.  Same questions, sir.

4    Did you make any determination as to whether

5    this item was a noninfringing alternative of the

6    204 patent?

7    A.    No, we didn't.

8    Q.    And you don't have a position on

9    that, sir?

10    A.    No, I don't.

11    Q.    And you're not aware of the sales?

12    MR. RISLEY:  Let me just jump in

13    and reiterate.  This morning when we went

14    through these series in detail, you keep saying

15    the same series of questions, that so the record

16    is clear, PAG doesn't have -- PAG the company,

17    separate and apart from its attorney.

18    MR. SHEARIN:  Unless the attorneys

19    want to testify, he's the only guy I got, so...

20    MR. RISLEY:  Right.

21    MR. SHEARIN:  He's the one you put

22    up, so...

23    Q.    (By Mr. Shearin)  Any idea about the

24    sales?

25    A.    No.



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK
Telephone (404) 495-0777    Complimentary Conference Rooms    500 The Candler Building
Facsimile (404) 495-0766    Throughout Georgia And    127 Peachtree Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303
www.galloreporting.com

213

1      Q.     When was the first time you ever saw

2   Exhibits 17 and 18?

3      A.     Here today.

4      Q.     When was the first time PAG ever saw

5   Exhibits 17 and 18?  By PAG I mean people in

6   England.

7      A.     They haven't.

8      Q.     If you look at Exhibit 17, sir, turn

9   to the second page, "This Camplex is the high

10  performance, low cost bidirectional multiflexing

11  system that uses only one 75 OHM coaxial or

12  triaxial cable to simultaneously send the

13  composite video, audio, and data signals along

14  with the camera power required for live remote

15  color camera productions."  Does that help you

16  understand what the functionality of at least

17  what the CP301B camera adapter is as depicted in

18  that picture to the left?

19     A.     No, I don't understand what it does.

20     Q.     From the picture that's contained on

21  page 2 is there a battery attached to the

22  Camplex camera adapter?

23     A.     I cannot tell.

24     Q.     Do you know the company Camplex?

25     A.     No.



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT •

ATLANTA, GEORGIA   WASHINGTON, DC   CHICAGO, ILLINOIS   NEW YORK, NEW YORK
Telephone (404) 495-0777   Complimentary Conference Rooms   500 The Candler Building
Facsimile (404) 495-0766   Throughout Georgia And   127 Peachtree Street
Toll Free (877) 495-0777   Major Cities Nationwide   Atlanta, Georgia 30303
www.galloreporting.com

214

1    Q.    Do you know how it powers the 301

2    depicted there?

3    A.    No.

4    Q.    Do you know how it powers the 601

5    depicted in Exhibit 24?

6    A.    No, I don't.

7    Q.    Do you know how it's mounted to a

8    camera?

9    A.    No, I don't know how it's mounted to

10   a camera.

11   Q.    Can you turn to page 15 of that

12   document, sir? Do you see where it says "Camplex

13   docking accessories"?  Do you see that at the

14   top there?

15   A.    Yes, I see that.

16   Q.    Scroll down, left-hand side,

17   two-thirds of the way down it says CAV 23.

18   A.    I see that.

19   Q.    It says -- I'm reading the text in

20   the bullet, it says, "Mechanically attaches the

21   Camplex camera adapter directly to any

22   Anton/Bauer mount."  Do you see that?

23   A.    I see that.

24   Q.    All right.  And looking at Exhibit

25   24, that would be performed by this mount that's



Alexander Gallo & Associates, Inc.
COURT REPORTING    VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT •

ATLANTA, GEORGIA          WASHINGTON, DC     CHICAGO, ILLINOIS          NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766           Throughout Georgia And              127 Peachtree Street
Toll Free (877) 495-0777            Major Cities Nationwide            Atlanta, Georgia 30303
                                    www.galloreporting.com

215

1    attached to the side of the Exhibit 24?

2                    MR. RISLEY:    Object to form.

3                    THE WITNESS:    I don't know.

4        Q.    (By Mr. Shearin) Well, take Exhibit

5    6, sir. Sorry.    That over there, please, the

6    female.    PAG 6 and PAG 24 and tell me if they

7    mount, sir.

8        A.      These pieces go together.

9        Q.      Can you release it?

10       A.      (Witness complies.)

11       Q.      Is there an electrical terminal on

12   the plate that's attached to the 601, Exhibit

13   24?

14                   MR. RISLEY:    Object to form.

15                   THE WITNESS:    What do you call

16   electrical terminals?

17       Q.    (By Mr. Shearin) Do you see any

18   contacts?

19       A.      I see no contacts on this plate, no.

20       Q.      You do see contacts on the plate in

21   your left hand?

22       A.      I see the banana pins on this piece.

23       Q.      There's no contacts on the 24,

24   correct?

25       A.      There appear not to be.    But that



Alexander Gallo & Associates, Inc.
COURT REPORTING     VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766        Throughout Georgia And        127 Peachtree Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303
www.galloreporting.com

216

1    is assuming that this is the means by which

2    this is mounted on the camera.

