

Aspen Model
#Dual NP/AB