# ASPEN ELECTRONICS INC

## BANTAM BRICKS

**1999 PRODUCT CATALOGUE**

BATTERIES

SOFTWARE

AC ADAPTERS

BANTAM BELTS

**POWER FOR THE VIDEO PROFESSIONAL**



**THE CHOICE IN POWER**

# CHARGERS

PAG000989

# OUR PURPOSE

# ASPEN... THE CHOICE IN POWER

Aspen Electronics Inc. is an American company committed to a single purpose; to create the best power solutions on the market. Since 1996, Aspen has listened and responded to the needs of Professional Videographers the world over.

As a result, Aspen is rapidly becoming the **power solution of choice** in the broadcast and video arenas. By assuming a leadership role in engineering, Aspen is improving the capabilities of professional camera operators around the globe.

With new creative battery and charger designs, including the **Bantam Series, the NHP-50 Platinum Series Battery,** and the **A-Lock Mount System**, camera users now have more **power, freedom, and flexibility** than ever before.

Truly examine your options. You will see that Aspen's innovative products offer **a fresh pe**... pure power solutions that surpass the competition and are simply the best money can buy.

## CONTENTS

AC ADAPTERS .............. p. 10

BANTAM BELT ............... 4

BANTAM BRICK .............. 3

BATTERIES ................. 8

CHARGERS - NP STYLE ....... 9

CHARGERS - PRO SERIES ..... 7

MOUNTS .................... 6-7

NHP-50 .................... 5

POWER BAG ................. 10

POWER KITS ................ 11

SOFTWARE .................. 12

PAG000990

# BANTAM BRICK

**Bantam Brick**
Pat. Pending Cell Safe Technology
14.4v 4.5 A/Hr NiMH Battery

ASPEN ELECTRONICS INC.

### Bantam Brick

With new lightweight premium NiMh cell technology from Panasonic™, the Bantam Brick is a 65 watt, 2 lb. ultra compact Brick pack. Now all professional broadcast camera users can have more power in a lightweight, compact design. The Bantam Brick is housed in a rugged field pack and includes a dynamic digital fuel gauge. The fuel gauge automatically displays remaining power while the battery is in use.

The on-board power port allows maximum versatility for loads up to 100 Watts. For a fraction of the cost of competitive Brick style batteries, Aspen offers the Bantam Brick: a better product at a better price.

## BANTAM BRICK FEATURES



**SPECIFICATIONS**  SIZE: 5.25"H x 4"W x 1.75"D   WEIGHT: 2 lbs.   WATT OUTPUT: 65 WH
VOLTAGE OUTPUT: 14.4 volts, 4.5 Ah   MAX POWER OUTPUT: 8 Amps, 100 watts
DIGITAL FUEL GAUGE: Dynamic current-based   CHARGER TYPE: (ASPEN pro series)



### Digital Fuel Gauge

The fuel gauge automatically displays remaining power while the battery is in use, or when the power check button is pressed.



### Power Port Connector

An on-board auxiliary power port allows maximum versatility handling lighting loads of up to 100 watts.



## BANTAM BRICK RUN TIME
### UNDER SPECIFIC LOADS



EACH LINE REPRESENTS A SPECIFIC POWER LOAD IN WATTS

The performance of the Bantam Brick battery under specific loads is unparalleled among professional video battery packs. Actual performance may vary slightly, due to temperature conditions.

PAG000991

# BANTAM BELT

**BANTAM BELT FEATURES**





**SPECIFICATIONS**  VOLTAGE OUTPUT: 14.4 volts   AMP/HOURS: 6.5   MAXIMUM POWER DRAW: 10 Amps, 144 watts   SIZES: Small, Medium & Large   STANDARD CHARGE TIME: 6 hours   WEIGHT: 5.5 lbs.   FAST CHARGE TIME: 3 hours with optional ASPEN ROQ-1000 fast charger

## Bantam Belt

Aspen has taken an innovative engineering approach to portable battery belts. Addressing issues such as, weight, size, comfort and power, we have targeted broadcasters and wedding videographers alike.



### Orthopedic Back Support
Padded contoured back support for maximum comfort.





### Fuel Gauge
Digitally tracks remaining available battery capacity. Provides accurate current based run time indication.

### Belt Charger
6 Hour built-in negative Delta V charger using Cell Safe Technology™. Includes attached AC power cord.



### 2 Output Connectors
Dual XLR connectors for simultaneous lighting and camera applications.

PAG000992

4



**TWICE THE RUN TIME**
of Standard NP-1B Batteries

## Platinum Series NHP-50

Aspen's NHP-50 has become the world-wide industry leader in NiMH NP battery packs. The innovative electronic design of Cell Safe Technology™ has given the NHP-50 the decided edge over other high powered NP batteries. It uses premium Panasonic cells with a proven track record of performance. The NHP-50: the perfect choice for the video professional.



# NHP-50
# FEATURES





POWER OUTPUT



CYCLE CHARACTERISTICS

Source: Sanyo Engineering Handbook



**Compatible with Most Chargers**

## CELL SAFE TECHNOLOGY™ patent pending

Before manufacturing its first battery ASPEN realized that battery performance is determined by how well the battery is treated. With this philosophy in mind, ASPEN created *Cell Safe Technology*". Cell Safe Technology ensures that irreversible harm does not occur in the battery cells as they are charging. The microprocessor-based technology provides safe charge analysis and electronic charge termination. This electronic brain senses and monitors the battery pack's internal temperature and negative Delta V to terminate the charge safely and effectively.



