# NP CHARGERS





### ROQ-4

The ROQ-4 is a four channel sequential fast charger/discharger designed for NP, BP, and Brick style batteries. Using intelligent microcontroller technology, the ROQ-4 provides automatic defective battery feedback, fast charge/discharge multitasking, simultaneous maintenance charging, and battery sequence memorization. The ROQ-4 is housed in a rugged, yet lightweight, compact steel case and comes with a carrying handle for portability.*

### ROQ-2060

Similar to the ROQ-2060 Pro, the ROQ-2060 is a dual channel simultaneous charger and 60 watt AC Adapter designed for NP Batteries. The AC power supply provides independent camera power while charging 2 batteries simultaneously. The ROQ series of professional quick chargers are distinguished by precision electronics. Its rugged field capable construction includes a carrying handle. The ROQ-2060 is capable of charging both NiCad and NiMh batteries safely and effectively, and includes BP auxiliary ports for multiple battery formats.



### ROQ-1000

Similar to the ROQ-1000 Pro, the ROQ-1000 is perfect for location shoots and field audio applications. The ROQ-1000 is a small single channel professional quick charger designed for NP Batteries. Distinguished from other single channel chargers by its high quality precision electronics and its rugged field capable construction, the ROQ-1000 is compatible with both NiCad and Nickel Metal Hydride battery packs. All models includes BP auxiliary ports perfect for fast charging battery belts.



### ROQ-460

The ROQ-460 is a four channel sequential fast charger/discharger with a built-in 60 Watt AC Adapter. The ROQ-460 incorporates all the microcontroller technology advances found in the ROQ-4 battery charger as well as providing an internal simultaneous 60 Watt AC Adapter for powering a camera and charging batteries at the same time.*



### APAC-8

The APAC-8 is an eight channel simultaneous trickle charger which interfaces with the ROQ-4 Series chargers to maintain peak charge condition in your batteries for extended lengths of time. The APAC-8 expands the ROQ-4 Series fast chargers into powerful charger base stations.



### Triton-16

The Triton-16 battery charger/discharger is a sixteen channel base station with fast charge, discharge, and maintenance charge capabilities. The Triton-16 is capable of charging four batteries per hour and comes standard with an interface for communication with the Analogger™ Battery Maintenance Software. The Triton-16 combined with the Analogger Battery Maintenance Software is perfect for high volume applications where tracking and optimizing battery performance is vital.*

All Aspen Electronic Battery Chargers and AC Adapters come with auto-ranging universal inputs to accept voltages from 90 - 240 VAC.

PAG000997

*Can be purchased with the Analogger Battery Maintenance Software.

# AC ADAPTERS & LBC-4



### PSM 160

The PSM-160 is a compact, lightweight AC Adapter providing 60 Watts of DC power. The PSM-160 weighs only 1.5 lbs. and comes equipped with 3 stud Anton Bauer™ mounts. The PSM-160 incorporates seven different types of power protection. An excellent choice for travel and field production applications.





### PSM 260

The PSM-260 is a dual channel 120 Watt AC Adapter (60 Watts per channel) in a compact lightweight design. The PSM-260 is made with a rugged steel case and is designed with a carrying handle for portability. The PSM-260 is excellent for two camera shoots or for lighting and camera applications. The PSM 260 also employs seven different types of power protection.



### LBC-4

The LBC-4 is a four channel charger designed for Panasonic AGBP 20 & 212 batteries. It includes a built-in 50 Watt AC Adapter. The LBC-4 features a microcontroller designed to fast charge and maintain lead acid batteries, while at the same time, optimizing their performance and life expectancy. The LBC-4 maintenance package includes an automatic calendar recharge feature to evaluate and recharge your batteries every ten calendar days while they are left on the charger.

All Aspen Electronic Battery Chargers and AC Adapters come with auto-ranging universal inputs to accept voltages from 90 - 240 VAC.



# POWER BAG 250



### Power Bag 250

The hot-swappable 250 watt power bag allows NP battery users maximum output and sustained run times for field shooting and lighting situations. The Power Bag 250 has a thermally shielded external shell constructed with light weight Cordura nylon. The Power Bag 250 supports 5 NP batteries with excellent environmental protection and has the capability to run 250 watts continuously from the 4-pin XLR power source.

Available with exclusive Thermal Environment Control, the Power Bag 250 keeps batteries warm during cold weather shoots and protects batteries from the elements, preventing internal cell impedance due to freezing temperatures even through the coldest and harshest environments.

