

ASPEN PSM-160