Absolute
#VB-NH 13A4
Front



Absolute
model # VB-NH13A4



LOCATION FOR T-STUD (headed projections)

Absolute model # VB-NH13A4