UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br><br>                     PLAINTIFF<br><br>VS.<br><br>PAG, LTD.<br>                     DEFENDANT<br><br>VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br>                     DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br>APRIL 29, 2004 |

### AFFIDAVIT

1. I am over the age of eighteen (18) years. I believe in the obligation of an oath and declare under penalties of perjury that what follows is true and accurate.

2. I am the Western United States Regional Sales Manager for Telecast Fiber Systems, Inc. ("Telecast"). I am also the Product Manager for Telecast's "Copperhead" device.

3. Telecast is a Massachusetts corporation formed in 1991. Telecast is a leading manufacturer of portable and fixed fiber optic systems for television broadcast

3. [continued] production and other high performance video/audio communications. Our video, audio and communications systems are used worldwide by TV networks, teleproduction companies, private and government institutions and facilities, and telecommunications providers.

4. I joined Telecast in approximately 1999. In this position, I have gained extensive familiarity with the film production industry. This includes knowledge of the range of products that are available in the industry and their purpose and design. To assist my professional development I regularly review trade materials and attend trade shows, among other activities.

5. High definition technology, which enhances the audio and visual qualities of a production, is an important advancement in today's film production industry.

6. Telecast manufactures a device, called a "Copperhead", which is a fiber optic multiplexing system that is adapted to mount directly between a video camera and a camera battery pack, eliminating the need for triaxial adapters or other electrical cables at the camera and remote equipment. A fiber optic cable carries upstream and downstream television signals between the camera-mountable transceiver and a remote base station transceiver. I am one of the inventors of this device.

7. The device comes equipped (based upon customer specification) from its manufacturer with either an Anton/Bauer, Sony or PAG male plate and is mounted to the corresponding female counterpart on the camera.

8. The standard Copperhead device is typically powered through a battery source  The Copperhead "PowerPlus" device, an accessory to the standard "Copperhead", is powered directly through a hybrid copper/fiber optic cable, as opposed to a battery.

_____
James B. Hurwitz

Subscribed to and sworn to before me this 6th day of May, 2004.

_____
Notary Public
My Commission Expires: Oct. 29, 2006

DIANE WILBLINGER
COMM. #1382261
Notary Public-California
MARIN COUNTY
My Comm. Exp. Oct 29, 2006

BPRT/57052.2/BCR/515143v1  rev JBH 5/4/05

3