UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br><br>        PLAINTIFF<br><br>VS.<br><br>PAG, LTD.<br>        DEFENDANT<br><br>VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br>        DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br><br>April 30, 2004 |

### AFFIDAVIT

1. I am over the age of eighteen (18) years. I believe in the obligation of an oath and declare under penalties of perjury that what follows is true and accurate.

2. I am the General Manager of Bexel Corp. ("Bexel").

3. Bexel was formed in 1981. It specializes in providing video and camera equipment and ancillary support products to the film production industry. We have the largest inventory of rental equipment in the world for professional video, audio and customer specialty rental configurations. Bexel clients range from individual customers to

outfitting all equipment for large productions such as broadcast television shows and the Olympics. We frequently design and fabricate tailor-made technical solutions to address special needs presented by our customers.

4. I joined Bexel in 1994 and have become very familiar with the film production industry as it has developed over the last two decades. In my capacity as General Manager, I make all capital purchases for the company. It is thus important for me to know the range of products that are available in the industry and their purpose and design. I acquire this knowledge through trade publications, attendance at trade shows, visiting and talking with manufacturers and purchasing and working with a wide variety of products.

5. Bexel has in its inventory over 200 cameras which it rents to its various customers. All of these cameras are equipped with or adapted to use the '204 female plate from Anton/Bauer.

6. The film production industry has become increasingly focused on high definition technology over the last 5 years to more effectively and efficiently enhance the visual and audio components of a production.

7. In order to equip a camera with various accessories for these specialized high definition cameras, manufacturers of these accessories often install connector plates,

such as those manufactured by Sony, Anton/Bauer and PAG, on their accessory devices. I have worked with the female and male plates made by each of these manufacturers and seen them used in the industry on many occasions.

8. Telecast Fibert Systems makes a device, called a "Copperhead", for use with high definition cameras that is fitted with a fiber optic cable that brings various audio and video and control signals to/from the camera. I am familiar with this device, have used it and have seen others use it.

9. The device comes equipped from its manufacturer with either an Anton/Bauer, Sony or PAG male plate and is mounted to the corresponding female counterpart on the camera. When the two plates are attached, the Telecast device is powered through a line in the fiber optic cable; there is no battery pack.

10. When using the Copperhead device, customers have occasionally requested the power source to be affixed to the camera for ease of mobility. To address that request, we have mechanically attached an Anton/Bauer female plate to the underneath side of the camera. We then attach a male plate to the power unit and attach the power unit to the female plate. The female plate is not electrically attached; it is simply screwed onto the camera and operates as a hanger for the power unit. The camera is still powered through the line in the fiber optic cable. Preston makes a device known as

the FI+Z remote servo focus and zoom system which can attach to the back of a camera via an Anton/Bauer female plate. I am familiar with this device, have used it and have seen others use it. We rent this device to customers.

11. This device allows a zoom lens on the camera to be operated remotely. It is attached to the back of the system with the female plate on the camera and the male plate on the device. The device can be powered remotely in which case no power unit is attached to it. It can also be powered by a battery pack. The device comes equipped with a female plate (the manufacturer is specified by the customer) and a battery pack with a corresponding male plate is then attached to the power unit and the camera. The battery, when a change is required, is released from the back-most connection, the device is not released to change a battery.

12. One of the products we have considered in the past is a DVC-820 Down Converter and DV Encoder for HD Acquisition (made for Panasonic cameras) and its counterpart the DVC-800 (made for Sony cameras), both made by Miranda Corporation. I have seen these devices used in trade shows and in the field and used them myself. These devices are designed to enhance electronic acquisition of material using HD cameras such as the Sony HD CAM or Panasonic AJ-HDC27F. The DVC-800/820 units provides a unique combination of outputs and functionality

to facilitate monitoring, and rough cut editing in the preparation of dailies while a photographer is on site. In summary, the device feeds and converts the signals in and out of a camera to facilitate the breakdown of high definition video, audio and data.

13. The DVC-units must be attached to the back of a camera. The DVC-800-IDX model mates to a Sony HD CAM, which camera uses a standard Sony V mount female plate. The DVC-800-IDX has a Sony male plate affixed to which is then attached directly to that V mount.

14. The DVC-820-ANTON is attached directly to a Panasonic HD camera using the Anton/Bauer female mount. The DVC-820-ANTON attaches directly to that mount. The DVC-820-ANTON itself comes with a plate having three mushroom lugs and an electrical terminal. The lugs fit into the holes of the female plate and the terminal on the male and female plates are connected when the attachment is made.

15. The device is designed to be affixed to the camera through not only use of the Sony or Anton/Bauer mounting plate, but also by two screws which are affixed to the camera. The device does not release from the camera unless those screws are removed. In situations where a battery pack is then connected to the device, it is the battery pack that is released, not the device.

