UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| ANTON/BAUER, INC. | |
|---|---|
| PLAINTIFF | CIVIL ACTION |
| VS. | NO. 3:01-CV-577 (CFD) |
| PAG, LTD. | |
| DEFENDANT | |
| VS. | |
| ANTON/BAUER, INC. AND ALEX DESORBO | May 7, 2004 |
| DEFENDANT | |

### AFFIDAVIT

1. I am over the age of eighteen (18) years. I believe in the obligation of an oath and declare under penalties of perjury that what follows is true and accurate.

2. I am the Chief Executive Officer of Camplex Corp. ("Camplex").

3. Camplex was formed in 1989. It specializes in designing and making and marketing electronic signal conveyance products for the television production industry.

4. I formed Camplex and I am very familiar with its product line

5. Camplex designed and makes a device, called a "CP 301B", which consists of a lightweight camera adapter and rack-mountable control unit which multiplexes video and audio signals through a single coax cable between the production control center

and the camera location. A true and accurate copy of our current brochure is attached as Exhibit 1.

6. The Camplex CP 601 is another modular system we designed and make that sends component video signals from the camera to the control point on a single cable. The system consists of a control unit and the camera adapter. A true and accurate copy of the current brochure is attached hereto as Exhibit 2.

7. The CP 301B and CP 601 are often sold with a plate to allow mechanical docking of the device with the Anton/Bauer female plate attached to the camera. The adapter plate is model number CAB-23. We also sell adapter plates that similarly configure our device for use with Sony female plates (Model No. CBP-23) and PAG female plates (PAG-23). In each instance, the female plate on the camera simply acts as the docking mechanism for our device. The customer specifies these particular docking requirements as part of our configuration checklist. A true and accurate copy of the configuration checklist is attached as Exhibit 3. See Section K of that document.

8. The CAB-23 consists of a metal plate to which are affixed three headed projections which mate with the holes in the Anton/Bauer female plate. There is, however, no electrical terminal. The connection to the Anton/Bauer female plate is only mechanical, not electrical. The adapter is clearly depicted in our CP 601 catalog, Exhibit 2 at 1 & 2.

9. As typically sold, the CP 301B and CP 601 are powered remotely through a cable connected to a stationary power source or battery pack. There is no direct battery connection that makes use of the hotshoe (the Anton/Bauer electrical terminals).

10. Because some of our customers expressed an interest in having the ability to have the power source affixed to the camera, and because there is a need on occasion to have additional power (such as with camcorders), we designed the CPN 2378. The CPN 2378 provides a sleeve for a battery. The battery is used in conjunction with the Camplex PDC ("Powered Down Coax") option to allow use of the Anton/Bauer battery to maintain camera/VCR operation even when current demand exceeds that available from our power system. Power from the Anton/Bauer battery is tied parallel with Camplex power via a 26 pin breakout cable with a pigtail cable connected to the D connector (a terminal port located on the side of the Anton/Bauer female plate, not the hot shoe) on the Anton/Bauer mount.

11. The 2378 is essentially in the shape of a "U", see Exhibit 1 at 15. The first side of the U is mechanically connection to the device by a direct connection between the camera and the Anton/Bauer female plate. The Anton/Bauer battery, with male plate, can then be inserted into that sleeve to permit the Anton/Bauer battery connection. The Camplex system is then attached to the back of the U such that it wraps around the battery.

12. When we designed our CPN 2378 in 1997, we sent our drawings to Anton/Bauer to assure proper clearance on the batteries and to inform Anton/Bauer of the configuration.

13. When we first designed the Camplex CP 301B, we contacted Anton/Bauer to advise it of our intention to make use of their Gold Mount because we knew it held the patents as we had seen the plates were marked with patent numbers. Anton/Bauer had no objection to our use of its female plate in this way. We currently make our own male mechanical adapter plates, which we engineered to fit the Anton/Bauer female plates When our customers do not have an Anton/Bauer female plate, we purchase the female plates used in the CPN 2378 from Anton/Bauer.

_____
J. Thomas Webb

Subscribed to and sworn to before me this __7__ day of May, 2004.

JENNIFER D. STEWART
Notary Public - State of Kansas
My Appt. Expires 5-16-07

_____
Notary Public
My Commission Expires: May 16, 2007

BPRT/57052.2/JTS/513491v1