

Aspen
# NP-AB
FronT



Aspen
NP-AB
BACK