

# Frezzi® ENERGY SYSTEMS

## Your Total Source for On-Camera Power and Lighting

## Professional Power and Lighting Catalog

*Frezzi – The World Standard for Craftsmanship in Portable Power and Lighting*

PAG001036

# The Charger for the Next Millennium



The Complete Battery Management Systems, Frezzi M2100 Advanced Charger



Ergonomic design provides easy access to the powerful features of the Frezzi M2100



Built in Power Supply

Consolidate all of your battery charging needs with the Frezzi M2100. Designed like no other charger, the M2100 includes features not found in other chargers costing thousands more. Compatible with virtually all NiCd battery types including bricks, NP1s and BP90's, the M2100 has a Discharge/Wait/Charge program that analyzes, giving back detailed battery conditions. There's also a Rescue program that tests, conditions and trickle charges over discharged batteries, or your new batteries to keep them at there peak of performance. The Frezzi M2100 was designed from the ground up with our customers suggestions and we listened adding a fully functional 13.5 Volt 70 Watt Power Supply with trim voltage selector via a XLR4 (F) connector letting you power a camcorder and/or Frezzi Light. With all these features, the Frezzi M2100 is the only Charger you'll ever need.

Note: Optional ICP-200 In-car inverter for mobile charging of M2100 and M1100 available. Output 120V AC 60 HZ from vehicle12-14 V supply. Dim. 1.75" x 2.5" x5.25" Wt. 1 lb

M2100 NiCd, 12 to 14.4 Volt, 1 to 7Ah
FastCharger / Discharger / Trickle / Rescue / Analyzer / Power Supply.
Dim (LWH): 10" x 3.4" x 5.25" in. Weight: 3.50 lb.

2    Fast Charger



## MINI-FILLS

### FREZZI STANDARD MINI-FILLS

The Frezzi Mini-Fill is a compact professional light designed to accept 20 to 100 watt bulbs for various ENG or EFP productions. Measuring 2.0" by 4.25" at 12 oz., the Mini-Fill runs from any 12 to 14.4 or 30 Volt battery and is designed for all on camera applications.

### MODEL NO.

| | |
|---|---|
| MF-NP1S | Mini-Fill with NP connector for NP batteries. Recommended bulb, 50 watt or less (2 foot cable) |
| MF-NP1 | MF-NP1S with 4 foot cable and NP connector |
| MF-PT | Mini-Fill with power tap connector |
| MF-12S | Mini-Fill with Sony connector for Pag-Lok Bracket |
| MF-4X | Mini-Fill with XLR-4 connector |
| MF-5X | Mini-Fill with XLR-5 connector |
| MF-12C | Mini-Fill with BP90 type co-ax plug |
| MF-12P | Mini-Fill with cigarette lighter plug |
| MF-30 | Mini-Fill with two pin amphenol connector for 30 Volt operation |
| MFNP1-HC | Mini-Fill with handle clamp and self contained NP battery bracket |
| MFDF | Daylight corrector dichroic filter accessory, converts 3200°K to 5500°K |
| MFBD | Barn Doors Accessory with filter holder |





model MF-series with optional MFDF dichroic filter


NP


PT

### LAMPS

| Code | BAB | FMW | EXN | EYC | EXV | EKP |
|---|---|---|---|---|---|---|
| Watts | 20 | 35 | 50 | 75 | 100 | 80 |
| Volts | 12-14 | 12-14 | 12-14 | 12-14 | 12 | 30 |
| Color Temp. (°K) | 2925 | 3000 | 3050 | 3050 | 3350 | 3350 |
| Approx. Life (hrs.) | 2000 | 4000 | 3000 | 3500 | 50 | 25 |
| Beam Spread | Flood | Flood | Flood | Flood | Flood | Flood |



model MFNP1-HC with optional MFDF dichroic filter


12S


4X

### FREZZI DIMMER CONTROL MINI-FILLS

The Frezzi Dimmer Control Mini-Fills include a built in dimmer control using pulse width modulation for adjusting light output. This latest innovation provides the performance of a 50 to 100 Watt light from a 100 Watt bulb, and 20 to 50 from a 50 Watt bulb.

