Case 3:01-cv-00577-CFD    Document 140-24    Filed 05/25/2004    Page 1 of 13

# I·D·E

## ABSOLUTE POWER SOLUTIONS

### FOR BROADCAST AND PROFESSIONAL VIDEO, AUDIO & PORTABLE ELECTRONICS

Case 3:01-cv-00577-CFD    Document 140-24    Filed 05/25/2004    Page 1 of 13

PAG000940

Established in 1989, IDX has become the leading manufacturer and supplier of batteries, chargers, and power supplies to the broadcast and professional video, audio and portable electronics industry. IDX provides true global power solutions, offering the highest quality of product, innovation and service. IDX assists our customers with sales and support services second to none through our prime locations in the USA, Japan and Europe. IDX provides a network of hundreds of distributors and dealers worldwide providing our customers with their sales, support and application requirements.

At IDX we listen to our customer's needs. As pioneers in the use of Lithium Ion, IDX was the first to produce Lithium Ion NP batteries in 1996 to meet the needs of camera users who were demanding more power and less battery weight. Years 2000/2001 saw IDX build again on that award winning success with the triumph of our revolutionary ENDURA System and V-Mount batteries with PowerLink, a world's first. Now year 2002 sees the introduction of the ENDURA E-80 V-Mount battery with PowerLink, the most powerful Li-Ion battery for its size the industry has seen.

From the innovative design of our compact power supplies to our award winning battery systems, you can be confident that IDX and our products will continue to meet the ever changing demands and challenges of our industry and more importantly your ever changing needs. All IDX products are designed to international EMC specifications and safety standards. IDX power system products confront today's challenges with advanced technology, rugged design, and reliable performance. You can be sure that any IDX product you choose will stand the test of time.

PAG000941



### THE NEW STANDARD LITHIUM ION BATTERY PACK & CHARGER

IDX has revolutionized the industry with our award winning ENDURA System, the most advanced Lithium Ion battery and charging systems available. The ENDURA System eclipses all competition with its innovative technology, full system accessories, and the use of the universal V-Mount attachment system.

The ENDURA System offers the choice of four Lithium Ion batteries. Our E-50 (48Wh) with PowerLink, which enables the doubling of capacity from 48Wh to 96Wh, the cost-effective E-50S (48Wh) and E-80S (82Wh), and the new E-80 (82Wh) with PowerLink, the most technically advanced and powerful Li-Ion battery available today. The E-80 with PowerLink enables the doubling of on-board battery capacity to 164Wh at a weight of just over 3 lbs. In addition to the IDX exclusive PowerLink feature, the ENDURA System E-80/E-50 also provide Digi-View for accurate battery capacity data in camera viewfinders and fully support Syncron on-board light control technology.



ENDURA System batteries are backed by a choice of three powerful chargers and a full range of support accessories designed for all applications. Also new this year is the EB-2 and EB-4 Power Bases. ENDURA System Power Base's provide up to 650Wh of portable power for devices such as laptop editors, monitors, audio systems and more using your ENDURA System batteries. The ENDURA System is acknowledged as a true global standard for all cameras and production equipment regardless of manufacturer.

## ENDURA System Batteries



**THE NEW STANDARD LITHIUM ION BATTERY PACK & CHARGER**



### E-80
**82Wh Lithium Ion V-Mount Battery Pack with PowerLink & Digi-View**  *Power Status*

Our newest and most powerful Lithium Ion battery. Features PowerLink technology for doubling of power capacity, small and lightweight, has no-memory effect, supports V-Mount locking system, and includes an accurate 5 LED power status display. Provides up to 164Wh when PowerLinked. The E-80 is fully compatible with the new ENDURA Battery Management System.

- Capacity: 82Wh/5.7Ah
- Mean voltage: 14.4V
- Maximum voltage: 16.8V
- Maximum load: 65W
- Typical camera run-time: 184 minutes (@ 26W)
- Protection circuit: Temperature and current voltage protection.
- Operating temperature: -4°F~122°F (-20°C~50°C)
- Dimension: 3.4"(W) x 5.6"(H) x 2"(D)
       85mm(W) x 140mm(H) x 53mm(D)
- Weight: 1.62 lbs (735g)



### E-50
**48Wh Lithium Ion V-Mount Battery Pack with PowerLink & Digi-View**  *Power Status*

The world's first stackable (PowerLink), lightweight, no-memory effect, V-Mount battery with 5 LED power status display and Digi-View.

