

ADAPTER



ADAPTER

IDX
#-NH-100 A3
Front



IDX XH-100 AB BACK

ADAPTER