

ADAPTER

Sony # AB501FR
Front



SONY AB501 FR BACK

ADAPTER