

9518





ADAPTER

PAG #9518
In Product Packaging



PAG Model #9518
Front

ADAPTER

PAGE #958
BACK



ADAPTER