

Anton/Bauer
#NP/BP Adapter
Back w/ Box



Anton/Bauer
# NP/BP Adapter
Back



Anton/Bauer
#NP1 BP Adapter
Front