# DVC-800

### Downconverter and
### DV Encoder for SONY HDCAM™





EXHIBIT
76

www.miranda.com


Miranda

# DVC-800 DownConverter and DV Encoder for HD Acquisition

## Full Quality Downconverter and DV Encoder for HD Aquisition

The DVC-800 is the latest in clever, camera adapted conversion devices from Miranda and was designed to enhance electronic acquisition of material using HD cameras such as the SONY HDCAM or Panasonic AJ-HDC27A. The DVC provides a unique combination of outputs and functionality to facilitate monitoring, rough cut editing and the preparation of dailies while on site. Designed in cooperation with a number of electronic acquisition pioneers, the DVC is the indispensible tool for electronic acquisition.



### Typical Application



TC GENERATOR

TC 29.97
Into CH. 2

Time of Day TC

AUDIO RECORDER

Audio

Audio

Video Disk

Metadata

Cam TC
23:98:5

HD SDI

HD SDI

HD :

Cam #
Reel #
Scene #
Take #
Circled Tak

POWER BOOK

DV IEEE-1394

DV DRIVE

DVCAM VTR

HD SDI

HD MONITOR

NTSC/PAL

SDI

SD MONITOR

NTSC/PAL MONITOR

## Key Features/Benefits

- Full complement of outputs including HD SDI, SDI, Composite and DV/IEEE-1394 eliminate the need for multiple conversion boxes on the set.

- DV/IEEE-1394 output allows direct connection of the camera to a laptop or other DV recording/editing systems allowing for full quality rough cut editing and the preparation of dailies on site. The DV signal includes embedded audio, time code and other Metadata.

- Time code burn-in, graticule markers and on screen display of other Metadata information such as scene, take and reel number allows everyone on set to see the complete picture at all times.

- Built-in Aspect Ratio converter allows 16:9 material to be viewed on either 16:9 or 4:3 monitors.

- DV loopback feature allows DV material recorded on the DV Recorder or Laptop to be played back on the SDI and Composite monitoring outputs, thus saving the head life on the camera's HD recorder.

- Compact package mounts directly between camera and battery and adds less than 1 inch to the overall depth of the camera.

- Advanced power management allows the operation of the DVC-800 with minimal impact on camera battery life.

- Handles complete range of formats including 1080i, 1080p and 720p formats at all the popular frame rates including 23.98psF, 24psF, 25psF, 29.97psF, 50i and 59.94i.

- Full 10-bit Quality Downconverter

# Technical Specifications

## INPUT

| | |
|---|---|
| **HD SIGNAL** | 20-bit YPbPr HD as per HDW-F900 Sony Interface |
| **FORMAT:** | 1920x1080: 23.98psF, 24psF*, 25psF, 29.97psF, 30psF*, 50i, 59.94i, 60i* |
| | 1280x720: 50p, 59.94p, 60p* |
| | * For HD SDI Output Only |
| **CONNECTOR:** | 50-pin camera connector |

### AES 1 (1/2)
| | |
|---|---|
| **SIGNAL:** | AES3 |
| **LEVEL:** | TTL |
| **IMPEDANCE:** | HiZ unbalanced |
| **CONNECTOR:** | 50-pin camera connector |

### AES 2 (3/4)
| | |
|---|---|
| **SIGNAL:** | AES3 |
| **LEVEL:** | 0.2 to 7.0 Vp-p |
| **IMPEDANCE:** | 110 Ω balanced |
| **CONNECTOR:** | XLR-3F |

### LTC
| | |
|---|---|
| **SIGNAL:** | SMPTE 12M |
| **LEVEL:** | 0.2 to 5 Vp-p |
| **CONNECTOR:** | 75 Ω BNC |

## OUTPUT

### HD SDI
| | |
|---|---|
| **SIGNAL/IZE:** | 4:2:2 SMPTE 292M, SMPTE 299M |
| **CONNECTOR:** | 75 Ω BNC |

### SDI
| | |
|---|---|
| **SIGNAL:** | 4:2:2 SMPTE 259M, SMPTE 272M |
| **CONNECTOR:** | 75 Ω BNC |

### COMPOSITE
| | |
|---|---|
| **SIGNAL:** | NTSC (525/60) SMPTE 170M |
| | PAL (625/50) ITU RT 470 |
| **CONNECTOR:** | 75 Ω BNC |

### Y
| | |
|---|---|
| **SIGNAL:** | Luminance only (525/60 or 625/50) |
| **CONNECTOR:** | 75 Ω BNC |

### DV
| | |
|---|---|
| **SIGNAL:** | DV on IEEE-1394a |
| **CONNECTOR:** | IEEE-1394 6-pin |

### AUDIO
| | |
|---|---|
| **SIGNAL:** | Stereo unbalanced line out |
| **LEVEL:** | 1.0 Vp-p |
| **IMPEDANCE:** | < 600 Ω |
| **CONNECTOR:** | HIROSE 6-pin (HR10A Series) |

### OTHERS
| | |
|---|---|
| **TELEMETRY SIGNAL:** | RS-232 for telemetry metadata and control data (38.4 Kbauds) |
| **CONNECTOR:** | DE-9P |

## PROCESSING PERFORMANCE

### VIDEO
| | |
|---|---|
| **SIGNAL PATH:** | 10-bit HD SDI, 10-bit SD SDI, 8-bit COMPOSITE, 8-bit DV |

### AUDIO
| | |
|---|---|
| **SIGNAL PATH:** | 24-bit HD SDI, 20-bit SD SDI, 16-bit DV |
| **POWER INPUT:** | 11 — 17 VDC |
| **POWER CONNECTOR:** | XLR-4, and Battery connector "Sony" or "Anton Bauer" or "PAG" |
| **POWER:** | < 12 Watts |
| **TEMP. RANGE:** | 0-40°C |

## Ordering Information

**DVC-800-XXX** Monitoring Downconverter And DV Encoder For Sony HDCAM
- ANTON — Anton Bauer battery adapter
- IDX — Sony battery adapter
- PAG — PAG battery adapter

**DVC-820-XXX** Monitoring Downconverter And DV Encoder For Panasonic HD Camera
- ANTON — Anton Bauer battery adapter
- IDX — Sony battery adapter
- PAG — PAG battery adapter

NOTE: ALL SPECIFICATIONS SUBJECT TO CHANGE WITHOUT NOTICE. / SONY is a trademark owned by Sony Corporation.

Miranda Technologies Inc. · Tel: 514.333.1772 · Fax: 514.333.9828
ussales@miranda.com · eurosales@miranda.com · uksales@miranda.com · asiasales@miranda.com

www.miranda.com



DVC-800 Functional Block Diagram