Evertz - F9-2410MD - SONY HDCAM HDSDI Monitoring Downconverter



# everlz

*Products* > *2400 Series Miniature* > F9-2410MD

## F9-2410MD
### SONY HDCAM HDSDI Monitoring Downconverter





Select a Category

F9-2410MD Info

 Product Block Diagram

 1080p/24 On The Set

The F9-2410MD is an essential tool for your SONY HDW-F900 HDCAM camera. The F9-2410MD uses the full resolution digital data output from the camera to provide full image down-converted composite analog outputs for local and remote monitoring. The F9-2410MD can also output HDSDI.

The F9-2410MD supports all HD video formats from the HDW-F900, and in the case of 1080p/24sF will do a 3:2 pulldown on the down-converted outputs for flicker free viewing. The rugged, light weight F9-2410MD attaches to the rear of the HDCAM and has an integrated battery mount for easy installation and use.

The F9-2410MD provides two analog downconverted outputs and is also available with two optional HD SDI outputs.

### Features

#### Input
- Mates with the 50 pin connector on the rear of the Sony FW900 camera when mounted
- Auto input standard detect

#### Down-converted Outputs
- 2 composite analog NTSC or PAL outputs

#### HD Output
- 2 SMPTE 292M outputs with embedded audio and RP188 time code

#### Power
- 12V DC input from battery connector or Ext DC connector passed on to the camera
- Supports Anton Bauer, Sony Lithium and PAG Batteries


EXHIBIT 78

Evertz - 1" HDMD - SONY HDCAM HDSDI Monitoring Downconverter

- Letter box, side cut, squeeze formats
- ITU rec. 709 to ITU rec. 601 color space conversion

### Status Indicators
- Video Input Present
- Module Operating Ok

## Specifications

**Video Input**
| | |
|---|---|
| Standards | 1080i/60, 1080i/59.94, 1080i/50, 1080p/25sF, 1080p/24sF and 1080p/23.98sF |
| Connector | 50 pin camera connector |

**HDTV Serial Digital Video Output**
| | |
|---|---|
| Standard | SMPTE 292M |
| Number of Outputs | 2 |
| Connector | BNC per IEC 169-8 |
| Impedance | 75Ω |
| Signal Level | 800mV ±10% |
| Rise and Fall Time | 200ps nominal |
| Overshoot | < 10% of amplitude |
| Wideband Jitter | < 0.2UI |

**Analog Video Output**
| | |
|---|---|
| Standard | NTSC or PAL |
| Number of Outputs | 2 |
| Connector | BNC per IEC 169-8 |
| Signal Level | 1V p-p |
| DC Offset | 0V ±0.1V |
| Return Loss | > 45dB up to 6MHz |

**Electrical**
| | |
|---|---|
| Voltage | 12V DC from Camera Battery |
| Power | 10 Watts |
| EMI/RFI | Complies with FCC Part 15 Class A, EU EMC Directive |

**Physical**
| | |
|---|---|
| Dimensions | 6"H x 6"W x 2.25"D (150mm H x 150mm W x 6mm D) |
| Weight | Approx. 1.5lbs (0.7kg) |

## Ordering Information

**Ordering Options**
| | |
|---|---|
| F9-2410MD-HN | SONY HDCAM HDSDI Monitoring Downconverter with 2 composite analog (NTSC/PAL) outputs and 2 HD 1.5Gb/s outputs |

Evertz - F9-2410MD - SONY HDCAM HDSDI Monitoring Downconverter

Notes

+AB
+IDX
+PAG

Battery Adapter Plate must be specified at time of order - Eg: Model +AB

Anton Bauer Battery Adapter
V Groove (Sony) Battery Adpater
PAG Battery Adapter

http://www.evertz.com/products/F9-2410MD.php

2/13/2004