UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

ANTON/BAUER, INC.,
                    Plaintiff,            \*

    VS.                                    CIVIL ACTION
                                        \* NO. 3:01-CV-577 (CFD)
PAG, LTD.
                    Defendant             \*

ANTON/BAUER, INC.
AND ALEX DESORBO                           \*

                    Defendant              MAY 27, 2004
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## NOTICE OF MANUAL FILINGS

Please take notice that the Plaintiff, Anton/Bauer, Inc., has manually filed its Exhibits to Local Rule 56(a)(1) Statement, which were filed in support of its Motion for Summary Judgment, because the electronic file size of each would be excessive and burdensome.

Defendant has submitted diskette versions of its Motion, Memorandum of Law, and Local Rule 56(a)(1) Statement themselves. All documents have been manually served upon all parties.

                                THE PLAINTIFF
                                ANTON/BAUER, INC.
                                By: _____
                                James T. Shearin, Esq. (ct 01326)
                                Pullman & Comley, LLC
                                850 Main Street, P.O. Box 7006
                                Bridgeport, CT 06601-7006
                                Tel: 203-330-2240
                                Fax: 203-576-8888
                                E-Mail: jshearin@pullcom.com

-2-

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the date hereon to:

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, GA 30339

Brien Horan, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013

James T. Shearin

BPRT/57052.2/JTS/518381v1