UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br>                PLAINTIFF<br>VS.<br><br>PAG, LTD.<br>                DEFENDANT<br>VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br>                DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br>JUNE 18, 2004 |

## JOINT MOTION FOR EXTENSION OF TIME

The parties in this action hereby jointly move for a brief extension of the summary judgment scheduling order entered by the court on May 12, 2004.

In support of this motion, the parties would show the Court that on May 25, 2004, Anton/Bauer filed its motion for summary judgment with respect to the implied license defense raised by PAG. PAG did not file any such motion. The date for PAG's opposition memorandum is June 22nd and for Anton/Bauer's reply July 6th. On June 17th, the principals met and agreed upon a framework for a possible resolution of the entire suit, subject to review of the memorialization of this understanding. The parties now request a one week extension of the June 22nd and July 6th dates to June 29th and July 13th, respectively, to file their briefs if the case does not settle.

This is the second motion the parties have filed with respect to the Summary Judgment briefing schedule. The parties are in accord with the request.

PLAINTIFF/COUNTERCLAIM DEFENDANT
ANTON/BAUER, INC. and ALEX DeSORBO

By: _____
James T. Shearin, Esq. – ct 01326
Brian C. Roche, Esq.   – ct 17975
Pullman & Comley, LLC
850 Main Street,
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888

Allen D. Brufsky, Esq. – ct 04490
475 Galleon Drive
Naples, Florida 34102
Tel. (239) 261-9393 Fax: (239) 261-9696

DEFENDANT, PAG, LTD.

By: *Brien P. Horan*
Brien P. Horan, Esq. – ct 06870
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013
Tel.: (860) 275-8200 Fax: (860) 275-8299

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Andrew Crain, Esq.
Thomas, Kayden, Horstemeyer, et al
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

This is the second motion the parties have filed with respect to the Summary Judgment briefing schedule. The parties are in accord with the request.

PLAINTIFF/COUNTERCLAIM DEFENDANT
ANTON/BAUER, INC. and ALEX DeSORBO

By: _____
James T. Shearin, Esq. – ct 01326
Brian C. Roche, Esq.   – ct 17975
Pullman & Comley, LLC
850 Main Street,
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888

Allen D. Brufsky, Esq. – ct 04490
475 Galleon Drive
Naples, Florida 34102
Tel. (239) 261-9393 Fax: (239) 261-9696

DEFENDANT, PAG, LTD.


By: _____
Brien P. Horan, Esq. – ct 06870
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013
Tel.: (860) 275-8200 Fax: (860) 275-8299

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Andrew Crain, Esq.
Thomas, Kayden, Horstemeyer, et al
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

2

PAGE 3/4 * RCVD AT 6/18/2004 11:35:47 AM [Eastern Daylight Time] * SVR:RIGHTFAX02/7 * DNIS:8299 * CSID:203 576 8888 * DURATION (mm-ss):02-11

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record, via certified mail/return receipt requested.

James T. Shearin
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006

Allen Brufsky
475 Galleon Drive
Naples, Florida 34102

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

*Brien P. Horan*
Brien P. Horan -- CT 06870

3