UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.　　PLAINTIFF<br><br>VS.<br><br>PAG, LTD.<br>　　　　　　　　　　　DEFENDANT<br>VS.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br>　　　　　　　　　　　DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br><br>JANUARY 25, 2005 |

## MOTION FOR RELEASE OF PRELIMINARY BOND

The Plaintiff, Anton/Bauer, Inc., hereby moves the Court to vacate the bond issued in this matter and return the same to Plaintiff.

In support of this motion, the Plaintiff would show the Court that by Order dated June 12, 2002, this Court granted a preliminary injunction which was later conditioned on the filing of a bond. Said bond was filed on September 5, 2002. Subsequently, the Court of Appeals for the Federal Circuit reversed this Court's order in a decision dated May 21, 2003. The preliminary injunction order was subsequently vacated. As such, there is no reason or need for any further bond.

The Clerk has advised the undersigned that the bond will be destroyed if permission for its return has not been sought by the Court by January 31, 2005. Hence, Plaintiff is making this motion.

>       PLAINTIFF/COUNTERCLAIM DEFENDANT
>       ANTON/BAUER, INC. and ALEX DeSORBO
>
>       By: _____
>       James T. Shearin, Esq. – ct 01326
>       Brian C. Roche, Esq.  – ct 17975
>       Pullman & Comley, LLC
>       850 Main Street,
>       Bridgeport, CT 06601-7006
>       (203) 330-2000
>       Facsimile (203) 576-8888

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record, via certified mail/return receipt requested.

James T. Shearin
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006

Allen Brufsky, Esq.
600 5th Avenue, South
Suite 205
Naples, FL 34102

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

Brien P. Horan, Esq. – ct 06870
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013
Tel.: (860) 275-8200 Fax: (860) 275-8299

_____
James T. Shearin

BPRT/57052.2/JTS/546235v1