FILED

2005 JAN 26  A 11: 04

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| ANTON/BAUER, INC. | |
|---|---|
| | PLAINTIFF |
| VS. | |
| PAG, LTD. | |
| | DEFENDANT |
| VS. | |
| ANTON/BAUER, INC. AND ALEX DESORBO | |
| | DEFENDANT |

CIVIL ACTION
NO. 3:01-CV-577 (CFD)

JANUARY 25, 2005

*Granted, absent objection. So ordered. /s/ CFD 4/1/05  01CV577nerd#148*

## MOTION FOR RELEASE OF PRELIMINARY BOND

The Plaintiff, Anton/Bauer, Inc., hereby moves the Court to vacate the bond issued in this matter and return the same to Plaintiff.

In support of this motion, the Plaintiff would show the Court that by Order dated June 12, 2002, this Court granted a preliminary injunction which was later conditioned on the filing of a bond. Said bond was filed on September 5, 2002. Subsequently, the Court of Appeals for the Federal Circuit reversed this Court's order in a decision dated May 21, 2003. The preliminary injunction order was subsequently vacated. As such, there is no reason or need for any further bond.