UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON BAUER, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:01cv577 (CFD) |
| PAG LIMITED, | : |
| Defendant | : |
| v. | : |
| ANTON/BAUER, INC. and ALEX DESORBO, | : |
| Counterclaim and Third Party Defendants | : APRIL 8, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Brien P. Horan, respectfully moves to withdraw his appearance as counsel for defendant PAG Limited in the above-captioned action.

The undersigned moves to withdraw his appearance because he is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a corporate position with a client of his law firm. His withdrawal will not in any way slow or affect the forward momentum of this litigation. The interests of PAG Limited will be well represented by the following Robinson & Cole lawyer, who also has an appearance in this case: Craig A. Raabe.

DEFENDANT,
PAG LIMITED

By: *[signature: Brien P. Horan]*
Brien P. Horan - ct068670
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel.: (860) 275-8200
Fax: (860) 275-8299
Email: bhoran@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 8th day of April, 2005.

James T. Shearin, Esq.
Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Allen D. Brufsky, Esq.
475 Galleon Drive
Naples, FL 34102

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
N. Andrew Crain, Esq.
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, GA 30339

_____
Brien P. Horan