UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Anton/Bauer, Inc. | CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| Plaintiff | |
| vs. | |
| PAG, LTD. | |
| Defendant | |
| vs. | |
| ANTON/BAUER, INC. AND ALEX DESORBO | |
| Defendant | OCTOBER 10, 2005 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to the Rule 7(b) of our Local Rules of Civil Procedure, the Plaintiff, Anton/Bauer, Inc. ("Anton/Bauer") and the Defendant, PAG, Ltd. ("PAG"), seek an extension of time to submit a schedule governing the issue of claims interpretation, as requested in the Court's Order of September 20, 2005. Specifically, the Parties request an additional twenty (20) days, up to and including October 31, 2005, in order to submit a proposed schedule for the Court's consideration.

The Parties represent that they have made initial efforts to discuss a proposed schedule in response to the Court's Order. The Parties' ability to complete this task has

been impacted by the fact that PAG's lead counsel, Stephen. R. Risley, is in the process of moving to a new law firm. This changeover, in addition to the fact that PAG is located in the United Kingdom, has impacted upon PAG's counsel's ability to fully discuss issues related to this matter with their client.

This is the first Motion for Extension of Time filed by the Parties with respect to this issue. The Parties are in agreement that this request should be granted.

Based on those reasons set forth above, the Parties respectfully request that their Motion for Extension of Time be granted and that they be allotted up to and including October 31, 2005, within which to submit a proposed schedule in response to the Court's Order of September 20, 2005.

                        ANTON/BAUER, INC. and ALEX DeSORBO

By:

By: /s/_____
James T. Shearin (ct01326)
Brian C. Roche (ct17975)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000
Facsimile (203) 576-8888
E-Mail:   jshearin@pullcom.com
         broche@pullcom.com

-3-

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on the date hereon to all counsel and pro se parties of record.

Stephen R. Risley, Esq.
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

Craig Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013

/s/
James T. Shearin
Brian C. Roche

Bridgeport/57052.2/BCR/574971v1