UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Anton/Bauer, Inc. ) | CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| PAG, LTD. ) | |
| ) | |
| Defendant ) | |
| ) | |
| vs. ) | |
| ) | |
| ANTON/BAUER, INC. AND ) | |
| ALEX DESORBO ) | |
| ) | |
| Defendant ) | OCTOBER 31, 2005 |

## MOTION FOR ENTRY OF SCHEDULING ORDER

The parties hereby move for an entry of a scheduling order as required by the Court in its Order dated September 20, 2005.

The parties propose the following:

1. The parties exchange their claims constructions of the patent claim terms in issue on or before December 1, 2005,

2. The parties will submit claims construction briefing to the Court on or before January 20, 2006, with reply briefs due on February 3, 2006, unless one or more of the parties intends to rely upon experts. In that event, expert reports will be filed by

-2-

January 14, 2006, with expert discovery commencing and completed thirty-days thereafter. Briefs will then be filed by March 3, 2006, with reply briefs filed by March 14, 2006.

| ANTON/BAUER, INC. and ALEX DeSORBO | PAG, LTD |
|---|---|
| By:/s/_____<br>James T. Shearin (ct01326)<br>Brian C. Roche (ct17975)<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT  06601-7006<br>Telephone (203) 330-2000<br>Facsimile (203) 576-8888<br>E-Mail  jshearin@pullcom.com<br>         broche@pullcom.com | By: /s/_____<br>Stephen R. Risley, Esq. – ct 22652<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>2600 Atlanta Plaza<br>950 East Paces Ferry Road, N.E.<br>Atlanta, GA 30326-1386<br>404-760-4300<br>404-233-1267 – fax<br>srrisley@rkmc.com |

-3-

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on the date hereon to all counsel and pro se parties of record.

Stephen R. Risley, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
2600 Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1386

Craig Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06013

/s/
James T. Shearin
Brian C. Roche

Bridgeport/57052.2/JTS/577346v1