IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:01-CV-577-CFD |
| ) | |
| PAG, LTD., ) | |
| ) | |
| Defendant, Counterclaim and ) | |
| Third Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ANTON/BAUER, INC. and ) | |
| ALEX DESORBO ) | |
| ) | |
| Counterclaim and Third ) | |
| Party Defendants ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS/FIRM

Effective immediately, please note the following change of address of Stephen R. Risley and J. Scott Culpepper, attorneys for PAG, LTD.:

> Stephen R. Risley (ct22652)
> J. Scott Culpepper (ct22653)
>
> Robins, Kaplan, Miller & Ciresi L.L.P.
> 950 East Paces Ferry Road NE
> 2600 One Atlanta Plaza
> Atlanta, Georgia 30326
> Telephone: 404-760-4300
> Facsimile: 404-233-1267

- 1 -

The new email addresses are as follow:

        Stephen R. Risley – srrisley@rkmc.com

        J. Scott Culpepper – jsculpepper@rkmc.com

This 8th day of November, 2005.

        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


        s/Stephen R. Risley
        Stephen R. Risley (ct22652)
        J. Scott Culpepper (ct22653)
        2600 One Atlanta Plaza
        950 East Paces Ferry Road, NE
        Atlanta, Georgia 30326
        Telephone: 404-760-4300
        Facsimile: 404-233-1267
        Email: srrisley@rkmc.com
        Email: jsculpepper@rkmc.com


        Jason M. Kuselias (ct20293)
        ROBINSON & COLE, LLP
        280 Trumbull Street
        Hartford, Connecticut 06103
        Telephone: 860-275-8200
        Facsimile: 860-275-8299
        Email: jkuselias@rc.com

        Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Allen D. Brufsky, Esq.  
Christopher & Weisberg, PA  
200 E. Las Olas Boulevard  
Suite 2040  
Ft. Lauderdale, FL 33301

Brian C. Roche  
James T. Shearin  
Pullman & Comley  
850 Main Street  
PO Box 7006  
Bridgeport, CT 06601-7006

This 8th day of November, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

s/Stephen R. Risley
Stephen R. Risley (ct22652)  
J. Scott Culpepper (ct22653)  
2600 One Atlanta Plaza  
950 East Paces Ferry Road, NE  
Atlanta, Georgia 30326  
Telephone: 404-760-4300  
Facsimile: 404-233-1267  
Email: srrisley@rkmc.com  
Email: jsculpepper@rkmc.com

Jason M. Kuselias (ct20293)  
ROBINSON & COLE, LLP  
280 Trumbull Street  
Hartford, Connecticut 06103  
Telephone: 860-275-8200  
Facsimile: 860-275-8299  
Email: jkuselias@rc.com

Counsel for Defendant