IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NUMBER |
| ) | |
| PAG LIMITED, ) | 3:01-CV-00577-CFD |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTON/BAUER, INC. and ) | |
| ALEX DESORBO, ) | |
| ) | |
| Counterclaim and Third-Party ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCE OF N. ANDREW CRAIN OF THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P. AS COUNSEL FOR PAG LIMITED

The undersigned, N. Andrew Crain, counsel for the Defendant, PAG Limited in the above-identified civil action, hereby moves to withdraw his appearance as counsel of record for the Defendant in this case pursuant to Local Rule 7(e).

N. Andrew Crain and the law firm of Thomas, Kayden, Horstemeyer & Risley, L.L.P. respectfully request that this Motion be granted, as neither he nor anyone else at his firm still represents the Defendant, PAG Limited. The undersigned understands that lead counsel in this case, Stephen R. Risley, who is now employed with Robins, Kaplan, Miller & Ciresi, L.L.P. in Atlanta, Georgia. will continue representation of PAG Limited.

This 10th day of November, 2005.

*[signature]*

N. Andrew Crain (ct24514)

**Thomas, Kayden, Horstemeyer
 & Risley, L.L.P.**
100 Galleria Parkway, N.W.
Suite 1750
Atlanta, Georgia  30339
Telephone:  (770) 933-9500
Facsimile:  (770) 951-0933
E-mail:  andrew.crain@tkhr.com

## CERTIFICATION

This is to certify that on the 16th day of November, 2005, a copy of the foregoing Motion to Withdraw Appearance of N. Andrew Crain of Thomas, Kayden, Horstemeyer & Risley, L.L.P. as Counsel for PAG Limited was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          DEFENDANT
                                          PAG LIMITED

                                          /s/_____
                                          Jason M. Kuselias – ct20293
                                          Robinson & Cole LLP
                                          280 Trumbull Street
                                          Hartford, CT 06103-3597
                                          Tel. No.: (860) 275-8200
                                          Fax No.: (860) 275-8299

Stephen R. Risley (ct22652)
J. Scott Culpepper (ct22653)
Robins, Kaplan, Miller & Ciresi-GA
950 E. Paces Ferry Road, NE
2600 One Atlanta Plaza
Atlanta, GA 30326
Fax No.: (770) 951-0933