UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Anton/Bauer, Inc. | ) | CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| PAG, LTD. | ) | |
| Defendant | ) | |
| vs. | ) | |
| | ) | |
| ANTON/BAUER, INC. AND | ) | |
| ALEX DESORBO | ) | DECEMBER    , 2005 |
| | ) | |
| Defendant | | |

## PLAINTIFF ANTON/BAUER'S CLAIM CONSTRUCTIONS

Pursuant to the Parties Scheduling Order entered by the Court on November 9, 2005,

Plaintiff Anton/Bauer hereby submits its Claim Constructions of the patent claim terms in issue.

At issue in this dispute is United States Patent No. 4,810,204 (the "204" Patent"). The

'204 patent-in-suit comprises 18 claims. Plaintiff asserts that PAG has infringed Claims 9 and

11 of the '204 patent. Claim 9 is an independent claim; Claim 11 depends upon Claim 9.

Claim 9 of the patent read as follows:

> A releasable connection for a battery pack or the like comprising a
> relatively flat male plate and a relatively flat female plate,
>> said plates being adapted to be releasably locked together in connected
>> position;
>> said female plate including a plurality of depending slots, and at least one
>> elongate terminal, said terminal and slots being elongate in the same
>> direction;
>> said male plate including a plurality of spaced headed; projections with
>> there being one for each slot and with each projection having head and
>> leg portions, and at least one elongated mating terminal;

said male plate being positioned abutting the female plate with the legs of
the projections being located in associated slots and with the one
terminal within the mating terminal;

releasable locking means on said female plate for engaging at least one of
the headed projections in one of said slots to lock said plates in
connected position by preventing relative movement between said
plates in the direction of said slots by maintaining the engagement of
said locking means with said headed projection until said locking means
is released; and said releasable locking means includes

at least one rotatable member on the backside of the female plate;

a pin on said rotatable member between said member and the backside of
said female plate; and

means urging the member to a closed condition with said pin disposed in
the path of movement of said headed projection inserted in said slot.

Claim 11 reads as follows:

The invention as defined in claim 9 wherein said urging means is a torsion
spring disposed between the bottom of said rotatable member and a fixed
support on the backside of said female plate.

2

## U.S. PATENT NO. 4,810,204

| NO. | CLAIM LANGUAGE | PLAINTIFF'S CONSTRUCTION |
|---|---|---|
| 9 | A **releasable connection** for a **battery pack or the like**. | A **releasable connection** is a separable attachment.<br><br>A **battery pack** is a group of two or more cells connected together to furnish electric current.<br><br>**Or the like** means a similar functional structure to a battery pack, i.e., to furnish electric current. |
| | A **relatively flat male plate**.<br><br><br><br><br><br><br><br><br>A **relatively flat female plate** | A relatively flat male plate is one of two mating elements of the releaseable connection that is, for the most part, constructed on one functional plane which contains one or more projections used for mating or connecting to a female counterpart.<br><br>A relatively flat female plate is one of two mating elements of the releasable connection that is, for the most part, constructed on one functional plane which contains one or more holes used for mating or connecting to a male counterpart. |

3

| | | |
|---|---|---|
| | **Releasably locked** together | held or fastened together, in a manner which can be released. |
| | in a **connected position** | attached in a manner which provides for a linking and continuity of the functional elements. |
| | **Plurality of depending slots.** | More than one narrow opening extended from a larger opening in the direction of the mating engagement. |
| | **At least one elongate terminal.** | One or more devices attached to the end of an electrical apparatus for making an electrical connection, which are long in proportion to width. |
| | **Plurality of spaced headed projections.** | More than one headed projection set apart from one another. |
| | **Each projection having head and leg portions.** | Extending elements or features have an enlarged uppermost part relative to a lower, narrower portion, making them headed projections. |

4

| | At least one elongated mating terminal. | One or more elongated terminals as defined above, which joins or fits together with it or their counterpart(s). |
|---|---|---|
| | One terminal within the mating terminal. | The nexus or linking of the two electrical terminals by the insertion of one into another. |
| | Releasable locking means on said female plate for engaging at least one of the headed projections | The mechanics on the female plate which permit the separable binding and unbinding of the plates relative to one another, interacting with one or more of the headed projections on the male plate, as shown and described in the specification. |
| | Means urging the member to a closed condition with said pin disposed in the path of movement | The mechanics by which force is applied to the rotatable element so as to bias it, with some force, to the extent of its ability to travel in a direction, such that the pin blocks the change of position of the headed projection within the slot, as shown and described in the specification. |
| | Torsion spring | An elastic body, twisted and formed or constructed in a manner as to exert force on one end in one longitudinal direction about an axis while the other end is forced in an opposing direction. |

.

5

| | | |
|---|---|---|
| | **Fixed support on the backside of the female plate** | A stationary anchor point, for the spring element, constructed on the opposite side of the female plate from the female plate's planar nexus to the male plate. |

PLAINTIFF/COUNTERCLAIM DEFENDANT
ANTON/BAUER, INC. and ALEX DeSORBO


By: _____
James T. Shearin, Esq. – ct 01326
Brian C. Roche, Esq. – ct 17975
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: (203) 330-200
Facsimile: (203) 576-8888

Allen D. Brufsky, Esq. – ct 04490
Christopher & Weisberg,P.A.
200 E. Las Olas Blvd
Suite2040
Ft. Lauderdale, FL 33301
Phone: (954) 828-1488
Facsimile: (954) 828-9022

6

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record:

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
950 East Paces Ferry Road NE
2600 One Atlanta Plaza
Atlanta, Georgia 30326

Jason M. Kuselias
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

James T. Shearin – ct 01326
Brian C. Roche   – ct 17975

Bridgeport/57052.2/JTS/581346v2

7