UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC. | ) |
| | ) |
| Plaintiff | ) CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| vs. | ) |
| | ) |
| PAG, LTD. | ) |
| | ) |
| Defendant | ) |
| | ) |
| vs. | ) |
| | ) |
| ANTON/BAUER, INC. AND | ) |
| ALEX DESORBO | ) |
| Defendant | ) JANUARY 31, 2006 |

### **JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The parties hereby jointly move for an extension of time to file their Responsive Memoranda to the Claims Construction Briefs they filed upon one another on January 20, 2006.  The Responsive Memoranda are currently due on February 3, 2006.  The parties request a two-week extension to February 17, 2006.  The parties submit that this additional time is necessary given the complexity of the issues involved and the need to fully explore the arguments raised by each party.

The parties also request an opportunity to file a reply brief of no greater than seven (7) pages in length on or before March 3, 2006, if that is deemed necessary.  The parties believe that such additional briefing will assist the Court.

This is the parties' first Motion for Extension of Time with respect to extending the date for filing their Responsive Memoranda to their Claims Construction briefs and, as noted, it is a joint request.

PLAINTIFF
ANTON/BAUER, INC.
By: _____/s/ James T. Shearin_____
    James T. Shearin, Esq. – ct 01326
    Brian C. Roche, Esq. – ct 17975
    Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    Phone:  (203) 330-200
    Facsimile:  (203) 576-8888

Allen D. Brufsky, Esq. – ct 04490
Christopher & Weisberg,P.A.
200 E. Las Olas Blvd
Suite2040
Ft. Lauderdale, FL 33301
Phone: (954) 828-1488
Facsimile: (954) 828-9022

_____/s/ Stephen R. Risley_____
Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
950 East Paces Ferry Road NE
2600 One Atlanta Plaza
Atlanta, Georgia 30326

Jason M. Kuselias
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record:

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
950 East Paces Ferry Road NE
2600 One Atlanta Plaza
Atlanta, Georgia 30326

Jason M. Kuselias
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

                                                /s/ James T. Shearin
                                          James T. Shearin –  ct 01326
                                          Brian C. Roche    – ct 17975

Bridgeport/57052.2/JTS/586501v1