# EXHIBIT E

# Canon

763-506-0252



YOUR CONNECTION TO NETWORKED DOCUMENT IMAGING AND MANAGEMENT

# imageRUNNER®
# imageCLASS®

**DIGITAL IMAGING SYSTEMS**

# Canon

## imageRUNNER® Overview



Since Canon's initial introduction of the first networked digital copiers, our product line has evolved in both capability and performance. Today, Canon offers a full line of multifunctional products based on digital copier technology ranging in speed from 13 to 150 pages per minute. These products offer expanded functional support for printing, distributing, and managing information—regardless of original form, content, or location.

# imageRUNNER®
# imageCLASS®
## DIGITAL IMAGING SYSTEMS



# Canon

## imagePlatform Architecture



Canon's imagePlatform (iP) architecture provides the design basis for all future imageRUNNER® products. Canon imagePlatform will fundamentally change the ways in which office workers manage and share information, ideas, and knowledge, regardless of form, content, or location faster than ever before—acting as a dynamic central hub for total office automation and management of paper and electronic-based information.

# imageRUNNER®
# imageCLASS®

**DIGITAL IMAGING SYSTEMS**

# Canon

## Canon MEAP™ Platform



*Canon imageRUNNER® devices that incorporate Canon's newly-developed MEAP (Multifunctional Embedded Application Platform) architecture can give businesses greater control over costs and productivity by embedding diverse and customizable applications for a wide range of business workflow requirements.*

# imageRUNNER®
# imageCLASS®

### DIGITAL IMAGING SYSTEMS

# Canon

## Small Business Solutions



Canon offers a number of solutions specifically designed to provide exceptional performance value and flexibility to low-volume general office users. Product offerings embodied in our LASER CLASS® Series, imageCLASS® Series, and low-end imageRUNNER® devices offer integrated faxing, network printing, and copying solutions—as well as advanced technology features that are ideal for any size business or workgroup needing low- to mid-volume laser multifunction device capabilities that increase productivity and keep an eye on your bottom line.

# imageRUNNER®
# imageCLASS®

## DIGITAL IMAGING SYSTEMS

# EXHIBIT F

Anton/Bauer

Page 1 of 2

# antonbauer
*The worldwide standard ®*

**Custom Power Systems**

News   FAQ   Products   How To Choose   Where To Buy   Support   Promotions   Contacts

## GOLD MOUNT® QUICK CHANGE SYSTEM

From the first one piece video camera to the advanced cameras of the day, the Anton/Bauer Snap-On® system has been the standard of professional video. The patented Gold Mount® is the third generation of this proprietary mounting system. The versatility of the mount combined with the advanced features and technology of Anton/Bauer batteries and chargers makes it the power format choice of video professionals, broadcasters and equipment manufacturers alike.

New cameras from every manufacturer – from high definition to mini-DV – offer the InterActive® viewfinder capability of the Anton/Bauer system available only with the Gold Mount. The pioneering Automatique® light control circuitry is available only with Anton/Bauer gold Mount equipped cameras. Many models, including every DVCPRO and new P2 solid state format cameras are delivered with the Anton/Bauer Gold Mount as standard factory equipment.

New accessory equipment as well, such as hard drives, audio receivers and camera control systems also employ the Gold Mount for easy attachment to new cameras.

To ensure the best performance from your camera, specify only Anton/Bauer Gold Mounts and Battery systems for your camera. Find the Gold Mount for your camera, monitor or VTR.

### GOLD MOUNT Professional Features

- **PowerTap Receptacle** - This exclusive Anton/Bauer feature allows a camera mounted light, wireless microphone, or other D.C. accessory to be powered from the camera battery. The integral cable of the popular

http://www.antonbauer.com/gold_mount_system.htm

Exhibit F
Page 1 of 2

2/17/2006

Ultralight 2 includes a PowerTap plug that mates directly with the PowerTap receptacle in the Gold Mount. The PowerTap is rated at 10 amps and is internally fused for safety.
Click here for more on Ultralights and PowerTap options for multi DC applications

- **Automatique** - This feature of the Gold Mount is standard with most new camcorders. A special power circuit in the Gold Mount mates with the VTR roll signal in the camera/camcorder allowing an Ultralight to turn on/off automatically in sympathy with the VTR. This assures that every shot is free from the objectionable shadows caused by overhead lights, yet battery drain is kept to a minimum.

- **InterActive Viewfinder "Fuel Gauge"** - The Gold Mount includes the special InterActive contact that transmits the fuel computer signal from the DIGITAL battery to the viewfinder "Fuel Gauge" included in many cameras/camcorders.

- **Future Compatible** - Unlike older box style battery holders, the Gold Mount is fully compatible with the many different sizes and shapes of the new cell technologies that are under development. The Gold Mount will also allow old and new technology batteries to be used together interchangeably thus avoiding the inevitable sudden and costly transition to a new battery format.

- **Universal Application** - Gold mount brackets can be easily installed on all portable equipment including color monitors, scopes, and microwave units. This eliminates all the problems of having many different and incompatible battery/charger systems and allows spare camera batteries to be used on test equipment (and vice versa).

A wide variety of Gold Mount accessory battery holders allow the same batteries that are normally camera mounted to be also worn as a belt or mounted two-at-a-time for unlimited run-time.
Click here for more on Universal Application Gold Mounts

| Anton/Bauer, Inc. (Headquarters) | Anton/Bauer Europe, B.V. | Anton/Bauer Singapore |
|---|---|---|
| 14 Progress Drive | Eurode Park 1 | 6 New Industrial Road |
| Shelton, CT 06484 USA | 6461 KB Kerkrade | #02-02 Hoe Huat Industrial Building |
|  | The Netherlands | Singapore 536199 |
| Tel: 203-929-1100 | Tel: +31-45-5639220 | Tel: +65-6297-5784 |
| 800-422-3473 *(Toll Free In US)* | Fax: +31-45-5639222 | Fax: +65-6282-5235 |
| Fax: 203-925-4988 |  |  |