# EXHIBIT A

**PULLMAN & COMLEY, LLC**
ATTORNEYS AT LAW

JAMES T. SHEARIN
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p  203-330-2242
f  203 576 8888
jshearin@pullcom.com

December 1, 2005

**Via E-Mail**

Stephen R. Risley, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2600 One Atlanta Plaza
950 E. Paces Ferry Road NE
Atlanta, GA 30326

      Re:    Anton/Bauer, Inc. v. PAG, Ltd. vs. Anton/Bauer, Inc. and Alex DeSorbo
             Our File No.: 57052.2

Dear Steve:

      As we agreed, set-forth below is a list of the claim terms Anton/Bauer will ask the Court to construe.

1.  a "releasable connection for a battery pack or the like"

2.  a "relatively flat male plate"

3.  "relatively flat female plate"

4.  "releasably locked to together in connected position"

5.  "plurality of depending slots"

6.  "at least one elongate terminal"

7.  "plurality of spaced headed projections"

8.  "projections having head and leg portions"

9.  "at least one elongated mating terminal"

10. "one terminal within the mating terminal"

11. "releasable locking means on said female plate for engaging rotable member"

12. "means urging the member to closed condition with said pin disposed in the path of movement"

**PULLMAN & COMLEY, LLC**
ATTORNEYS AT LAW

Page 2

13.  "torsion spring"

14.  "fixed support on the backside of the female plate"

In addition, Anton/Bauer intends to proffer a construction of the claim terms for which PAG seeks a construction.

Please let me know if you have any questions.

Very truly yours,

James T. Shearin

JTS:ljb

Bridgeport/57052.2/JTS/580944v1