# EXHIBIT B

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2600 One Atlanta Plaza
950 East Paces Ferry Road N.E.
Atlanta, GA 30326-1119
TEL: 404-760-4300  FAX: 404-233-1267
www.rkmc.com

ATTORNEYS AT LAW

STEPHEN R. RISLEY

December 1, 2005

**VIA FAX AND FIRST CLASS MAIL**
James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

RE:    Anton/Bauer, Inc. vs. PAG, Ltd. vs. Anton/Bauer, Inc. and Alex Desorbo
Our File No. 031586.0000

Dear Tim:

As we agreed, set-forth below is a list of the claim terms PAG will ask the Court to construe. PAG's list is based on Anton/Bauer's representation that only claims 9 and 11 of the '204 patent are at issue. PAG reserves the right to amend its list if Anton/Bauer asserts any other claims.

    (1)    "a releasable connection"

    (2)    "a battery pack"

    (3)    "or the like"

    (4)    "male plate"

    (5)    "female plate"

    (6)    "a plurality of depending slots"

    (7)    "a plurality of spaced headed projections"

    (8)    "at least one elongated mating terminal"

In addition, PAG intends to proffer a construction of the claim terms for which Anton/Bauer seeks a construction.

ATLANTA   BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C

James T. Shearin, Esq.
December 1, 2005
Page 2


Please let us know if you have any questions.

ROBINS, KAPLAN, MILLER & CIRESI, LLP
Sincerely,

Stephen R. Risley

SRR/apn