# Canon

763-506-0252



YOUR CONNECTION TO NETWORKED DOCUMENT IMAGING AND MANAGEMENT

# imageRUNNER®
# imageCLASS®

**DIGITAL IMAGING SYSTEMS**

# Canon

## imageRUNNER® Overview



Since Canon's initial introduction of the first networked digital copiers, our product line has evolved in both capability and performance. Today, Canon offers a full line of multifunctional products based on digital copier technology ranging in speed from 13 to 150 pages per minute. These products offer expanded functional support for printing, distributing, and managing information—regardless of original form, content, or location.

# imageRUNNER®
# imageCLASS®

## DIGITAL IMAGING SYSTEMS



# Canon

## imagePlatform Architecture



Canon's imagePlatform (iP) architecture provides the design basis for all future imageRUNNER® products. Canon imagePlatform will fundamentally change the ways in which office workers manage and share information, ideas, and knowledge, regardless of form, content, or location faster than ever before—acting as a dynamic central hub for total office automation and management of paper and electronic-based information.

# imageRUNNER®
# imageCLASS®

## DIGITAL IMAGING SYSTEMS

# Canon

### Canon MEAP™ Platform



*Canon imageRUNNER® devices that incorporate Canon's newly-developed MEAP (Multifunctional Embedded Application Platform) architecture can give businesses greater control over costs and productivity by embedding diverse and customizable applications for a wide range of business workflow requirements.*

# imageRUNNER®
# imageCLASS®

### DIGITAL IMAGING SYSTEMS

# Canon

## Small Business Solutions



Canon offers a number of solutions specifically designed to provide exceptional performance value and flexibility to low-volume general office users. Product offerings embodied in our LASER CLASS® Series, imageCLASS® Series, and low-end imageRUNNER® devices offer integrated faxing, network printing, and copying solutions—as well as advanced technology features that are ideal for any size business or workgroup needing low- to mid-volume laser multifunction device capabilities that increase productivity and keep an eye on your bottom line.

# imageRUNNER®
# imageCLASS®
### DIGITAL IMAGING SYSTEMS