Anton/Bauer

**antonbauer** *The worldwide standard ®*

News  FAQ  Products  How To Choose  Where To Buy  Support  Promotions  Contacts

*Custom Power Systems*

## GOLD MOUNT® QUICK CHANGE SYSTEM

From the first one piece video camera to the advanced cameras of the day, the Anton/Bauer Snap-On® system has been the standard of professional video. The patented Gold Mount® is the third generation of this proprietary mounting system. The versatility of the mount combined with the advanced features and technology of Anton/Bauer batteries and chargers makes it the power format choice of video professionals, broadcasters and equipment manufacturers alike.

New cameras from every manufacturer – from high definition to mini-DV – offer the InterActive® viewfinder capability of the Anton/Bauer system available only with the Gold Mount. The pioneering Automatique® light control circuitry is available only with Anton/Bauer gold Mount equipped cameras. Many models, including every DVCPRO and new P2 solid state format cameras are delivered with the Anton/Bauer Gold Mount as standard factory equipment.

New accessory equipment as well, such as hard drives, audio receivers and camera control systems also employ the Gold Mount for easy attachment to new cameras.

To ensure the best performance from your camera, specify only Anton/Bauer Gold Mounts and Battery systems for your camera.  Find the Gold Mount for your camera, monitor or VTR.

### GOLD MOUNT Professional Features

- **PowerTap Receptacle** - This exclusive Anton/Bauer feature allows a camera mounted light, wireless microphone, or other D.C. accessory to be powered from the camera battery. The integral cable of the popular

Anton/Bauer                                                                                     Page 2 of 2

Ultralight 2 includes a PowerTap plug that mates directly with the PowerTap receptacle in the Gold Mount. The PowerTap is rated at 10 amps and is internally fused for safety.
Click here for more on Ultralights and PowerTap options for multi DC applications

- **Automatique** - This feature of the Gold Mount is standard with most new camcorders. A special power circuit in the Gold Mount mates with the VTR roll signal in the camera/camcorder allowing an Ultralight to turn on/off automatically in sympathy with the VTR. This assures that every shot is free from the objectionable shadows caused by overhead lights, yet battery drain is kept to a minimum.

- **InterActive Viewfinder "Fuel Gauge"** - The Gold Mount includes the special InterActive contact that transmits the fuel computer signal from the DIGITAL battery to the viewfinder "Fuel Gauge" included in many cameras/camcorders.

- **Future Compatible** - Unlike older box style battery holders, the Gold Mount is fully compatible with the many different sizes and shapes of the new cell technologies that are under development. The Gold Mount will also allow old and new technology batteries to be used together interchangeably thus avoiding the inevitable sudden and costly transition to a new battery format.

- **Universal Application** - Gold mount brackets can be easily installed on all portable equipment including color monitors, scopes, and microwave units. This eliminates all the problems of having many different and incompatible battery/charger systems and allows spare camera batteries to be used on test equipment (and vice versa).

A wide variety of Gold Mount accessory battery holders allow the same batteries that are normally camera mounted to be also worn as a belt or mounted two-at-a-time for unlimited run-time.
Click here for more on Universal Application Gold Mounts

---

Anton/Bauer, Inc. (Headquarters)   Anton/Bauer Europe, B.V.   Anton/Bauer Singapore
14 Progress Drive                   Eurode Park 1              6 New Industrial Road
Shelton, CT 06484 USA               6461 KB Kerkrade           #02-02 Hoe Huat Industrial Building
                                    The Netherlands            Singapore 536199
Tel: 203-929-1100
     800-422-3473 (Toll Free in US) Tel: +31-45-5639220        Tel: +65-6297-5784
Fax: 203-925-4988                   Fax: +31-45-5639222        Fax: +65-6282-5235

http://www.antonbauer.com/gold_mount_system.htm                         2/17/2006

Exhibit F
Page 2 of 2