UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.,<br>    Plaintiff,<br><br>v.<br><br>PAG, LTD.,<br>    Defendant,<br><br>v.<br><br>ANTON/BAUER, INC. and ALEX DESORBO,<br>    Counterclaim and Third Party Defendants | )<br>)<br>)    Civil No.: 3:01-CV-577 (CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT PAG, LTD.'S MOTION TO ALLOW FOR A GENERAL DISCOVERY PERIOD

Defendant PAG, LTD ("PAG") hereby moves this Court to allow an eight-month general discovery period for the reasons set forth in the accompanying memorandum of law.

DEFENDANT,
PAG LIMITED

_____
Jason M. Kuselias (ct20293)
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Telephone: 860-275-8200
Facsimile: 860-275-8299
Email: jkuselias@rc.com

Stephen R. Risley (ct22652)
J. Scott Culpepper (ct22653)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, NE
Atlanta, Georgia 30326
Telephone: 404-760-4300
Facsimile: 404-233-1267
Email: srrisley@rkmc.com
Email: jsculpepper@rkmc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of "DEFENDANT, PAG LTD'S, MOTION TO ALLOW FOR A GENERAL DISCOVERY PERIOD" was served via first class mail, postage prepaid on the 7th day of March, 2006 on the following counsel of record:

James T. Shearin, Esq.
Pullman & Comley, LLC
50 Main Street
Bridgeport, CT 06604

Allen D. Brufsky, Esq.
Christopher & Weisberg, P.A.
200 E. Las Olas Boulevard, Suite 2040
Ft. Lauderdale, FL 33301

_____
Jason M. Kuselias