IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.,<br>    Plaintiff, | )<br>)<br>)  Civil No.: 3:01-CV-577 (CFD)<br>) |
| v. | )<br>) |
| PAG, LTD.,<br>    Defendant, | )<br>)<br>) |
| v. | )<br>) |
| ANTON/BAUER, INC. and ALEX DESORBO,<br>    Counterclaim and Third Party Defendants | )<br>)<br>)<br>)<br>)  MARCH 27, 2006 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Jeffrey J. White of Robinson & Cole LLP, on behalf of Defendant, PAG Limited in the above-captioned matter.

                                          DEFENDANT,
                                          PAG LIMITED

                                          By /s/ Jeffrey J. White
                                          Jeffrey J. White (ct25781)
                                          e-mail: jwhite@rc.com
                                          Robinson & Cole LLP
                                          280 Trumbull Street
                                          Hartford, CT 06103-3597
                                          Tel. No.: (860) 275-8200
                                          Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of March, 2006 the foregoing motion was served via first class mail, postage prepaid upon the following counsel of record:

James T. Shearin, Esq.
Pullman & Comley, LLC
50 Main Street
Bridgeport, CT 06604

Allen D. Brufsky, Esq.
Christopher & Weisberg, P.A.
200 E. Las Olas Boulevard, Suite 2040
Ft. Lauderdale, FL 33301

Jeffrey J. White