UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC. </br>     Plaintiff </br> vs. </br> PAG, LTD. </br>     Defendant </br> vs. </br> ANTON/BAUER, INC. AND </br> ALEX DESORBO </br>     Defendant | CIVIL ACTION NO. 3:01-CV-577 (CFD) </br></br></br></br></br></br> APRIL 4, 2006 |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

The undersigned hereby moves to withdraw the appearance of Allen D. Brufsky as counsel for the Plaintiff in this action. Mr. Brufsky no longer has involvement with this file. The undersigned will remain as attorney of record.

Accordingly, Plaintiff Anton/Bauer, Inc. requests that the appearance of Allen D. Brufsky be withdrawn.

            PLAINTIFF
            ANTON/BAUER, INC.
            By: /s/ James T. Shearin
                James T. Shearin, Esq. – ct 01326
                Brian C. Roche, Esq. – ct 17975
                Pullman & Comley, LLC
                850 Main Street, P.O. Box 7006
                Bridgeport, CT 06601-7006
                Phone: (203) 330-200
                Facsimile: (203) 576-8888

## **CERTIFICATION**

      I hereby certify that on April 4, 2006, a copy a Motion to Withdraw Appearance of Counsel was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                                     _/s/ James T. Shearin_
                                                           James T. Shearin – ct 01326
                                                           Brian C. Roche    – ct 17975

Bridgeport/57052.2/JTS/593509v1