UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC. ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| vs. ) | |
| ) | |
| PAG, LTD. ) | |
| Defendant ) | |
| vs. ) | |
| ) | |
| ANTON/BAUER, INC. AND ) | |
| ALEX DESORBO ) | |
| Defendant ) | |
| | MAY 4, 2006 |

## MOTION FOR CONTINUANCE

Plaintiffs Anton/Bauer, Inc. and Alex DeSorbo ("Plaintiffs"), hereby move for a continuance of the hearing date on Defendant's Motion for a General Discovery Period, currently scheduled for May 12, 2006.

In support of this motion, Plaintiffs would show the Court that the hearing on this matter was originally scheduled for May 28, 2006, but was postponed by the Court. The parties then requested a new date for May 8th or 9th if that was suitable to the Court's calendar. The Court then scheduled the matter for May 12th. That date is inconvenient, however, because Plaintiffs' counsel has long-standing plans to attend a prepaid conference scheduled for the time period of May 11th and 12th in Florida.

Plaintiffs' counsel has spoken with counsel for Defendants, Steven Risley, and can report that the following dates are acceptable to the parties: May 22, 23, 24, 26, 31, June 1st and June 2nd.

Accordingly, Plaintiffs request that the May 12th hearing date be rescheduled.

>PLAINTIFF
>ANTON/BAUER, INC.
>By: ____/s/ James T. Shearin_____
>    James T. Shearin, Esq. – ct 01326
>    Brian C. Roche, Esq. – ct 17975
>    Pullman & Comley, LLC
>    850 Main Street, P.O. Box 7006
>    Bridgeport, CT  06601-7006
>    Phone:  (203) 330-200
>    Facsimile:  (203) 576-8888

### **O R D E R**

The foregoing motion having been duly heard, it is hereby, (GRANTED/DENIED).

>BY THE COURT
>
>_____
>Judge/Clerk

## CERTIFICATION

I hereby certify that on May 4, 2006, a copy a Motion for Continuance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ James T. Shearin
James T. Shearin – ct 01326
Brian C. Roche – ct 17975

Bridgeport/57052.2/JTS/596911v1