## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC., | : |
|          Plaintiff | : |
| v. | : Civil Action No. 3:01 CV 577 (CFD) |
| | : |
| PAG, LTD., | : |
|          Defendant, | : |
| v. | : |
| | : |
| ANTON/BAUER, INC. and ALEX DeSORBO, | : |
|          Counterclaim and | : |
|          Third Party Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_  A ruling on the following motion which is currently pending: (orefm.)

**X**  A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

**SO ORDERED** this  22nd  day of May, 2006, at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**