UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC. | ) |
| | ) |
| Plaintiff | ) CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| vs. | ) |
| | ) |
| PAG, LTD. | ) |
| Defendant | ) |
| vs. | ) |
| | ) |
| ANTON/BAUER, INC. AND | ) |
| ALEX DESORBO | ) |
| Defendant | ) JUNE 23, 2006 |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Anton/Bauer, Inc. and Third-Party Defendant Alex DeSorbo (collectively "Movants") hereby move for an extension of time to respond to the Interrogatories and Document Requests served upon Movants by PAG, Ltd. ("PAG') on May 30, 2006.

In support of this motion, Movants would represent to the Court that the discovery that has been served upon them is voluminous and requires an analysis of multiple and factual and legal issues to determine the appropriate responses as well as a review of extensive documentation. Movants are undertaking that process with diligence but do not believe they will be in a position to fully respond by the current due date of June 30, 2006. Movants, therefore request an extension of time until July 17, 2006 to respond to PAG's Interrogatories and Document Requests.

Movants represent that PAG has no opposition to this request and further that it is Movants' first request for extension of time with respect to this issue.

        PLAINTIFF, ANTON/BAUER, INC. and
        THIRD-PARTY DEFENDANT, ALEX DESORBO
        By: ____/s/ James T. Shearin_____
            James T. Shearin, Esq. – ct 01326
            Brian C. Roche, Esq. – ct 17975
            Pullman & Comley, LLC
            850 Main Street, P.O. Box 7006
            Bridgeport, CT  06601-7006
            Phone:  (203) 330-200
            Facsimile:  (203) 576-8888

## **O R D E R**

The foregoing motion having been duly heard, it is hereby, (GRANTED/DENIED).

BY THE COURT

_____
Judge/Clerk

## **CERTIFICATION**

I hereby certify that on June 23, 2006, a copy a Motion for Continuance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/ James T. Shearin
                                   James T. Shearin – ct 01326
                                   Brian C. Roche   – ct 17975

Bridgeport/57052.2/JTS/602185v1