AO 458 (Rev.5/85) Appearance

# United States District Court
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTON/BAUER, INC. ) | CIVIL ACTION NO. 3:01-CV-577 (CFD) |

Plaintiff
vs.

PAG, LTD.
Defendant
vs.

ANTON/BAUER, INC. AND　　　　　　　　　　SEPTEMBER 1, 2006
ALEX DESORBO

Defendant

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**PLAINTIFF ANTON/BAUER, INC. AND
THIRD PARTY DEFENDANT, ANTON/BAUER, INC. AND ALEX DESORBO**

Sept. 1, 2006
Date

/s/
Signature

ct 18702
Connecticut Federal Bar Number

Aimee J. Wood (ct 18702)
Print Name

(203) 330-2245
Telephone Number

Pullman & Comley, LLC
850 Main Street
Address

Bridgeport, CT  06604
City       State       Zip Code

(203) 576-8888
Facsimile Number

awood@pullcom.com

## **CERTIFICATION**

     I hereby certify that on September 1, 2006, a copy of the Appearance of Aimee J. Wood was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      /s/
                                          Aimee J. Wood

Bridgeport/57052.2/JTS/609965v1