UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC. ) | |
| ) | CIVIL ACTION NO. 3:01-CV-577 |
| Plaintiff ) | (CFD) |
| vs. ) | |
| ) | |
| PAG, LTD. ) | |
| ) | |
| Defendant ) | |
| ) | |
| vs. ) | |
| ) | |
| ANTON/BAUER, INC. AND ) | |
| ALEX DESORBO ) | |
| ) | SEPTEMBER    , 2006 |
| Defendant | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned moves to withdraw as counsel on behalf of the Plaintiff, Anton/Bauer, Inc. and the Counterclaim Defendants, Anton/Bauer, Inc. and Alex DeSorbo (hereinafter collectively referred to as "Anton Bauer"). This Motion is made pursuant to Local Rule 7(e) seeking an Order authorizing my withdrawal of Appearance as counsel on behalf of Anton/Bauer. The basis for withdrawal is that I am leaving Pullman & Comley, LLC and attorneys from that firm have Appearances on file on behalf of Anton/Bauer in this action.

Anton/Bauer has been advised of this issue by their remaining counsel.

**WHEREFORE**, Brian C. Roche respectfully requests this Court to enter an Order permitting a withdrawal of Appearance as counsel to both Anton/Bauer and Alex DeSorbo in this matter.

> THE PLAINTIFF
> ANTON/BAUER, INC.
>
> By: //ss//
>   James T. Shearin, Esq. – ct 01326
>   Brian C. Roche, Esq. – ct 17975
>   Pullman & Comley, LLC
>   850 Main Street, P.O. Box 7006
>   Bridgeport, CT  06601-7006
>   Phone:    (203) 330-200
>   Facsimile: (203) 576-8888
>   E-Mail     jtshearin@pullcom.com
>              broche@pullcom.com

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record:

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
950 East Paces Ferry Road NE
2600 One Atlanta Plaza
Atlanta, Georgia 30326

Jason M. Kuselias
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

                                                 //ss//
                                                 Brian C. Roche   – ct 17975

Bridgeport/57052.2/BCR/612413v1