UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.,<br>    Plaintiff,<br><br>v.<br><br>PAG, LTD.,<br>    Defendant,<br><br>v.<br><br>ANTON/BAUER, INC. and ALEX DESORBO,<br>    Counterclaim and Third Party Defendants | Civil No.: 3:01CV-577 (CFD)<br><br><br><br><br><br><br><br><br><br>OCTOBER 16, 2006 |

## MOTION FOR ANNA R. CARR TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member in good standing of the bar of this court, respectfully moves for admission of Attorney Anna R. Carr to represent the defendant, PAG, Ltd. ("Defendant") in the above-captioned matter. In support of this motion, the Affidavit of Attorney Anna R. Carr is attached hereto as Exhibit A.

The required $25 fee is being paid with this motion. Pursuant to Local Rule 83.1(c), service of all papers may be made upon Jason M. Kuselias of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103.

HART1-1357905-1

DEFENDANT,
PAG LIMITED


_____
Jason M. Kuselias (ct20293)
Jeffrey J. White (ct25781)
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Telephone: 860-275-8200
Facsimile: 860-275-8299
Email: jkuselias@rc.com
Email: jwhite@rc.com

Stephen R. Risley (ct22652)
J. Scott Culpepper (ct22653)
Robins, Kaplan, Miller & Ciresi L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, NE
Atlanta, Georgia 30326
Telephone: 404-760-4300
Facsimile: 404-233-1267
Email: srrisley@rkmc.com
Email: jsculpepper@rkmc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of PAG's Motion For Anna R. Carr To Appear *Pro Hac Vice* was served via first class mail, postage prepaid on the 16th day of October, 2006 on the following counsel of record:

James T. Shearin, Esq.
Pullman & Comley, LLC
50 Main Street
Bridgeport, CT 06604

Allen D. Brufsky, Esq.
Christopher & Weisberg, P.A.
200 E. Las Olas Boulevard, Suite 2040
Ft. Lauderdale, FL 33301

Jason M. Kuselias