## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.,<br>    Plaintiff,<br><br>v.<br><br>PAG, LTD.,<br>    Defendant,<br><br>v.<br><br>ANTON/BAUER, INC. and ALEX<br>DESORBO,<br>    Counterclaim and Third Party<br>    Defendants | Civil No.: 3:01CV-577 (CFD)<br><br><br><br><br><br><br><br><br><br><br>OCTOBER 10, 2006 |

### AFFIDAVIT OF ANNA R. CARR
### FOR ADMISSION PRO HAC VICE

I, Anna R. Carr, being first duly sworn, hereby state as follows:

1. My full name is Anna Ruth Carr.

2. Pursuant to Local Rule 83.1(d), I make this affidavit in support of the motion for my admission *pro hac vice* in the above-captioned matter.

3. My office address, telephone number, fax number and e-mail address are: Robins, Kaplan, Miller & Ciresi, 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E., Atlanta, Georgia 30326-1119, Tel. No.: 404-760-4300, Fax No.: 404-223-1267, email arcarr@rkmc.com

4. I am presently an attorney with Robins, Kaplan, Miller & Ciresi.

5. I have been admitted to practice in the following courts and I am in good standing with such courts: North Carolina (August 26, 2003), United States District Court for the Middle

District of North Carolina (August 4, 2004), and the United States District Court for the Eastern District of North Carolina (September 12, 2003).

6. No disciplinary or grievance proceedings have been filed or are currently pending against me. I have never been denied admission or disciplined by this Court or any other court.

7. Pursuant to Local Rule 83.1(c), service of all papers may be made upon Jason M. Kuselias of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103.

8. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

FURTHER, AFFIANT SAYETH NOT.

_Anna R. Carr_
Anna R. Carr

Dated: October 10, 2006

Subscribed and sworn to this
10 day of October, 2006
before me

_Donna Lee_
Notary Public
My commission expires:

ATI 30050926.1