IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:01-CV-577-CFD |
| ) | |
| PAG, LTD., ) | |
| ) | |
| Defendant, Counterclaim and ) | |
| Third Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ANTON/BAUER, INC. and ) | |
| ALEX DESORBO ) | |
| ) | |
| Counterclaim and Third ) | |
| Party Defendants ) | |
| ) | |

**<u>APPEARANCE</u>**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:     PAG, Ltd.

| | |
|---|---|
| October 27, 2006 | /s/Anna R. Carr |
| Date | Signature |
| | |
| phv01403 | Anna R. Carr |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| 404-760-4300 | 950 E Paces Ferry Rd, NE |
| Telephone Number | 2600 One Atlanta Plaza |
| | Atlanta, GA 30326 |
| 404-233-1267 | Address |
| Fax Number | |
| | |
| arcarr@rkmc.com | |
| E-mail address | |

- 1 -

AT1 30051356.1

- 2 -

## CERTIFICATE OF SERVICE

     I hereby certify that on October 27, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

               James T. Shearin
               Aimee J. Wood
               Pullman & Comley
               850 Main Street
               PO Box 7006
               Bridgeport, CT 06601-7006

     This 27th day of October, 2006.

               ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


               /s/Anna R. Carr
               Stephen R. Risley (ct22652)
               J. Scott Culpepper (ct22653)
               Anna R. Carr (phv01403)
               2600 One Atlanta Plaza
               950 East Paces Ferry Road, NE
               Atlanta, Georgia 30326
               Telephone: 404-760-4300
               Facsimile: 404-233-1267
               Email: srrisley@rkmc.com
               Email: jsculpepper@rkmc.com
               Email:  arcarr@rkmc.com

Jason M. Kuselias (ct20293)
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, Connecticut 06103
Telephone: 860-275-8200
Facsimile: 860-275-8299
Email: jkuselias@rc.com

Counsel for Defendant