UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC. | ) |
|       Plaintiff | ) CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| vs. | ) |
| PAG, LTD. | ) |
|       Defendant | ) |
| vs. | ) |
| ANTON/BAUER, INC. AND ALEX DESORBO | ) |
|       Defendant | ) NOVEMBER 8, 2006 |

## MOTION TO ADMIT PRO HAC VICE

The undersigned, a member of the bar of the this Court, requests the entry of an order under D. Conn. L. Civ. R. 8.1(d) that **Martin O'Donnell** of the law firm of **Cesari and McKenna LLP, 88 Black Falcon Avenue, Boston, MA 02210,** be admitted as visiting attorney for Plaintiff, **Anton/Bauer, Inc.,** for the purpose of this case.

Mr. O'Donnell is a member, in good standing, of the bars of the United States Supreme Court, Federal Circuit Court of Appeals, First Circuit Court of Appeals, Federal District Court, Massachusetts, and a Registered Patent Attorney, United States Patent and Trademark Office.

Mr. O'Donnell has never been denied or disciplined by this or any other court.

Mr. O'Donnel has reviewed and is now fully familiar with the District Court's Local Rules.

An affidavit attesting to these facts has been filed herewith.

**WHEREFORE**, the Plaintiff respectfully requests that he be admitted Pro Hac Vice as set forth herein.

          PLAINTIFF, ANTON/BAUER, INC.
          By: /s/ James T. Shearin
             James T. Shearin, Esq. – ct 01326
             Aimee J. Wood – ct 18702
             Pullman & Comley, LLC
             850 Main Street, P.O. Box 7006
             Bridgeport, CT  06601-7006
             Phone:  (203) 330-2000
             Facsimile:  (203) 576-8888

## **CERTIFICATION**

I hereby certify that on November 8, 2006 , a copy a this Motion to Admit Pro Hac Vice was mailed, first class, postage pre-paid mail or electronically to:

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
950 East Paces Ferry Road NE
2600 One Atlanta Plaza
Atlanta, Georgia 30326
Tel. 404 760 4300
Fax. 404 233 1267
E-Mail:  srrisley@rkmc.com
         jculpepper@rkmc.com

Jason M. Kuselias, Esq.
Jeffrey L. White, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. 860 275 8200
Fax 860 275 8299
E-Mail:  jkuselias@rc.com
         jwhite@rc.com

             /s/ James T. Shearin
             James T. Shearin –  ct 01326
             Aimee J. Wood – ct 18702

Bridgeport/57052.2/JTS/617952v1