3         Q.    You don't know one way or the other?

4         A.    I don't know one way or the other,

5    no.

6         Q.    You didn't make any effort to figure

7    it out, did you?

8         A.    No, right.

9         Q.    And have no position whether it's

10   infringing or not infringing?

11        A.    I don't know whether it infringes or

12   doesn't infringe.

13        Q.    Don't what its sales have been?

14        A.    No.

15        Q.    Don't know where they've been?

16        A.    No.

17        Q.    Let me show you what has been marked

18   as Exhibit 15 in Mr. Desorbo's deposition, sir.

19   Do you have some familiarity with that product?

20        A.    No, I don't.

21        Q.    Will you look at the Aspen catalog

22   for me?

23        A.    Which particular catalog?

24        Q.    Oh, look on the first one, page 975.

25        A.    Yes.


Alexander Gallo & Associates, Inc.
COURT REPORTING   VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC        CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766        Throughout Georgia And        127 Peachtree Street
Toll Free (877) 495-0777        Major Cities Nationwide        Atlanta, Georgia 30303
www.galloreporting.com

217

1      Q.      Do you see the PSM160, the same item

2   as is demonstrated in Exhibit 15 in Mr.

3   Desorbo's deposition described on page 975 of

4   the Aspen catalog?

5      A.      Yes, I see that.

6              (Whereupon PAG Exhibit-25 was marked

7   for identification.)

8      Q.      (By Mr. Shearin) I'm showing what's

9   been marked as PAG 25, you'll see that that is

10   the PSM160?

11      A.      It says PSM160.

12      Q.      You have all the toys on your side,

13   sir.  Take PAG Exhibit 6, thank you, and attach

14   it to the PSM160, PAG 25.  It connects?

15      A.      It fits.

16      Q.      Okay.  Is there an electrical

17   connection formed by that attachment?

18              MR. RISLEY:   Object to form.

19   WITNESS:  What do you call an electrical

20   connection?

21      Q.      (By Mr. Shearin) The same definition

22   you used this morning.  I'm not about to start

23   changing now.

24              MR. RISLEY:   Same objection.

25              THE WITNESS:   The banana pins do not


Alexander Gallo & Associates, Inc.
COURT REPORTING  VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT •

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK
Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766          Throughout Georgia And          127 Peachtree Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303
www.galloreporting.com

218

1    make contact with anything.

2         Q.    How is the PSM160 powered?

3         A.    I don't know.

4         Q.    Well, look at the backside, sir.   Do

5    you see an AC output?

6         A.    AC output?

7         Q.    Input?

8         A.    Yes, I do.

9         Q.    And on the other side you see a

10   cable?

11        A.    There.   Okay.

12        Q.    Do you see the port for a cable,

13   I'm sorry, add on to the microphone?

14        A.    I see an XLR type connector.

15        Q.    And if you look at that cable that's

16   on Exhibit 21 does that attach?

17        A.    I would expect that to fit in there.

18   No, it doesn't.

19        Q.    Is that the kind of cabling system

20   that would be attached, though?

21        A.    I don't know.

22        Q.    What did you call it, XLR?

23        A.    I called it an XLR connector.

24        Q.    What is an XLR?

25        A.    It's an electrical connector.



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

• ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT •

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777    Complimentary Conference Rooms    500 The Candler Building
Facsimile (404) 495-0766    Throughout Georgia And    127 Peachtree Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303
                            www.galloreporting.com

219

1      Q.      Okay.   Assuming  the  PSM160  were

2  plugged  in  to  AC,  correct?   Right,  on  the  back

3  of  your  hand?

4      A.      Yes.

5      Q.      Can  you  show  that  to  the  camera?

6      A.      (Witness  complies.)

7      Q.      How  am  I  going  to  get  electricity

8  out  of  that  PSM160  from  the  camera?

9      A.      I  don't  know.   I'm  not  familiar  with

10 this  product.

11     Q.      You've  been  24  years  at  this,  sir.

12 Look  at  the  PSM160.   I've  got  current  flowing

13 in,  forget  about  where  it  starts  for  the  time

14 being.   How  am  I  going  to  get  it  out  and  into

15 the  camera?

16     A.      Well,  it's  a  connector  and  R12  volts

17 VC  output,  which  in  my  experience  I  would  say

18 that  would  normally  be  the  output  of  the  device.

19     Q.      And  you  would  take  an  assembly  such

20 as  what's  on  Exhibit  21  attached  to  a  cable  and

21 you  attach  the  cable  into  the  camera,  right?

22     A.      Well,  I  don't  know  that  that  is

23 true.

24     Q.      Based  upon  what  you're  looking  at,

25 sir,  isn't  that  the  likely  conclusion?



Alexander Gallo & Associates, Inc.
COURT REPORTING    VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766          Throughout Georgia And          127 Peachtree Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303
                                    www.galloreporting.com

220

1    A.      It's a possible use.

2    Q.      Can you think of another use?

3    A.      No.

4    Q.      Okay.

5    A.      Yes, I can.

6    Q.      Okay.  What's the other use?

7    A.      This can also function as a unit

8    that is not mounted on a camera.