*Cell Safe charge termination signal.*

PAG000993

# A-LOCK MOUNT

## ASPEN A-LOCK MOUNT FEATURES



### ASPEN A-LOCK MOUNT SYSTEM

With the release of many new broadcast cameras on the market, numerous battery mount systems have evolved creating an issue of standards. The versatile new Aspen A-Lock Mount provides an adapting lock system so that camera owners can use one battery format on all of their cameras.

Standardizing to the Sony V-Lock mount system, the Aspen A-Lock mount provides camera users direct, single action, electrical and mechanical connection. By adapting to the Aspen A-Lock mount, camera owners will avail themselves of all industry standard battery formats.



*Aspen A-Lock mount powers direct connection to Aspen or Sony V-Lock format.*

# A-LOCK & AB MOUNTS



### A-Lock Mount Plate

Adapts Aspen's Bantam Brick, NP's and the Aspen PSM series to Sony V-Lock style mounts.



### NP A-Lock Mount

The NP A-Lock is an excellent alternative to Sony BPL Lithium Ion Bricks. It allows the standard NP format to be used on cameras with the V-Lock mount usually associated with expensive Lithium Ion batteries. Constructed with a rugged aluminum alloy, the mount weighs less than 1 lb. and when using the NHP-50, will produce 50 watts of power.



### NP-AB Mount

The single NP-AB mount has a sleek countered shape utilizing the 3 stud mount system for interfacing NP style batteries to the Anton Bauer™ mount system. The NP-AB allows fast NP battery insert-and-release action in a lightweight and cost effective solution.



### PSM 160 Mount

The PSM 160 comes equipped with industry standard 3 stud mounts for interfacing the on-board AC power adapter to the Anton Bauer™ mount system.



### PSM 160 Pro Mount

The popular PSM 160 now has the versatility of the revolutionary Aspen A-Lock mount system. It provides direct camera power with dual output flexibility for on-board lighting.

PAG000994

# DUAL MOUNTS





### Dual NP A-Lock Mount

The dual NP A-Lock mount allows the standard NP format to be used on cameras with V-Lock mounts. Includes a 4-pin XLR auxiliary light output port.



### Dual NP-AB Mount

The Dual NP-AB Mount has a sleek contoured shape, using the 3 stud mount system for interfacing 2 NP style batteries with the Anton Bauer™ mount system. The new Aspen Dual NP-AB mount features an additional 4-pin XLR output for lighting applications.



### Dual Bantam Brick A-Lock Mount

Aspen's unprecedented dual Bantam Brick mount supports two 65 Watt Bantam Bricks providing 130 Watts of power and is under 5 lbs in weight. This hot-swappable mount package will drive professional video cameras while offering more than 100 Watts of additional power for any lighting application.

# ROQ PRO CHARGERS



### ROQ-2060 Pro

The ROQ-2060 Pro is a dual channel simultaneous charger and 60 Watt AC Adapter specifically designed for Aspen Bantam Bricks. The AC power supply provides independent camera power while charging 2 Bantam Bricks simultaneously. The ROQ series of professional quick chargers is distinguished by precision electronics and rugged field capable construction including a carrying handle. The ROQ-2060 Pro is capable of charging both NiCad and NiMh batteries and belts safely and effectively. The ROQ-2060 Pro includes BP auxiliary ports and is equipped with the Aspen A-Lock mount for charging Aspen Bantam Brick Batteries.



### ROQ-1000 Pro

Perfect for location shoots and field applications, the ROQ-1000 Pro is a small single channel professional quick charger specifically designed for Aspen Bantam Bricks. Rugged field capable construction provides a compact travel-ready charger. The ROQ-1000 Pro is compatible with both NiCad and Nickel Metal Hydride battery packs and belts. All models include BP auxiliary ports perfect for fast charging battery belts. The ROQ-1000 Pro comes equipped with the Aspen A-Lock mount for charging Aspen Bantam Brick Batteries.

# BATTERIES



### Bantam Brick

A 65 Watt Brick pack with versatile mount capabilities for all broadcast cameras. This 14.4 Volt, 4.5 Amp Hour Bantam Brick offers the highest power-to-weight ratio on the market. The dynamic digital fuel gauge provides accurate remaining power automatically while the battery is in use or when the power check button is pressed.



### Platinum Series NHP-50

Aspen's premium performance battery offers twice the run time as the industry standard NP-1B. Using the advanced chemistry of NiMH, the NHP-50 delivers 50 Watts of power in the same physical pack as a 25 Watt NP battery. Nickel Metal Hydride offers excellent power-to-weight ratio, over one thousand life cycles with no memory effect. Because of Cell Safe Technology™, the Platinum Series batteries can be charged on standard NiCad chargers.



### Gold Label

A high quality 12 Volt battery using select 2.3 AmpHour cells. This ten cell pack is configured to meet or exceed other 12 Volt, 2.3 AmpHour batteries in the professional video industry.



### Silver Label

The Silver Label NP battery is a 13.2 Volt, 25 WattHour battery designed to provide the equivalent run time as the Gold Label batteries, yet with reduced memory effect. The 13.2 Volt configuration is designed specifically for 12 Volt professional video applications to improve efficiency and increase the life of your NiCad batteries.



### AGBP-20

Genuine 2.0 AmpHour Panasonic Lead Acid Battery.



### AGBP-212

Genuine 2.3 AmpHour Panasonic Lead Acid Battery.



### Bantam Belt

100 Watt Hours of power at less than 6 lbs. and orthopedic back support, the Bantam Belt is an excellent choice for the full-day camera operator. It is self contained with a negative Delta V charger and includes a dynamic digital fuel gauge.

PAG000996