PAG000998

# POWER KITS

## ADDITIONAL POWER KITS

Aspen bundles power & performance in economical power kit packages. These conveniently packaged Aspen power kits provide the power essentials for all production needs.

**Power Kit 1**
LBC-4 Charger/AC Supply,
2 Panasonic AGBP Batteries

**Power Kit 2**
ROQ-4 Charger, PSM 160 AC Supply,
10' Camcable, 4 NP Silver Label batteries

**Power Kit 3**
ROQ-4 Charger, PSM 160 AC Supply,
10' Camcable, 4 NP Platinum Series Batteries

**Power Kit 4**
ROQ-460 Charger, 4 NP Platinum Series Batteries, 10' Camcable

**Power Kit 5**
ROQ-1000 Charger, 2 NP Silver Label Batteries

**Power Kit 6**
ROQ-1000 Charger, 2 NP Platinum Series Batteries

**Power Kit 7**
ROQ-2060 Charger, 2 NP Silver Label Batteries, 10' Camcable

**Power Kit 8**
ROQ-2060 Charger, 2 NP Platinum Series Batteries, 10' Camcable

**Power Kit 9**
LBC-4 Charger/AC Supply,
4 Panasonic AGBP Batteries

### PRO SERIES POWER KITS
**Power Kit 10**
ROQ-2060 Pro Charger, 2 Bantam Brick Batteries, 10' Camcable

**Power Kit 11**
ROQ-2060 Pro Charger, 4 Bantam Brick Batteries, 10' Camcable

## POWER KIT 8    ROQ-2060



*Rugged plastic transport case included*

## POWER KIT 10    ROQ-2060 PRO



*Rugged plastic transport case included*

## POWER KIT 1    LBC-4



PAG000999

# SOFTWARE

## ANALYZE BATTERIES & TRACK PERFORMANCE



### Analogger Battery Maintenance Software

The Aspen Analogger™ Battery Maintenance Software converts your personal computer into a complete battery analyzer and performance tracking tool. This software analyzes batteries with dynamic Volt and AmpHour meters. The Analogger charts the charge and discharge curves of your batteries and automatically date stamps and stores the results on your hard drive. The Analogger creates a lifetime performance curve of your batteries keeping track of the total number of charges and the current performance rating for each battery. It will also remind the operator when to condition batteries based on a user defined maintenance schedule.



### ROQ-460A

The ROQ-460A is a four channel sequential fast charger/discharger with a built-in 60 Watt AC Adapter. The ROQ-460A incorporates all the microcontroller technology advances found in the ROQ-4A battery charger as well as providing an internal simultaneous 60 Watt AC Adapter for powering a camera and charging batteries at the same time.



### Triton-16

The Triton-16 battery charger/discharger is a sixteen channel base station with fast charge, discharge, and maintenance charge capabilities. The Triton-16 is capable of charging four batteries per hour and comes standard with an interface for communication with the Analogger™ Battery Maintenance Software. The Triton-16, together with the Analogger Battery Maintenance Software, is perfect for high volume applications where tracking and analyzing battery performance is vital.*



### ROQ-4A

The ROQ-4A is a four channel sequential fast charger/ discharger designed for NP, BP, and Brick style batteries. Using intelligent microcontroller technology, the ROQ-4A provides automatic defective battery feedback, fast charge/discharge multitasking, simultaneous maintenance charging, and battery sequence memorization. The ROQ-4A is housed in a rugged, yet lightweight, compact steel case and comes with a carrying handle for portability.*

*Can be used with the Analogger Battery Maintenance Software.



**ASPEN ELECTRONICS INC.**

Tel 714.379.2515 · Fax 714.379.2517
152 Bolsa Avenue, Suite 103 · Huntington Beach, CA 92649 · www.aspenelectronics.com

Panasonic ... Sony is a registered trademark of Sony. Anton Bauer is a registered trademark of Anton Bauer. Cell Safe Technology and Analogger are

All Aspen Electronic Products Are Made In The U.S.A.                    PAG001000