16. The DVC-820 device may be powered by an energy source located in a belt or remaining stationary on a table through use of a cable and plug. In the schematic attached as Exhibit 1, this use is depicted at page 4 where it notes the DC in the belt. The terminal can also be seen on page 2 of the Exhibit located at the bottom of the device.

17. Alternatively, the DVC-820 device may be powered by a battery pack such as that provided by Sony, Anton Bauer or PAG. Miranda sells adapters for the DVC device that accommodate battery packs by each of the manufacturers. The customer specified female plate is attached to the back side of the DVC device. So, for example, if a customer wants to use an Anton Bauer battery pack, they rent a Miranda DVC-820 XXX device equipped with an AB female plate attached to the back of the device which then connects with an Anton Bauer battery pack that comes with an Anton Bauer male plate. The battery, when a change is required, is released from the back-most connection, the device is not released to change a battery.

18. I am also familiar with the Evertz down converter, model number F9-2410 MD. I have seen the device at trade shows and in the field and used it myself. The device operates similarly to the way the Miranda device works and accomplishes the same purpose.

19. Again, the Evertz device is sold to be attached to the already existing camera plate (based upon the customer's specifications) by use of a male counterpart. The back of the device comes equipped with another female plate (again, as ordered by the customer) to which the corresponding battery pack (equipped with the male plate) is then attached. The unit and camera are then powered by that battery pack. The battery, when a change is required, is released from the back-most connection, the device is not released to change a battery.

20. I am also familiar with the FireStore FS-3 and DR-DV5000 hard disk video recording devices. I have seen these devices at trade shows, used it myself and seen others use it. Both products are made by Focus Enhancements, Inc.

21. The FS-3 mounts to Sony camera with the standard Sony V mount and to Panasonic cameras with the standard Anton/Bauer female mount. The device is sold with the male plate that connects with the female plate on the camera. The unit may be powered either remotely through a battery belt or a stationary power supply, or through a battery connection. Focus Enhancements, in fact, sells battery adapter plates for this unit for converting to Sony, Anton/Bauer or PAG batteries. The battery, when change is required, is released from the back-most connection, the

device is not released to change a battery. The DR-DV5000 is designed specifically for a JVC Camcorder and is attached and operates in the same fashion as the FS-3.

22. Bexel has also designed, fabricated and rented a power distribution box that attaches directly to the Anton/Bauer female plate. The box receives power from a remote source (there is no battery pack) and distributes it, through wiring, to the camera and through cables to a script light, a device for powering the zoom lens and other ancillary uses. The camera has the Anton/Bauer female plate and the box has the Anton/Bauer male plate which are mechanically and electrically connected.

23. The industry also uses wireless audio signal receivers I am familiar with many of these devices including the Azden 1000 URX/AB made by Azden Corp. I have seen the device at trade shows and in the field and used it myself. The 1000 URX version attaches directly to the camera with Velcro strips. The 1000 URX/AB version, however, attaches directly to the camera by use of the camera side Anton/Bauer female plate and an Anton/Bauer male plate attached to the receiver. The device may then be powered remotely or a user may take advantage of the female plate on the reverse side of the receiver to which an Anton/Bauer battery pack (with male plate) may then be attached. The battery, when a change is required, is released from the back-most connection, the device is not released to change a battery.

24. I have looked at the female mounts for the Panasonic HD camera we have in our possession. They are all marked with U.S. Patent No. 4,810,204.

_____
Thomas Dickinson

Subscribed to and sworn to before me this 7 day of MAY, 2004.

_____
Notary Public
My Commission Expires: December 10, 2004

BPRT/57052.2/JTS/514531v1



VICTORIA SUE DREWS
Commission # 1286044
Notary Public - California
Los Angeles County
My Comm. Expires Dec 10, 2004

9

# DVC-800
## Downconverter and DV encoder for SONY HDCAM™



EXHIBIT 76



miranda

www.miranda.com

# DVC-800 Downconverter and DV Encoder for HD Acquisition

## Full Quality Downconverter and DV Encoder for HD Aquisiton

The DVC-800 is the latest in clever, camera adapted conversion devices from Miranda and was designed to enhance electronic acquisition of material using HD cameras such as the SONY HDCAM or Panasonic AJ-HDC27A. The DVC provides a unique combination of outputs and functionality to facilitate monitoring, rough cut editing and the preparation of dailies while on site. Designed in cooperation with a number of electronic acquisition pioneers, the DVC is the indispensible tool for electronic acquisition.



## Typical Application





Diagram labels: POWER BOOK, DV DRIVE, DVCAM VTR, HD MONITOR, SD MONITOR, NTSC/PAL MONITOR, HD SDI, SDI, NTSC/PAL, DV IEEE-1394

### Key Features/Benefits

- Full complement of outputs including HD SDI, SDI, Composite and DV/IEEE-1394 eliminate the need for multiple conversion boxes on the set.