### MODEL NO.

| | |
|---|---|
| MFIC-NP1S | Mini-Fill Dimmer with NP connector for NP batteries. Recommended bulb, 50 watt or less (2 foot cable) |
| MFIC-NP1 | MFIC-NP1S with 4 foot cable and NP connector |
| MFIC-PT | Mini-Fill Dimmer with power tap connector |
| MFIC-12S | Mini-Fill Dimmer with Sony connector for Pag-Lok Bracket |
| MFIC-4X | Mini-Fill Dimmer with XLR-4 connector |
| MFIC-5X | Mini-Fill Dimmer with XLR-5 connector |
| MFIC-12C | Mini-Fill Dimmer with BP90 type co-ax plug |
| MFIC-12P | Mini-Fill Dimmer with cigarette lighter plug |
| MFIC-30 | Mini-Fill Dimmer with two pin amphenol connector for 30 Volt operation |
| MFIC-NP1HC | Mini-Fill Dimmer with handle clamp and self contained NP battery bracket |
| MFDF | Daylight corrector dichroic filter accessory, converts 3200°K to 5500°K |
| MFBD | Barn Doors Accessory with filter holder |




model MFIC-series with optional MFDF dichroic filter


5X

### LAMPS

| Code | BAB | FMW | EXN | EYC | EXV | EKP |
|---|---|---|---|---|---|---|
| Watts | 20 | 35 | 50 | 75 | 100 | 80 |
| Volts | 12-14 | 12-14 | 12-14 | 12-14 | 12 | 30 |
| Color Temp. (°K) | 2925 | 3000 | 3050 | 3050 | 3350 | 3350 |
| Approx. Life (hrs.) | 2000 | 4000 | 3000 | 3500 | 50 | 25 |
| Beam Spread | Flood | Flood | Flood | Flood | Flood | Flood |

*Videomaker BEST PRODUCTS OF THE YEAR 1993*



model MFIC-NP1HC with optional MFDF dichroic filter


12C

12P

30

Mini-Fills / Dimmer Mini-Fills    3


**MINI-ARCS**

## HMI MINI-FILLS

Compact HMI with choice of connector for connecting to virtually any battery. Specially designed aluminum grips ensure reliable attachment to any camera handle. Provides the daylight equivalent of over 100 Watt tungsten halogen quartz light. Model MFA-NP1HC Mini-Arc features a NP battery bracket built in which will accept any NP type battery through direct connection. One fully charged NP type battery provides one hour of operating time.

## MODEL NO.

| | |
|---|---|
| MFA-NP1S | Mini-Arc with NP1 connector (2 foot cable) |
| MFA-NP1 | Mini-Arc with NP1 connector (4 foot cable) |
| MFA-PT | Mini-Arc with power tap connector |
| MFA-12S | Mini-Arc with Sony connector |
| MFA-4X | Mini-Arc with XLR-4 connector |
| MFA-5X | Mini-Arc with XLR-5 connector |
| MFA-12C | Mini-Arc with BP90 type co-ax plug |
| MFA-12P | Mini-Arc with cigarette lighter plug |
| MFA-NP1HC | Mini-Arc one piece unit with direct connection for NP type batteries |
| MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| MFBD | Barn Doors Accessory with filter holder |

## LAMPS

| | |
|---|---|
| FAB | Frezzi Mini-Arc bulb. Bulb draws 24 Watts with a lifetime of 500 hours. Color temperature balanced at 5500° Kelvin |


model MFA-PT with optional MADF dichroic filter




model MFA-NP1HC with optional MADF dichroic filter

## LIGHT STUDS



9807A • All purpose mounting clamp with adjustment knob and tapered moving jaws, comes with LS-1A