- Capacity: 48Wh (14.4V/3.3Ah)
- Mean output voltage: 14.4V
- Maximum output voltage: 16.8V
- Maximum load: 45W
- Typical camera run time: 106min. (@26W)
- Protection circuit: Temperature and current voltage protection
- Operating temp: -4°F~122°F (-20°C~50°C)
- Dimensions: 3.4"(W) x 5.5"(H) x 1.3"(D)
       85mm(W) x 140mm(H) x 35mm(D)
- Weight: Approx. 1.16lbs (525g).



### E-80S
**82Wh Lithium Ion V-Mount Battery Pack**  *Power Indicator*

Economical non-stackable, lightweight, no-memory effect, V-Mount battery with 3 LED power indicator. Does not include Digi-View.

- Capacity: 82Wh/5.7Ah
- Mean voltage: 14.4V
- Maximum voltage: 16.8V
- Maximum load: 65W
- Typical camera run-time: 184 minutes (@ 26W)
- Protection circuit: Temperature and current voltage protection.
- Operating temperature: -4°F~122°F (-20°C~50°C)
- Dimensions: 3.4"(W) x 5.6"(H) x 1.97"(D)
       85mm(W) x 142mm(H) x 50mm(D)
- Weight: 1.54 lbs. (700g)



### E-50S
**48Wh Lithium Ion V-Mount Battery Pack**  *Power Indicator*

Economical non-stackable, lightweight, no-memory effect, V-Mount battery with 3 LED power indicator. Does not include Digi-View.

- Capacity: 48Wh (14.4V/3.3Ah)
- Mean output voltage: 14.4V
- Maximum output voltage: 16.8V
- Maximum load: 45W
- Typical camera run time: 106min. (@26W)
- Protection circuit: Temperature and current voltage protection
- Operating temp: -4°F~122°F (-20°C ~ 50°C)
- Dimensions: 3.4"(W) x 5.5"(H) x 1.3"(D)
       85mm(W) x 142mm(H) x 33mm(D)
- Weight: Approx. 1.1lbs (500g)

PAG000943

*ENDURA System Chargers*

## VL-2Plus
### *2-Channel Sequential Multi-Format V-Mount Quick Charger/Power Supply*

*Perfect for travel, this combination unit is a dual channel ENDURA charger and a 60W power supply.*



- Quick charge current: 2.0A/16.8V
- Charge time: Approx. less than 5 hours for (2) E-50/E-50S batteries
- Input voltage: auto AC100–240V 50/60Hz
- DC output: 60W/13.8V
- Charging of NP-style Li-Ion, NiCd, and NiMH is available using the A-E2NP adaptor.
- Dimensions: 5.78"(W) x 2.83"(H) x 8.14"(D)
   147mm(W) x 72mm(H) x 207mm(D)
- Weight: Approx. 3.3lbs (1.5Kgs)

## VL-4
### *4-Channel Sequential V-Mount Li-Ion Quick Charger* 

*Economically charges 4 E-50/E-50S ENDURA System batteries in 6 hours or less, using Full Power Charge (FPC) method. (See below)*



- Quick charge current: 2.0A/16.8V
- Charge time: Approx. 6 hours for (4) E-50/E-50S batteries
- Input voltage: auto AC100–240V 50/60Hz
- Charging of NP-style Li-Ion is available using the A-E2NP adaptor.
- Dimensions: 4.4"(W) x 6.1"(H) x 9.64"(D)
   120mm(W) x 163mm(H) x 247mm(D)
- Weight: Approx. 3.5lbs (1.6Kgs)

## VL-4S
### *4-Channel Simultaneous V-Mount Li-Ion Fast Charger*

*The optimum charger for Li-Ion. Charges 4 ENDURA System Batteries E-50/E-50S V-Mount batteries in 2.5 hours or less.*



- Quick charge current: 2.0A/16.8V
- Charge time: Approx. 2.5 hours for (4) E-50/E-50S batteries
- Input voltage: auto AC100–240V 50/60Hz
- Charging of NP-style Li-Ion is available using the A-E2NP adaptor.
- Dimensions: 6.1"(W) x 6.1"(H) x 10.0"(D)
   157mm(W) x 158mm(H) x 255mm(D)
- Weight: Approx. 7.7lbs (3.5Kgs)