9    Q.      Uh-huh.  But how would it get power

10   to the camera if it's not mounted?

11   A.      Through the same means.

12   Q.      So you can either use the female

13   mount or you can keep it on a table, right?

14   A.      You can mount it on the camera or

15   put it on a table, yes.

16   Q.      And then the depiction we have here

17   you need an Anton/Bauer mount, right, to release

18   it?

19           MR. RISLEY:   Object to form.

20           THE WITNESS:   I don't know that you

21   can only use an Anton/Bauer mount.

22   Q.      Well, look at the PSM160 in your

23   hand, sir, does that fit a PAG lock connector?

24   A.      Not a PAG lock.

25   Q.      How about a Sony?



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS        NEW YORK, NEW YORK
Telephone (404) 495-0777         Complimentary Conference Rooms              500 The Candler Building
Facsimile (404) 495-0766              Throughout Georgia And                   127 Peachtree Street
Toll Free (877) 495-0777               Major Cities Nationwide                  Atlanta, Georgia 30303
                                     www.galloreporting.com

221

1    A.    It won't fit a Sony.

2    Q.    What?

3    A.    It won't fit a Sony, no.

4    Q.    Won't fit a Sony, won't fit a PAG

5    lock, name one other connector in the entire

6    universe that you're aware of that it would fit?

7    A.    I can't think of any.

8    Q.    You make many efforts to determine

9    whether the PSM160 was a noninfringing

10    alternative?

11    A.    No.

12    Q.    Do you have -- does PAG have any

13    position as to whether it was a noninfringing

14    alternative?

15    A.    We don't know whether it is or

16    isn't.

17    Q.    Do you know what the sales of the

18    PSM160 have been?

19    A.    No, we don't.

20    Q.    Do you know what the geography of

21    those sales have been?

22    A.    No, we don't.

23    (Whereupon, PAG Exhibit-26 was marked

24    for identification.)

25    Q.    (By Mr. Shearin) I'm going to show



Alexander Gallo & Associates, Inc.

COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA          WASHINGTON, DC          CHICAGO, ILLINOIS          NEW YORK, NEW YORK

Telephone (404) 495-0777          Complimentary Conference Rooms          500 The Candler Building
Facsimile (404) 495-0766          Throughout Georgia And          127 Peachtree Street
Toll Free (877) 495-0777          Major Cities Nationwide          Atlanta, Georgia 30303
                                  www.galloreporting.com

222

1    you what has been marked as Exhibit 26 in this

2    deposition.    Tell me if you recognize that

3    exhibit.

4         A.       No, I don't.

5         Q.       I want to show you what has been

6    marked as Exhibit 16 to Mr. Desorbo's

7    deposition?

8              Does that appear to be pictures of

9    the same item that has been marked as Exhibit

10   26?

11        A.       I can't tell from the photographs.

12        Q.       Okay.   Let's just stick with Exhibit

13   26 then.

14             If three mushroom lugs -- is that

15   what you call them?   Three mushroom lugs, is

16   that what -- these things right here, what do

17   you call those?

18        A.       We call those mushroom lugs.

19        Q.       Okay.   If those were screwed into

20   the three holeS on the top of the plate you're

21   seeing, would that attach to a female plate, PAG

22   6?

23             MR. RISLEY:   Object to form.

24             THE WITNESS:   I don't know.

25        Q.       (By Mr. Shearin) Do you recognize



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK
Telephone (404) 495-0777    Complimentary Conference Rooms    500 The Candler Building
Facsimile (404) 495-0766    Throughout Georgia And    127 Peachtree Street
Toll Free (877) 495-0777    Major Cities Nationwide    Atlanta, Georgia 30303
www.galloreporting.com

223

1    that to be a battery pack?

2         A.    No.

3         Q.    Do you know what it is?

4         A.    No.

5         Q.    When is the first time you ever saw

6    Exhibit 16 from Mr. Desorbo's deposition?

7         A.    Today.

8         Q.    Do I take it you've made no effort

9    to determine what Exhibit 16 is?

10        A.    That's correct.

11        Q.    Okay.  Did you make any effort to

12   determine whether the product identified as

13   Exhibit 26 in this deposition is a noninfringing

14   alternative of the Anton/Bauer 204 pack?

15        A.    That is correct.

16        Q.    And you have no position on that

17   subject?

18        A.    We don't whether it infringes or

19   doesn't infringe.

20        Q.    And don't know -- are unaware of the

21   sales of that product?

22        A.    That's correct.

23        Q.    Nor the geography?

24        A.    Correct.

25              (Whereupon, PAG Exhibit-27 was marked



Alexander Gallo & Associates, Inc.
COURT REPORTING & VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADER IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA        WASHINGTON, DC      CHICAGO, ILLINOIS      NEW YORK, NEW YORK
Telephone (404) 495-0777        Complimentary Conference Rooms        500 The Candler Building
Facsimile (404) 495-0766          Throughout Georgia And                127 Peachtree Street
Toll Free (877) 495-0777            Major Cities Nationwide               Atlanta, Georgia 30303
                                   www.galloreporting.com