CUSTOMER PRICE SHEET

## ASPEN ELECTRONICS INC.          NAB 99

**BUNDLED POWER KITS**

| POWER KITS | DESCRIPTION | LIST$ |
|---|---|---|
| POWER KIT 1 | LBC-4 Lead Acid BatteryCharger / AC Supply, 2 Panasonic AGBP Batteries | $ 565.00 |
| POWER KIT 2 * | ROQ-4 Charger, PSM-160 AC Supply,10' Camcable, 4 NP Silver label batteries | $ 1,095.00 |
| POWER KIT 3 * | ROQ-4 Charger, PSM-160 AC Supply,10' Camcable, 4 NP Platinum label batteries | $ 1,395.00 |
| POWER KIT 4 | ROQ-460 Charger, 4 NP Platinum label batteries, 10' Camcable | $ 1,495.00 |
| POWER KIT 5 * | ROQ-1000 Charger, 2 NP Silver label batteries | $ 425.00 |
| POWER KIT 6 * | ROQ-1000 Charger, 2 NP Platinum label batteries | $ 645.00 |
| POWER KIT 7 * | ROQ-2060 Charger, 2 NP Silver Label batteries, 10' Camcable | $ 895.00 |
| POWER KIT 8 * | ROQ-2060 Charger, 2 NP Platinum Label batteries, 10' Camcable | $ 1,095.00 |
| POWER KIT 9 | LBC-4 Lead Acid Battery Charger/AC Supply, 4 Panasonic AGBP batteries | $ 595.00 |

### PRO SERIES POWER KITS

| | | |
|---|---|---|
| POWER KIT 10 * | ROQ-PRO 2060 Charger, 2 Bantam Brick Batteries, 10' Camcable | $ 1,495.00 |
| POWER KIT 11 * | ROQ-PRO 2060 Charger, 4 Bantam Brick Batteries, 10' Camcable | $ 2,295.00 |
| POWER KIT 12 * | ROQ-PRO 1000, 2 Bantam Brick Batteries, 1 PSM-160 10' Camcable | $ 1,095.00 |

* Marked Power Kits include our rugged molded Power Case with custom die cut foam

ASPEN ELECTRONICS INC 5152 BOLSA AVE STE. 103 HUNTINGTON BEACH CA 92649 TEL(714) 379-2515
FAX(714) 379-2517 E-MAIL: aspen@aspenelectronics.com  WEB SITE: www.aspenelectronics.com

PAG001001

CUSTOMER PRICE SHEET

**ASPEN ELECTRONICS INC**                                                                                         **NAB 99**

## BATTERY PACKS  BELTS  AC ADAPTERS

| MODEL NO | DESCRIPTION | LIST$ |
|---|---|---|
| **Silver** <br> **NP Battery** <br> **NP-1B eq** | 13.2 Volt NiCad NP Battery pack <br> Longer run time, with reduced memory effect <br> Made in USA <br> 25 Watts | $ 75.00 |
| **Gold** <br> **NP Battery** <br> **GNP-1B** | 12 Volt NiCad NP Battery pack <br> 27 Watts | $ 90.00 |
| **Platinum** <br> **NP1B Battery** <br> **NHP- 50** | Premium 13.2 Volt NiMh Battery pack <br> Made in USA <br> 50 Watts, no memory | $ 195.00 |
| **AGBP-20** | Genuine Panasonic Lead Acid 2.0 Amp Hour Battery | $ 47.00 |
| **AGBP-212** | Genuine Panasonic Lead Acid 2.3 Amp Hour Battery | $ 42.00 |
| **BANTAM BRICK** | NiMh A-LOCK battery pack 4.5 Amp Hour 14.4 Volts <br> 65 Watt/Hour, Precision Fuel Gauge | $ 395.00 |
| **BANTAM BELT** | NiMh Battery Belt Pack 6.5 Amp Hour 14.4 volts <br> 100 Watt/Hr, Precision Fuel Gauge, Built in Fast Charger | $ 595.00 |
| **PSM-160** | 60 Watt AC Adapter with single 4 pin XLR output <br> for camera or lighting applications | $ 295.00 |
| **PSM 160 PRO** | 60 Watt AC Adapter with A-LOCK mounting plate for <br> camera or lighting applications with 4 pin XLR output | $ 350.00 |
| **PSM-260** | 120 Watt AC Adapter with two 4 pin XLR outputs <br> (5 Amps each) for powering cameras and lighting <br> simultaneously | $ 495.00 |

ASPEN ELECTRONICS INC 5152 BOLSA AVE STE. 103 HUNTINGTON BEACH CA 92649
TEL (714) 379-2515  FAX (714) 379-2517 E-MAIL: aspen@aspenelectronics.com  WEB SITE: www.aspenelectronics.com