- DV/IEEE-1394 output allows direct connection of the camera to a laptop or other DV recording/editing systems allowing for full quality rough cut editing and the preparation of dailies on site. The DV signal includes embedded audio, time code and other Metadata.

- Time code burn-in, graticule markers and on screen display of other Metadata information such as scene, take and reel number allows everyone on set to see the complete picture at all times.

- Built-in Aspect Ratio converter allows 16:9 material to be viewed on either 16:9 or 4:3 monitors.

- DV loopback feature allows DV material recorded on the DV Recorder or Laptop to be played back on the SDI and Composite monitoring outputs, thus saving the head life on the camera's HD recorder.

- Compact package mounts directly between camera and battery and adds less than 1 inch to the overall depth of the camera.

- Advanced power management allows the operation of the DVC-800 with minimal impact on camera battery life.

- Handles complete range of formats including 1080i, 1080p and 720p formats at all the popular frame rates including 23.98psf, 24psf, 25psf, 29.97psf, 50i and 59.94i.

- Full 10-bit Quality Downconverter

## Technical Specifications

**INPUT**

| | |
|---|---|
| HD SIGNAL: | 20-bit YPrPb HD as per HDW-F900 Sony Interface |
| FORMAT: | 1920x1080i: 23.98psF, 24psF*, 25psF*, 29.97psF, 30psF*, 50i, 59.94i, 60i* |
| | 1280x720: 50p, 59.94p, 60p* |
| | *For HD SDI Output Only |
| CONNECTOR: | 50-pin camera connector |
| **AES 1 (1/2)** | |
| SIGNAL: | AES3 |
| LEVEL: | TTL |
| IMPEDANCE: | Hi Z unbalanced |
| CONNECTOR: | 50-pin camera connector |
| **AES 2 (3/4)** | |
| SIGNAL: | AES3 |
| LEVEL: | 0.2 to 7.0 Vp-p |
| IMPEDANCE: | 110 Ω balanced |
| CONNECTOR: | XLR-3F |
| **LTC** | |
| SIGNAL: | SMPTE 12M |
| LEVEL: | 0.2 to 5 Vp-p |
| CONNECTOR: | 75 Ω BNC |

**OUTPUT**

| | |
|---|---|
| **HD SDI** | |
| SIGNAL(S): | 4:2:2 SMPTE 292M, SMPTE 299M |
| CONNECTOR: | 75 Ω BNC |
| **SDI** | |
| SIGNAL(S): | 4:2:2 SMPTE 259M, SMPTE 272M |
| CONNECTOR: | 75 Ω BNC |
| **COMPOSITE** | |
| SIGNAL: | NTSC (525/60) SMPTE 170M |
| | PAL (625/50) ITU RT 470 |
| CONNECTOR: | 75 Ω BNC |
| **Y** | |
| SIGNAL: | Luminance only (525/60 or 625/50) |
| CONNECTOR: | 75 Ω BNC |
| **DV** | |
| SIGNAL: | DV on IEEE-1394a |
| CONNECTOR: | IEEE-1394 6-pin |
| **AUDIO** | |
| SIGNAL: | Stereo unbalanced line out |
| LEVEL: | 1.0 Vp-p |
| IMPEDANCE: | < 600 Ω |
| CONNECTOR: | HIROSE 6-pin (HR10A Series) |
| **OTHERS** | |
| TELEMETRY SIGNAL: | RS-232 for telemetry metadata and control data (38.4 Kbauds) |
| CONNECTOR: | DE-9P |

**PROCESSING PERFORMANCE**

| | |
|---|---|
| VIDEO | |
| SIGNAL PATH: | 10-bit HD SDI, 10-bit SD SDI, 8-bit COMPOSITE, |
| AUDIO | |
| SIGNAL PATH: | 24-bit HD SDI, |
| | 20-bit SD SDI, |
| | 16-bit DV |
| POWER INPUT: | 11 – 17 VDC |
| POWER CONNECTOR: | XLR-4, and Battery connector "Sony" or "Anton Bauer" or "PAG" |
| POWER: | < 12 Watts |
| TEMP. RANGE: | 0-40°C |

## Ordering Information

DVC-800-XXX
- ANTON = Anton Bauer battery adapter
- IDX = Sony battery adapter
- PAG = PAG battery adapter

Monitoring Downconverter And DV Encoder For Sony HDCAM

DVC-820-XXX
- ANTON = Anton Bauer battery adapter
- IDX = Sony battery adapter
- PAG = PAG battery adapter

Monitoring Downconverter And DV Encoder For Panasonic HD Camera

NOTE: ALL SPECIFICATIONS SUBJECT TO CHANGE WITHOUT NOTICE. / SONY is a trademark owned by Sony Corporation.

Miranda Technologies Inc. - Tel: 514.333.1772 – Fax: 514.333.9828
ussales@miranda.com • eurosales@miranda.com • uksales@miranda.com • asiasales@miranda.com

www.miranda.com

DVC-800 Functional Block Diagram