9807 • Same as our popular 9807A clamp but with a 3.0" stud (LS-1) for boosting the height of a Mini-Fill by 1.5"



9807M • All purpose mounting clamp with adjustment knob and tapered moving jaws, comes with 1.5" stud and Mic Clamp



LS-1A • Light Stud for cameras with 1/4-20 thread, Dim: 1.5" x 0.5"



LS-1 • Light Stud for cameras with 1/4-20 thread, Dim: 3.0" x 0.5"



LS-21A • Light Stud for cameras with shoe mount, Dim: 1.5" x 0.5"



LS-21 • Light Stud for cameras with shoe mount, Dim: 3.0" x 0.5"



LSM-1 • Light stud with Mic holder for cameras with 1/4-20 thread, Stud size 3.0" x 0.5"



LSM-21 • Light stud and Mic holder with shoe type attacher. Stud size 3.0" x 0.5"

# Frezzi
ENERGY SYSTEMS
## STANDARD MINI-FILL KITS



Mini-Fill Kit MFK-NP1S



Mini-Fill Kit MFK-6

### MFK-NP1S STANDARD MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MF-NP1S* | Mini-Fill with NP connector on 2 foot cable |
| (1) | MFDF | Daylight corrector dichroic filter accessory, converts 3200°K to 5500°K |
| (1) | LS-1A | Light stud with 1/4-20 thread |
| (1) | NP1-CB | NP camera bracket, attaches to back of Sony battery box |

### MFK-1 STANDARD MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MF-12P | Mini-Fill with cigarette lighter plug |
| (1) | VB-12P | Frezzi battery, 12 Volts, 5Ah |
| (1) | VBC | Trickle charger for VB-12P |

### MFK-2 STANDARD MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MF-12P | Mini-Fill with cigarette lighter plug |
| (1) | VB-12P | Frezzi battery, 12 Volts, 5Ah |
| (1) | VBC | Trickle charger for VB-12P |
| (1) | Choice of spare bulb | |
| (1) | Choice of light stud | |
| (1) | MFDF | Daylight corrector dichroic filter accessory |
| (1) | MFCC | Rugged transportation case |

### MFK-5 STANDARD MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MF-4X | Mini-Fill with XLR-4 connector |
| (1) | VB-4XP | Frezzi battery, 12 Volts, 5Ah with XLR-4 connector |
| (1) | VBC-4X | Trickle charger for VB-4XP Frezzi battery |

### MFK-6 STANDARD MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MF-4X | Mini-Fill with XLR-4 connector |
| (1) | VB-4XP | Frezzi battery, 12 Volts, 5Ah with XLR-4 connector |
| (1) | VBC-4X | Trickle charger for VB-4XP Frezzi battery |
| (1) | Choice of spare bulb | |
| (1) | Choice of light stud | |
| (1) | MFDF | Daylight corrector dichroic filter accessory |
| (1) | MFCC | Rugged transportation case |

### MFK-90 STANDARD MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MF-12C | Mini-Fill with BP90 type co-ax plug |
| (2) | Choice of spare bulb | |
| (1) | FBP-90 | High energy battery with Sony connector |
| (1) | BC-124S | Trickle charger for FBP-90 battery |
| (1) | MFDF | Daylight corrector dichroic filter accessory |
| (1) | MFCC | Rugged transportation case |
| (1) | 9807A | All purpose mounting clamp, comes with LS-1A |
| (1) | BP90 Pouch | |

*With NP1 operation limited to 50 Watt Bulb or less

Standard Mini-Fill Kits    5

# Frezzi
## DIMMER MINI-FILL KITS



Mini-Fill Kit MFK-IC-NP1S



Mini-Fill Kit MFK-IC-90

### MFK-IC-NP1S DIMMER MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MFIC-NP1S* | Mini-Fill Dimmer with NP connector on 2 foot cable |
| (1) | MFDF | Daylight corrector dichroic filter accessory, converts 3200°K to 5500°K |
| (1) | LS-1A | Light stud with 1/4-20 thread |
| (1) | NP1-CB | NP camera bracket, attaches to back of Sony battery box |