---

 *Full Power Charging*

*The ability of Li-Ion to take a high initial fast charge has been utilized with a new maximum power balance charge program to ensure that the maximum charge rate is always available to each battery. This produces the highest charge rate in the shortest amount of time. Any available power on one channel can be controlled for use on a second channel to reduce overall charge time. This is possible because the FPC method uses the on-board computer inside each Li-Ion battery pack to communicate with the charger for the fastest charging available.*

# ENDURA System Accessories

## P-V / P-VS
### Battery Mounting Plates
This plate is used to mount ENDURA System batteries to the camera. Although some cameras have V-Mount as standard, the IDX V-Plate can be fitted to cameras of any manufacturer. In addition the IDX V-Plate features a D-Tap 2 Pin DC out connector for powering on board lights. There are two versions of the V-Plate, one with SYNCRON (P-VS) and one without (P-V).

*What is SYNCRON?*
Syncron allows an on-board camera light to be switched on and off automatically when the video cameras record button is switched to record on/off mode.



## A-E2NP
### NP-style to ENDURA Adaptor
This A-E2NP holder is an adaptor which allows users to charge IDX NP-style batteries on ENDURA V-Mount chargers.



## C-NP2E
### Interface Cable
The C-NP2E Cable interface allows ENDURA System batteries to be charged on existing IDX Li-Ion NP chargers.



## C-E2XLR
### Power Cable
The C-E2XLR cable allows power to be taken from the battery via a standard XLR 4-Pin connector.



## EB-2
### ENDURA Power Base Station
ENDURA dual battery power base station supports up to four ENDURA PowerLink batteries allowing up to 325Wh of power. Features uninterrupted battery changeover, low voltage warning lamp and extendable support feet.



## EB-4
### ENDURA Power Base Station
ENDURA quad battery power base station supports up to eight ENDURA PowerLink batteries allowing up to 650Wh of power. Features uninterrupted battery changeover, low voltage warning lamp and extendable support feet.



## O-LWP
### DV Camera Wireless Receiver Mounting Bracket
O-LWP wireless adaptor plate allows the mounting of wireless receivers to the side of A-E2XL1 and A-E2DVC15. Available with flush-mount or stud-mount.



## A-LWR
### Wireless Receiver Mounting Bracket
This L-shaped adaptor plate gives users the option to easily mount a wireless receiver to the side of an ENDURA battery system. May be used with ENDURA PowerLink batteries. Available with flush-mount or stud-mounts.



## A-EWR
### Wireless Receiver Mounting Bracket
This plate provides a surface on which to mount a wireless receiver directly on the back of the ENDURA PowerLink battery. Available with flush-mount or stud-mounts.



## A-SWR
### Wireless Receiver Mounting Bracket
This camera mount adaptor provides a rear-mount for a wireless receiver. Adjustable for ENDURA PowerLink batteries. Available with flush-mount or stud-mounts.



## A-AB2E
### 3-stud to V-Mount Adaptor
Temporary "3-stud" mount to "V-Mount" converter plate. This plate slides onto the brick mount camera, allowing ENDURA System batteries to be used. This plate temporarily eliminates Digi-View and Syncron.



## C-EB (BP/XLR)
### Power Adaptors/Cables
These adaptors and cables provide a universal power source for other equipment such as portable audio mixers, DAT and voice recorders. C-EB is available with BP or XLR connector.



## A-E2XL1
### DV Camera Power Adaptor
A-E2XL1 adaptor plate was developed to use ENDURA System batteries with the Canon DV Camera model XL-1. When using the optional accessory O-LWP, a wireless receiver can be attached.



## A-E2DVC15
### DV Camera Power Adaptor
A-E2DVC15 was developed to use ENDURA System batteries with the Panasonic DV Camera model AJ-DVC15. With using the optional accessory O-LWP, a wireless receiver can be attached.


PAG000945

*NP-Style Battery Packs*

**LITHIUM ION HIGH CAPACITY BATTERY PACKS**
The launch of the world's first and award-winning IDX NP-L40 in 1996, has pioneered the use of Li-Ion in professional video as the most popular battery format.

With the continuing trend towards new digital format cameras, the demand for lightweight, more powerful batteries increases. The IDX NP-L50/NP-L50S weigh less than a pound, last twice as long per use as typical NiCd batteries and never need a discharge. The IDX NP-L50/NP-L50S can be topped off, never builds a memory effect, can be used weeks after charging, and is environmentally friendly.