CUSTOMER PRICE SHEET

**ASPEN ELECTRONICS INC**

**NAB 99**

### CHARGERS - DISCHARGERS

| MODEL NO | DESCRIPTION | LIST$ |
|---|---|---|
| ROQ-1000 | 1 Channel Fast Charger for NP/BP batteries or BANTAM BELT | $ 250.00 |
| ROQ-1000 PRO | 1 Channel Fast Charger for ASPEN BANTAM Bricks or BANTAM BELT | $ 280.00 |
| ROQ-2060 | 2 Channel Simultaneous Charger for NP / BP batteries or BANTAM BELT, with Simultaneous AC Adapter | $ 695.00 |
| ROQ-2060 PRO | 2 Channel Simultaneous Charger for Bantam Brick batteries or BANTAM BELT, with Simultaneous AC Adapter | $ 750.00 |
| ROQ-4000 PRO | 4 Channel Simultaneous Charger for BANTAM BRICKS or BANTAM BELT | $ 695.00 |
| ROQ-4 | 4 Channel Microcontroller driven sequential fast Charger / Discharger (Optional Analogger software) | $ 525.00 |
| ROQ-460 | 4 Channel Microcontoller driven sequential fast Charger / Discharger (Optional Analogger software) | $ 750.00 |
| LBC-4 | Microcontroller driven sequential fast Charger for Panasonic AG-BP Lead Acid Batteries | $ 495.00 |
| TRITON 16 | 4 Simultaneous charging Banks (16 channels) includes Triton Network analyzer software | $ 2,550.00 |
| APAC-8 | 8 Channel Simultaneous Trickle Charger to keep batteries at peak charge. Interfaces with ROQ Charger | $ 225.00 |

ASPEN ELECTRONICS INC 5152 BOLSA AVE. STE. 103 HUNTINGTON BEACH CA 92649
TEL (714) 379-2515   FAX (714) 379-2517  E-MAIL: aspen@aspenelectronics.com  WEB SITE: www.aspenelectronics.com

PAG001003

CUSTOMER PRICE SHEET

## ASPEN ELECTRONICS INC  NAB 99

### ACCESSORIES

| PRODUCT | DESCRIPTION | LIST$ |
|---|---|---|
| NP-AB | Single NP Platinum mount to 3 stud camera mount | $ 200.00 |
| NP-A-LOCK | Single NP Platinum mount to A-LOCK camera mount | $ 235.00 |
| 2NP-AB | Dual NP Platinum mount to 3 stud camera mount | $ 250.00 |
| 2NP-A-LOCK | Dual NP Platinum mount to A-LOCK camera mount | $ 290.00 |
| 2BB-A-LOCK | Dual BANTAM BRICK Mount to A-LOCK camera mount | $ 290.00 |
| Camcable 2' | 2 ft XLR cable (4 pin) for use with mounted PSM 160 | $ 27.00 |
| Camcable 10' | 10 ft XLR cable (4 pin) for use in production applications | $ 47.00 |
| BP-XLR | Connector for charging BANTAM BELT | $ 48.00 |
| Power Adapter | Connector for charging Brick type batteries | $ 48.00 |
| Lead Acid Clip | Connector for charging Panasonic AGBP batteries | $ 10.00 |
| RF PLATE | Plate adapter for mounting Wireless microphones | $ 60.00 |
| A-LOCK B PLATE | A-LOCK mount plate | $ 99.00 |
| A-LOCK C MOUNT | A-LOCK camera mount | $ 99.00 |
| A-LOCK-AB Adapter | To connect any A-LOCK power equipment to 3 stud camera mount | $ 200.00 |
| ANALOGGER | Analogger software and cable | $ 100.00 |
| POWER BAG 250 | Thermal shielded Cordura nylon battery bag providing up to 250 Watt/Hrs of power with 5 NHP-50 batteries single 4-pin XLR output connector | $ 250.00 |
| POWER BAG 250-T | Power Bag 250 with exclusive Thermal Environment Control to keep batteries warm in freezing temperatures | $ 425.00 |
| NP POWER CASE | Rugged case with die cut foam for NP power kits | $ 120.00 |
| BB POWER CASE | Rugged case with die cut foam for B-BRICK power kits | $ 120.00 |

ASPEN ELECTRONICS INC 5152 BOLSA AVE STE. 103 HUNTINGTON BEACH CA 92649 TEL(714) 379-2515
FAX(714) 379-2517 E-MAIL: aspen@aspenelectronics.com  WEB SITE: www.aspenelectronics.com

PAG001004