### MFK-IC-1 DIMMER MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MFIC-12P | Mini-Fill Dimmer with cigarette lighter plug |
| (1) | VB-12P | Frezzi battery, 12 Volts, 5Ah |
| (1) | VBC | Trickle charger for VB-12P |

### MFK-IC-2 DIMMER MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MFIC-12P | Mini-Fill Dimmer with cigarette lighter plug |
| (1) | VB-12P | Frezzi battery, 12 Volts, 5Ah |
| (1) | VBC | Trickle charger for VB-12P |
| (1) | Choice of spare bulb | |
| (1) | Choice of light stud | |
| (1) | MFDF | Daylight corrector dichroic filter accessory |
| (1) | MFCC | Rugged transportation case |

### MFK-IC-5 DIMMER MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MFIC-4X | Mini-Fill Dimmer with XLR-4 connector |
| (1) | VB-4XP | Frezzi battery, 12 Volts, 5Ah with XLR-4 connector |
| (1) | VBC-4X | Trickle charger for VB-4XP Frezzi battery |

### MFK-IC-6 DIMMER MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MFIC-4X | Mini-Fill Dimmer with XLR-4 connector |
| (1) | VB-4XP | Frezzi battery, 12 Volts, 5Ah with XLR-4 connector |
| (1) | VBC-4X | Trickle charger for VB-4XP Frezzi battery |
| (1) | Choice of spare bulb | |
| (1) | Choice of light stud | |
| (1) | MFDF | Daylight corrector dichroic filter accessory |
| (1) | MFCC | Rugged transportation case |

### MFK-IC-90 DIMMER MINI-FILL KIT
| | | |
|---|---|---|
| (1) | MFIC-12C | Mini-Fill Dimmer with BP90 type co-ax plug |
| (2) | Choice of spare bulb | |
| (1) | FBP-90 | High energy battery with Sony connector |
| (1) | BC-1245 | Trickle charger for FBP-90 battery |
| (1) | MFDF | Daylight corrector dichroic filter accessory |
| (1) | MFCC | Rugged transportation case |
| (1) | 9807A | All purpose mounting clamp, comes with LS-1A |
| (1) | BP90 Pouch | |

*With NP1 operation limited to 50 Watt Bulb or less

# Frezzi
ENERGY SYSTEMS
## HMI MINI-ARC KITS



HMI Mini-Arc Kit MFKA-NP1S



HMI Mini-Arc Kit MFKA-NP1HC

**MFKA-NP1S MINI-ARC KIT**
| (1) | MFA-NP1S | Mini-Arc with NP1 connector (2 foot cable) |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

**MFKA-NP1 MINI-ARC KIT**
| (1) | MFA-NP1 | Mini-Arc with NP1 connector (4 foot cable) |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

**MFKA-PT MINI-ARC KIT**
| (1) | MFA-PT | Mini-Arc with power tap connector |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

**MFKA-12S MINI-ARC KIT**
| (1) | MFA-12S | Mini-Arc with Sony connector |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

**MFKA-4X MINI-ARC KIT**
| (1) | MFA-4X | Mini-Arc with XLR-4 connector |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

**MFKA-5X MINI-ARC KIT**
| (1) | MFA-5X | Mini-Arc with XLR-5 connector |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

**MFKA-12C MINI-ARC KIT**
| (1) | MFA-12C | Mini-Arc with BP90 type co-ax plug |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

**MFKA-12P MINI-ARC KIT**
| (1) | MFA-12P | Mini-Arc with cigarette lighter plug |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

**MFKA-NP1HC MINI-ARC KIT**
| (1) | MFA-NP1HC | Mini-Arc one piece unit with direct connection for NP type batteries |
| (1) | MADF | Dichroic filter accessory, converts 5500°K to 3200°K |
| (1) | ARCC | Compact case |