## NP-L50  *Power Status*
### 50Wh NP-style Li-Ion Battery Pack

The world's lightest, most powerful NP-style battery. 50Wh of rechargeable Li-Ion power with a built in protection circuit board and 5 LED power status display.

- Capacity: 50Wh (14.4V/3.4Ah)
- Mean output voltage: 14.4V
- Maximum output voltage: 16.8V
- Typical camera run time: 111 minutes (@26W)
- Protection circuit: Temperature and current voltage protection
- Operating temp: 14°F–122°F (-10°C–50°C)
- Dimensions: 7.28"(W) x 2.83"(H) x 0.98"(D)
             185mm(W) x 72mm(H) x 25mm(D)
- Weight: Approx. 0.86lbs (440g)



## NP-L50S  *Power Indicator*
### 50Wh NP-style Li-Ion Battery Pack

Economical 50Wh rechargeable Li-Ion battery with a built in protection circuit board and 3 LED power indicator.

- Capacity: 50Wh (14.4V/3.4Ah)
- Mean output voltage: 14.4V
- Maximum output voltage: 16.8V
- Typical camera run time: 111 minutes (@26W)
- Protection circuit: Temperature and current voltage protection
- Operating temp: 14°F–122°F (-10°C–50°C)
- Dimensions: 7.28"(W) x 2.83"(H) x 0.98"(D)
             185mm(W) x 72mm(H) x 25mm(D)
- Weight: Approx. 0.86lbs (440g)



**HIGH CAPACITY NIMH BATTERY PACKS**

## NP-H50dx  *Power Indicator*
### 50Wh NP-style NiMH Battery Pack

13.2V high quality NiMH battery with built in protection circuit board and 3 LED power indicators.

- Capacity: 50Wh (13.2V/3.8Ah)
- Mean output voltage: 13.2V
- Maximum output voltage: 16.8V
- Typical Camera run time: 111 minutes (@26W)
- Protection circuit: Temperature and current voltage protection
- Operating temp: 32°F–86°F (0°C–30°C)
- Dimensions: 7.28"(W) x 2.83"(H) x 0.98"(D)
             185mm(W) x 72mm(H) x 25mm(D)
- Weight: Approx. 1.32lbs



## NP-H50
### 50W NP-style NiMH Battery Pack

Identical to the NP-H50dx, but without the LED power indicator. An economical introduction to NiMH technology.

- Capacity: 50Wh (13.2V/3.8Ah)
- Mean output voltage: 13.2V
- Maximum output voltage: 16.8V
- Typical Camera run time: 111 minutes (@26W)
- Protection circuit: Temperature and current voltage protection
- Operating temp: 32°F–86°F (0°C–30°C)
- Dimensions: 7.28"(W) x 2.83"(H) x 0.98"(D)
             185mm(W) x 72mm(H) x 25mm(D)
- Weight: Approx. 1.32lbs





PAG000946

## NP-Style Battery Packs

### HIGH CAPACITY NiCd BATTERY PACKS

IDX has produced the highest quality Nickel Cadmium (NiCd) batteries for the professional video market for over a decade. Only the highest-grade capacity cells, individually selected and balanced have been used to make IDX a world-renowned supplier of premium quality batteries.

### NP-23dx *Power Indicator*
#### 29Wh NP-style NiCd Battery Pack

*12V high quality NiCd battery with built in protection circuit (auto reset) and 3 LED power indicator.*

- Capacity: 29Wh (12.0V/2.4Ah)
- Typical camera run time: 65min. (@26W)
- Protection circuit: Breaker (Auto reset)
- Dimensions: 7.28"(W) x 2.83"(H) x 0.98"(D)
  185mm(W) x 72mm(H) x 25mm(D)
- Weight: Approx. 1.52lbs (670g)



### NP-23
#### 29Wh NP-style NiCd Battery Pack

*12V high quality NiCd battery with built in protection circuit (auto reset).*

- Capacity: 29Wh (12.0V/2.4Ah)
- Typical camera run time: 65min. (@26W)
- Protection circuit: Breaker (Auto reset)
- Dimensions: 7.28"(W) x 2.83"(H) x 0.98"(D)
  185mm(W) x 72mm(H) x 25mm(D)
- Weight: Approx. 1.52lbs (670g)