PAG001042

# Frezzi
ENERGY SYSTEMS

## FL650 / FL250 AND FL650 KITS

| MODEL NO. | DESCRIPTION |
|---|---|
| FL-650 | High power portable light. Runs on AC and DC. Flood and Spot control. Power cord and bulb not included |
| FL-250 | High power portable light, runs on 30V DC only. Flood and Spot control. Includes cord with 30V connector and one bulb |
| C-12 | Power cable for FL-650, specify connector of choice |
| C-30 | Power cable for FL-650, 30 Volt connector |
| C-120 | Power cable for FL-650, 120 Volt AC |
| FLDF-101 | Swing away dichroic filter for FL-650 and FL-250 |
| FLS-101 | Swing away scrim for FL-650 and FL-250 |
| FLH-101 | Hand grip for FL-650 and FL-250 |
| FLAH-101 | Accessory holder for FL-650 and FL250, provides placement option for extra scrims and barn doors |
| FLBD-102 | Barn Doors for FL-650 and FL-250, requires FLAH-101 |
| FLS-102 | Scrim for FL-650 and FL-250, requires FLAH-101 |
| FLLS-101 | Rugged 8 foot light stand |



model FL650 front view

### LAMPS

| Code | F-75 | EYL | DYS | EKD | DYR | DYG | FBT | FBV |
|---|---|---|---|---|---|---|---|---|
| Watts | 75 | 100 | 600 | 650 | 650 | 250 | 150 | 250 |
| Volts | 12 | 12 | 120 | 120 | 220 | 30 | 30 | 30 |
| Color Temp. (°K) | 3050 | 3200 | 3200 | 3400 | 3200 | 3400 | 3400 | 3400 |
| Approx. Life (hrs.) | 200 | 50 | 75 | 25 | 50 | 15 | 10 | 10 |



model FL650 back view



FL650 Light Kit SPK-1

### SPK-1 LIGHT KIT

| (3) | FL-650 | High power compact Frezzi light, runs on AC and DC |
| (3) | C-120 | Power cable for FL-650, 120 Volt AC |
| (3) | EKD or DYS | DYS: 600 Watts, 120 Volt   EKD: 650 Watts, 120 Volt |
| (2) | FLBD-102 | Barn Doors |
| (1) | FLS-102 | Scrim |
| (2) | FLAH-101 | Accessory holder |
| (3) | FLLS-101 | Rugged 8 foot light stand |
| (1) | C120EX | Three way extension cable, 25 foot |
| (1) | FLCC | Large carrying case |

### SPK-2 LIGHT KIT

| (1) | FL-650 | High power compact Frezzi light, runs on AC and DC |
| (1) | DYG | 250 Watts, 30 Volt bulb |
| (1) | FLH-101 | Hand grip |
| (1) | F-30-EC | Frezzi power belt, 30V, 5Ah with 30 Volt connector |
| (1) | 9501CC | Rugged carrying case |
| (1) | C-30 | Power cable for FL-650, 30 Volt connector |

### SPK-2A LIGHT KIT

| (1) | FL-650 | High power compact Frezzi light, runs on AC and DC |
| (1) | DYG | 250 Watts, 30 Volt bulb |
| (1) | FLH-101 | Hand grip |
| (1) | F-30-EXFA | Frezzi power belt, 30V 5Ah with 30 Volt connector and fast charge connector for BC30D |
| (1) | 9501CC | Rugged carrying case |
| (1) | C-30 | Power cable for FL-650, 30 Volt connector |

**Frezzi**
ENERGY SYSTEMS
**BATTERIES**



The voltage cutoff of your camera should match the end of discharge voltage of your battery for optimum results. Frezzi's NPX1 13.2 Volt 1.8Ah battery has an end of discharge voltage which has been designed to match the standard cut off range of today's cameras preventing over or under discharging and prolonging your battery's lifetime.