### NP-1dx *Power Indicator*
#### 32Wh NP-style NiCd Battery Pack

*13.2V high quality NiCd battery with built in protection circuit (auto reset) and 3 LED power indicator.*

- Capacity: 32Wh (13.2V/2.0Ah)
- Typical camera run time: 60min. (@26W)
- Protection circuit: Breaker (Auto reset)
- Dimensions: 7.28"(W) x 2.83"(H) x 0.98"(D)
  185mm(W) x 72mm(H) x 25mm(D)
- Weight: Approx. 1.63lbs (700g)



### BP-95dx *Power Indicator*
#### 64W BP-style NiCd Battery Pack

*12V high quality NiCd battery with built in protection circuit (auto reset) and 3 LED power indicator and cap protector.*

- Capacity: 64Wh (12.0V/5.3Ah)
- Typical camera run time: 148min. (@26W)
- Protection circuit: Breaker (Auto reset)
- Dimensions: 4.84"(W) x 6.65"(H) x 1.42"(D)
  (124mm(W) x 169mm(H) x 36mm(D)
- Weight: Approx. 3.52lbs (1.6g)



### Power Indicator  

The 'dx' series of NiCd battery packs all feature the unique IDX built-in 3 LED display. At the press of a button the 3 LED display immediately shows the range of the battery voltage. 3 LEDs show a full battery ready for use, 2 LEDs show a battery not fully charged but still available to power the camera and only 1 LED shows that the battery needs charging. A unique and convenient feature.

PAG000947

*NP-Style Battery Chargers*

## LITHIUM ION QUICK CHARGERS FOR BATTERY PACKS

IDX Li-Ion battery chargers represent the very latest in charging technology. The optimum electronic charge combined with the mechanical needs of rugged, compact and portable systems are the cornerstone of the IDX design.

As Li-Ion is memory free, batteries can be charged from any state regardless of the battery's charge status. Each IDX Li-Ion battery has its own built-in microprocessor which enables direct communication with the charger's program to individually select from, each battery the correct charge program specific for that battery.

## KL-4
### 4-Channel Li-Ion Sequential NP Quick Charger  (FPC)



The most compact 4-channel Li-Ion charger available today. The KL-4 utilizes IDX the exclusive FPC feature and is ideal for location use.

- Quick charge current: 2.0A
- Charge time: Approx. 2 hrs for 1 battery / 6 hrs for 4 batteries
- Input voltage: auto AC100-240V 50/60Hz
- Dimensions: 5.71"(W) x 2.2"(H) x 9.64"(D)
             145mm(W) x 56mm(H) x 245mm(D)
- Weight: Approx. 3.08lbs (1.5kg)

## ION-4
### 4-Channel Li-Ion Simultaneous NP Quick Charger



The optimum charger for Li-Ion, all four batteries are fully charged in approximately 2.5 hours.

- Quick charge current: 2.0A
- Charge time: Approx. 2.5 hours for 4 batteries
- Input voltage: auto AC100-240V 50/60Hz
- Dimensions: 9.06"(W) x 2.95"(H) x 9.84"(D)
             230mm(W) x 75mm(H) x 250mm(D)
- Weight: Approx. 6.6lbs (3kg)

## MULTI-FORMAT CHARGERS

IDX not only provides batteries in NiCd, NiMH, and Li-Ion chemistries; IDX also manufactures chargers that can charge all three-styles of NPs.

These multi-format chargers can detect which chemistry of battery was inserted, and can also charge them accordingly.

Even different-styles of NP batteries can be charged side by side in these chargers. This is the perfect-style of charger for customers with many chemistries of batteries, or is thinking of upgrading to Li-Ion later.

## JL-2Plus
### 2-Channel Multi-Format Sequential NP-style Quick Charger



Perfect for travel, this multi-format combination unit is a dual NP-style charger and 60W power supply that will automatically fast charge Li-Ion, NiMH, and NiCd (ENDURA Li-Ion and NP-style) in any combination. Great for professionals who want to upgrade to Li-Ion now or later.