## NEW OPTIONAL ENERGY GAGE FEATURE



Frezzi introduces the Energy Gage for all Frezzi Brick Batteries models: BP14, BP13, BP142, BP132. With the press of a button, you get instant battery capacity in 20% increments. Energy Gage Brick Models are:
BP14EG     BP142EG
BP13EG     BP132EG

## HIGH CAPACITY ON-BOARD BATTERIES

The Frezzi professional brick batteries models BP-14 and BP-13 are our high capacity On—Board batteries designed to power professional broadcast cameras. Both are encased in strong lightweight aluminum and impact resistant plastic to withstand heavy abuse. The cases are repairable, lower in cost, and smaller in size for your production needs and the batteries are powerful enough to power a Frezzi Mini-Fill (MF-PT) while you're powering your camera.

 

BP-14  14.4 Volt 5Ah 72 watt hours, Dim (LWH): 4.3 x 3.4 x 5.25 in. Weight: 4.70 lb.
BP-13  13.2 Volt 5Ah 66 watt hours, Dim (LWH): 4.3 x 3.4 x 5.25 in. Weight: 4.25 lb.

## COMPACT MINI-BRICKS FOR ON-BOARD POWER

The Frezzi On—Board batteries models BP-142 and BP-132 are compact brick batteries designed for professional broadcast cameras. Smaller and lighter than the BP-14 and BP-13, there ideal if you're equipped with a Snap-On bracket but require light weight power. The cases are repairable, lower in cost, and designed for heavy use.

 

BP-142  14.4 Volt 2.5Ah 36watt hours, Dim (LWH): 4.3 x 2.5 x 5.25 in. Weight: 2.5 lb.
BP-132  13.2 Volt 2.5Ah 33watt hours, Dim (LWH): 4.3 x 3.4 x 5.25 in. Weight: 2.25 lb.

## FREZZI HIGH PERFORMANCE NP TYPE BATTERIES

The Frezzi NPX1, FNP1S and FNP-1MH provide high performance power for broadcast cameras and portable video recorders in a slim lightweight design. When used with the Frezzi NP1-CB camera bracket on back of the Sony battery box, you can use NP type batteries to power a Mini-Fill light with a 50 Watt bulb or less.

  

NPX1 13.2 Volt 1.8Ah 24 watt hours, Dim (LWH): 2.75 x 0.95 x 7.20 in. Weight: 1.5 lb.
FNP1S 12 Volt 2.3Ah 28 watt hours, Dim (LWH): 2.75 x 0.95 x 7.20 in. Weight: 1.5 lb.
FNP-1MH 13.2 Volt 3.5 Ah 46 watt hours, Dim (LWH): 2.75 x 0.95 x 7.20 in. Weight: 1.5 lb.

## 12 VOLT 5 Ah BATTERY PACKS FOR LIGHTS AND DECKS

Frezzi high capacity power packs are ideal for long lasting power requirements in ENG and EFP applications. The FBP-90 is a direct replacement for the BP90 using high performance cells with standard sony connector. Our VP-12P provides an automotive type ancillary 12V DC output source. A VBC charger is required. The VB-4X provides an XLR-4 high quality output (pin 4 positive, pin 1 negative) for powering cameras or lights. A VBC-4X charger is required.



FBP-90 12 Volts 5Ah 60 watt hours, Dim (LWH): 4.8 x 1.5 x 6.45 in. Weight: 3.5 lb.
VB-12P 12 Volts 5Ah 60 watt hours, Dim (LWH): 4.8 x 1.5 x 6.45 in. Weight: 3.5 lb.
VB-4X 12Volts, 5Ah 60 watt hours, Dim (LWH): 4.8 x 1.5 x 6.45 in. Weight: 3.5 lb.

## HIGH CAPACITY 30 VOLT BATTERY

The Frezzi EC30 is a 30 Volt high energy battery with a built in 12 hr. charger. Ideal use is for powering 30 Volt lamps up to 250 Watts.