- Quick charge current: Li-Ion 2.0A ; NiCd 1.9A
- Charge time: Approx. 2 hrs Li-Ion ; 1 hr. NiCd
- Input Voltage: auto AC 100-240V 50/60Hz
- DC output: 60W / 13.8V
- Dimensions: 5.46"(W) x 2.73"(H) x 7.41"(D)
             140mm(W) x 70mm(H) x 190mm(D)
- Weight: Approx. 3.3 lbs. (1.4kg)

## LX-4a
### 4-Channel Multi-Format Sequential NP Quick Charger



Combination charger, for shooters with many formats of batteries, will automatically fast charge Li-Ion, NiMH, and NiCd (ENDURA Li-Ion, NP-style & BP-style) in any combination.

- Quick charge current: Li-Ion 2.0A ; NiCd 1.9A
- Charge time: Approx. 2 hrs Li-Ion ; 1 hr. NiCd
- Input voltage: auto AC100-240V 50/60Hz
- Dimensions: 7.87"(W) x 2.56"(H) x 8.19"(D)
             200mm(W) x 65mm(H) x 208mm(D)
- Weight: Approx. 3.52lbs (1.6kg)

## NP-Style Battery Chargers

### QUICK CHARGERS AND DISCHARGERS FOR NiCd BATTERY PACKS

For shooters who wish to continue using NiCd batteries, these chargers are ideal because they offer the important discharge feature.

Mechanically, IDX chargers are built to take the abuse of regular location work and tough travel schedules. Features such as durable metal cases, built-in carrying handles, recessed power switches for protection, and external fuses (with spares) are all quality features the industry has come to expect. All IDX chargers are built for worldwide operation with auto sensing AC100~240V operation.

### i200

#### 2-Channel Sequential Quick Charger/Discharger

*Compact quick charger and discharger for NiCd NP-style & BP-style, and NiMH NP-style batteries; ideal for location shooting.*

- Quick charge current: 1.8A
- Discharge current: 2.5A (@12.5V)
- Charge time: Approx. 1.5 hrs NP-23, 3 hrs BP-95dx
- Input voltage: auto AC100~240V 50/60Hz
- Dimensions: 3.12"(W) x 6.24"(H) x 2.0"(D)
  150mm(W) x 75mm(H) x 190mm(D)
- Weight: Approx. 1.65lbs (1.2kg)



### i400

#### 4-Channel Sequential Quick Charger/Discharger

*The ideal charger for NiCd NP-style & BP-style, and NiMH NP-style batteries. Quick charge, selective discharge, and trickle charge function in one compact unit.*

- Quick charge current: 1.8A
- Discharge current: 2.5A (@12.5V)
- Charge time: Approx. 1.5 hrs NP-23, 3 hrs BP-95dx
- Input voltage: auto AC100~240V 50/60Hz
- Dimensions: 7.0"(W) x 2.5"(H) x 7.5"(D)
  190mm(W) x 66mm(H) x 170mm(D)
- Weight: Approx. 2.9lbs (2kg)





PAG000949

*NP-Style Battery Accessories*

## NP-STYLE BATTERY ACCESSORIES
### Single & Dual NP Boxes

The NH-100/201 is strong, professional and an economical holder for using NP-style Batteries with cameras and portable electronic equipment. The NH-100/201 can be fitted directly to the back of cameras or via various adapters to fit existing camera mounts where required. The NH-100 is a single NP-style battery holder and the NH-201 a dual battery holder.

The NH-204 is fitted with a 4-pin XLR DC power output connector, and the NH-202 is fitted with a 2 pin DC output, both for on-board lights or wireless microphone systems. When using the NH-201, NH-202, and NH-204 IDX batteries can be "hot-swapped" while the camera is still operating. This is ideal for high power or long run time requirements. Dual boxes are a perfect high power solution to utilize the weight advantage of IDX Lithium Ion batteries.





**NH-100**
*Single NP Box*



**NH-100V**
*Single NP Box
with V-Mount*



**NH-100AB**
*Single NP Box
with 3-stud Mount*



**NH-201**
*Dual NP Box
with Digi-View*



**NH-201V**
*Dual NP Box
with V-Mount*



**NH-201AB**
*Dual NP Box
with 3-stud Mount*



**NH-202**
*Dual NP Box with 2-pin
D-tap DC output
with Digi-View and Syncron*



**NH-204**
*Dual NP Box with 4-pin
XLR DC output
with Digi-View and Syncron*



NH-100, NH-201
and NH-204
System Configuration

PAG000950

11

## IDX Power Supplies

### POWER SUPPLIES

IDX AC adaptors are designed specifically for the tough rigors of location work. They are portable, compact, strong and lightweight. All IDX power supplies are made with metal cases to ensure reliability and long-life. Mechanically and electrically they are designed for "low ripple noise" to ensure non-interference with the camera video signal. They feature adjustable output voltage and "fall-down" PSU design, should the unit be subjected to a load greater than its rated capacity, the power supply will automatically shut down.