EC-30 30 Volt 5Ah 150watt hours, Dim (LWH): 4.9 x 2.75 x 9.4 in. Weight: 10 lb.

## STEADY CAM BATTERY

9319 Frezzi's High Performance Steady Cam Battery rated at 13.2 Volts 5Ah 66 watt hours Dim (LWH): 2.55 x 2.55 x 8.50 in.
Weight: 4 lb.                                    Batteries    9


**BATTERY BELTS**



Frezzi Premium Power Leather Belts 14.4-30 Volts , 5 and 10Ah.
F-30-EC      30V, 5Ah 150 watt hours, with 30 Volt connector
F-30-EXFA    30V, 5Ah 150 watt hours, with 30 Volt connector and fast charge connector for BC30D
F-30/14      30V/14.4V, 5/10Ah   150 watt hours
F-30/13      30V/13.2V, 5/10Ah   150 watt hours
Dim (LWD): 4' 2.5" x 4.1" x 1.8"



Frezzi Premium Power Belts 12-14.4 Volts , 7Ah.
F-12-EXFA    12V, 7Ah 84 watt hours, with dual output 4-pin XLR connectors (optional 5-pin)
F-13-EXFA    13.2V, 7Ah 92 watt hours, with dual output 4-pin XLR connectors (optional 5-pin)
F-14-EXFA    14.4V, 7Ah 100 watt hours, with dual output 4-pin XLR connectors (optional 5-pin)
Dim (LWD): 4' 2.5" x 4.1" x 1.8"
All Frezzi Power Belts come with built in overnight charger

## POWER SUPPLIES



Frezzi Power Supplies for Broadcast and Camcorder Cameras
Cam-Power   Output 13.2 Volts, 50 Watts, auto AC line select with 10 foot output cable included
RPS-40      Output 13.2 Volts, 40 Watts, On-Board mount
RPS-50      Output 13.2 Volts, 50 Watts, auto AC line select, On-Board mount
AP-10A      All purpose DC supply for microwave/RF, precise regulated power supply, equipped with 2 XLR-4
            output connectors in parallel
ICP-200     In-car inverter for mobile charging of M2100 and M1100
            Output 120V AC 60 HZ from vehicle 12-14 V supply. Dim. 1.75" x 2.5" x5.25" Wt. 1 lb

## ADAPTER CABLES



9455F • BP90 to XLR-4 male, adapter cable. Use this cable for connecting any NiCd battery with a XLR-4 female connector to our 4.8-14.4Volt fast chargers.

9458 • BP90 to Snap-On clip, adapter cable. Used for connecting a NiCd brick type battery to our 4.8-14.4Volt fast chargers.

9576F • BP90 to NP-1, adapter cable. Used for connecting any NP type battery to our 4.8-14.4Volt fast chargers.



9579 • XLR-4 female to NP1, adapter cable. Use this cable for connecting any NP type battery to our 12-30Volt chargers.



9442 • XLR-4 female to Snap-On, adapter cable. Used for connecting a NiCd brick type battery to our 12-30Volt fast chargers.



3252A • XLR-4 female to 30Volt connector. Used for connecting a 30Volt NiCd battery to our 12-30Volt fast chargers.



3252P • XLR-4 female to cigarette connection. Used for connecting any NiCd battery with a cigarette male connector to our 12-30Volt fast chargers.



9447 • XLR-4 female to BP90, adapter cable. Used for connecting any BP90 type battery to our 12-30Volt fast chargers.