## AC-60
### 60W V-Mount AC Power Supply

The AC-60 is the most compact and lightweight on-board AC power supply adaptor available. Direct mount to V-Mount compatible cameras and features extremely low heat retention and noise free operation.

- Input voltage: auto AC100~240V 50/60Hz
- DC output: Approx. 60W, 13.8V
- Dimensions: 3.12"(W) x 6.24"(H) x 2.0"(D)
            80mm(W) x 158mm(H) x 52mm(D)
- Weight: Approx. 1.65lbs (700g)



## IA-60a
### 60W AC Power Supply

Durable, lightweight and reliable the IDX IA-60a is the 'shooters' power supply. Used by many of the camera manufacturers the IA-60a is suitable for world-wide operation with automatic 100~240V sensing and can easily power any portable camera. One XLR cable included.

- Input voltage: auto AC100~240V 50/60Hz
- DC output: Approx. 60W, 13.8V
- Dimensions: 3.54"(W) x 1.97"(H) x 7.48"(D)
            90mm(W) x 50mm(H) x 190mm(D)
- Weight: Approx. 1.8lbs (850g)



## IA-200a
### 100W AC Power Supply

The dual output IA-200a with 100W of power will easily power 2 cameras, a camera and monitor combination or one very power-hungry camera. You can draw up to 100W from one channel, or any combination equaling 100W from the two outputs. One XLR cable included.

- Input voltage: auto AC100~240V 50/60Hz
- DC output: Approx. 100W, 13.8V
- Dimensions: 4.53"(W) x 1.97"(H) x 10.63"(D)
            115mm(W) x 500mm(H) x 270mm(D)
- Weight: Approx. 2.9lbs (1.3kg)



## IA-300a
### 210W AC Power Supply

Supporting 3 XLR output connectors the 210W IA-300a power supply is for the most demanding of applications, including lap-top video editors. Draw any combination of voltage up to 210W from one, two, or three outputs. One XLR cable included.

- Input voltage: auto AC100~240V 50/60Hz
- DC output: Approx. 210W, 13.8V
- Dimensions: 4.95"(W) x 2.95"(H) x 9.65"(D)
            125mm(W) x 75mm(H) x 245mm(D)
- Weight: Approx. 4.4lbs (2kg)



PAG000951

## IDX Application Notes

### DIGI-VIEW PREQUISITES

Many new cameras allow the remaining battery capacity of the IDX NP-L50 and E-50 to be displayed in their viewfinders (see IDX Reference Chart for cameras)

To take advantage of Digi-View using the IDX NP-L50, you must use the NP-L50 with:

- Direct Mount IDX NH-201 dual box
- Direct Mount IDX NH-202 dual box with 2-pin D-Tap
- Direct Mount IDX NH-204 dual box with 4-pin XLR
- IDX NH-201V dual box with V-Mount

To take advantage of the Digi-View using the IDX ENDURA E-80/E-50, you must use the E-80/E-50 with:

- Direct Mount IDX P-VS V-Mount camera plate with Syncron
- Direct Mount IDX P-V V-Mount camera plate
- Sony V-Mount

### SAFE USE OF ON-CAMERA LIGHTS:

In cases where total power consumption is more than 45W, such as a combination of camera and on-board light, two fully charged ENDURA E-80/E-50 batteries should be used in PowerLink mode, or two matching fully charged NP batteries should be used in a Dual Box (such as an IDX NH-202). In such cases, if the batteries need to be changed, both batteries must be changed together, with two fully charged replacement batteries. Do not use higher than a 50W bulb, and use the lowest wattage suitable for your camera. Many new cameras today are so light sensitive that bulbs of 20W to 35W are recommended.

### HOW TO MAINTAIN AND STORE BATTERIES FOR LONGEST LIFE:

- NiCd use: charge fully 1-4 days prior to use or notice reduced run time due to moderate self-discharge.
- NiCd: discharge: discharge every 5-7 uses.
- NiCd short-term storage: batteries are very resilient, and no special battery storage is required.
- NiCd long-term storage: batteries are very resilient, and no special battery storage is required.