3252-NP1 • 4 foot cable with NP1 connector. No termination.

| | | |
|---|---|---|
| 9455(5)F | BP90 to XLR-5 male adapter cable | |
| 9692 | Discharge adapter: AR124NP to D124NP | |
| 9693 | BP90 to BP90 adapter cable | |

| | |
|---|---|
| CC44 | XLR-4 male to XLR-4 6 foot female coil cable adapter |
| 9514 | BP90 to Pag-Lok, adapter cable |
| 9520 | XLR-4 male to Pag-Lok, adapter cable |
| 9468 | BP90 to Steadycam |

| | |
|---|---|
| 9471 | XLR-4 female to Steadicam battery plug |
| 9599 | BP90 to 2-pin amp connector (for 30V belt) |
| 9455P | BP90 to cigarette plug, adapter cable |

10    Battery Belts / Adapter Cables

# Frezzi
ENERGY SYSTEMS

## CAMERA BRACKETS/POUCHES



**NP1-CB** • Our popular Camera bracket lets you slip in a 2nd NP battery on back of your existing Sony NP1 battery box for powering your light.
Dim (LWH): 3.05 x 1.7 x 5.7in  Weight: 3.4 oz



**NP1 POUCH** • This sleek pouch lets you keep one or two NP batteries on your waist belt for powering your light or for backup.
Dim (LWH): 3.5 x 2.25 x 7.5in



**BP90 POUCH** • If you need the power of a 12 Volt 5 Ah battery but don't want to carry it, this waist pouch will make it easy.
Dim (LWH): 5.25 x 3.25 x 7.5



**HM-90B** • Use this Snap-On battery box to use your existing BP90's to power a camera with a Snap-On bracket



**HM-NP1-1** • Snap-On battery box that lets you use a NP type battery for powering a camera with a Snap-On battery bracket.
**HM-NP1-2** • Snap-On battery box with two NP battery slots. (Not Shown)



**NP1-3P** • Hot Swap battery box that lets you utilize 3 NP type batteries to power your camera as an alternative to costly bricks.

---



**M1100** • Fast charges 12, 13.2, and 14.4V battery packs, including bricks, NP1s and BP-90s. Universal input voltage for Worldwide operation. Frezzi's Advanced Charging Protocol System. Ergonomic design and user friendly interface, Plug & Charge technology. Maintenance charge. Dim (LWH): 10.0 x 6.25 x 2.75 in  Weight: 3.50 lb.

Solar Panel Adapter Cables
SPA-NP1 • For NP1
SPA-4X • For 4 pin
SPA-B • For Brick
SPA-12C • For BP-90
SPA-12P • For cigarette Plug

## FREZZI CHARGERS



**FTCNP1** • Economy charger for NP type batteries. Charges any NP battery in 14 hours. Dim (LWH): 2.1 x 1.7 x 3.2 in. Weight: 10.5 oz.



**FSP-M** • Compact solar charger meets military specs. Folds to compact size, designed for field conditions. Charge time 2.5 hours in direct sunlight for NP type battery in. Adapter cables available for other batteries. Output in direct sunlight: 900 MA, with total output of 15 Watts. Dim (LWH) folded: 9 x 13 x 0.9 in. Weight: 1.9 lb.



Economy Trickle Chargers for Brick Batteries
FTC-13 • Charges 13.2 Volt bricks at 4 or 5Ah
FTC-14 • Charges 14.4 Volt bricks at 4 or 5Ah
FTC-132 • Charges 13.2 Volt bricks at 2.5Ah
FTC-142 • Charges 14.4 Volt bricks at 2.5Ah
Dim (LWH): 2.1 x 1.7 x 3.2 in. Weight: 14.9 oz.



**FSP-C** • Military grade solar charger. Charges one NP type battery in 2.5 hours in direct sunlight. Adapter cables available for other batteries. Includes adapter of choice and carrying pouch. Output in direct sunlight: 900 MA, with total output of 15 Watts.
Dim (LWH): 16.75 x 13.62 x .45 in.
Weight: 1.5 lb.

| | |
|---|---|
| VBC | Overnight trickle charger for VB-12P (12 Volt 5Ah) battery, terminated with a female cigarette lighter connector |
| VBC-4X | Overnight trickle charger for VB-4XP (12 Volt 5Ah) battery, terminated with a XLR-4 male connector |
| BC124S | Economy trickle charger for BP90 type batteries. Charge time 14 hours. |