- NiMH use: charge fully the same day of use, or the day before (has very high self-discharge).
- NiMH discharge: discharge every 30 uses.
- NiMH short-term storage: re-charge fully a day or two after use, and store charged.
- NiMH long-term storage: charge fully every 1-2 months of non-use.

- Lithium Ion use: top off or charge fully within 3-4 weeks of use (has very low self-discharge).
- Lithium Ion discharge: no discharge ever required, okay to top off.
- Lithium Ion short-term storage: store charged.
- Lithium Ion long-term storage: charge to 20-40% capacity every 3 months of non-use.

All batteries: store away from heat (i.e. do not store in automobile trunks).

### CHARGER COMPATIBILITY:

IDX Lithium Ion batteries need a Lithium Ion charger, however you can charge NP Lithium Ion batteries on IDX ENDURA chargers and IDX ENDURA System batteries on IDX NP Lithium Ion chargers (see ENDURA accessories page for C-NP2E and A-E2NP adaptors). You can also charge Lithium Ion NPs on IDX Multi-Format chargers such as JL-2Plus, LX-4a, A-L4 and VL-2Plus. NP NiCd and NP NiMH batteries can be charged on IDX Multi-Format chargers, along with traditional "Negative Delta V" method chargers, such as the IDX I-200, I-400, Delta-4 series and other brands using "Negative Delta V" method.

## IDX REFERENCE CHART cont'd on pages 14-15

| | | | E80/E80S | | E50/E50S | | NPL50/ | NPH50/ | NP23 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | BATTERY MODEL | POWERLINK | SINGLE | POWERLINK | SINGLE | NPL50S | NPH50dx | NP-23dx | NP1dx |
| | | BATTERY CAPACITY | 164WH | 82WH | 96WH | 48WH | 50WH | 50WH | 29WH | 32WH |
| CAMERA MAKER | CAMERA MODEL | CAMERA POWER CONSUMPTION | ESTIMATED RUN TIME (MIN) | | | | | | | |
| **HITACHI** | | | | | | | | | | |
| | ZV-1A | 34W | 290 | 145 | 170 | 85 | 90 | 90 | 50 | 55 |
| | Z-1 | 12W | 820 | 410 | 480 | 240 | 250 | 250 | 145 | 160 |
| | Z-1 W/ PYV3 | 22W | 445 | 225 | 260 | 130 | 135 | 135 | 80 | 85 |
| | Z-1 W/ BVV5 | 25W | 395 | 195 | 230 | 115 | 120 | 120 | 70 | 75 |
| | Z-1 W/ AJ-D90 | 27W | 365 | 180 | 215 | 105 | 110 | 110 | 65 | 70 |
| | Z-1 W/ BR-D40 | 42W | 235 | 115 | 135 | 70 | 70 | 70 | 40 | 45 |
| | Z-1 W/ DNV-5 | 26W | 380 | 190 | 220 | 110 | 115 | 115 | 65 | 75 |
| | Z-1 W/ BRS-422 | 27W | 365 | 180 | 215 | 105 | 110 | 110 | 65 | 70 |
| | Z3000W | 16W | 615 | 305 | 360 | 180 | 185 | 185 | 110 | 120 |
| | Z3000W W/ AG-7450 | 39W | 250 | 125 | 145 | 75 | 75 | 75 | 45 | 50 |
| | Z3000W W/ AJ-D90 | 31W | 315 | 160 | 185 | 90 | 95 | 95 | 55 | 60 |
| | Z3000W W/ BR-D40 | 46W | 215 | 105 | 125 | 60 | 65 | 65 | 35 | 40 |
| | Z3000W W/ BRS-422 | 31W | 315 | 160 | 185 | 90 | 95 | 95 | 55 | 60 |
| | Z3000W W/ BVV5 | 29W | 340 | 170 | 200 | 100 | 105 | 105 | 60 | 65 |
| | Z3000W W/ DNV-5 | 30W | 325 | 163 | 190 | 95 | 100 | 100 | 55 | 65 |
| | Z3000W W/ PYV3 | 26W | 380 | 190 | 220 | 110 | 115 | 115 | 65 | 75 |

1. Maximum runtime based on manufacturer's power specifications. Actual runtime will vary depending on usage.
*Cameras with asterisk have Digi-View capabilities.

PAG000952