UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC. | ) |
|       Plaintiff | ) CIVIL ACTION NO. 3:01-CV-577 (CFD) |
| vs. | ) |
| PAG, LTD. | ) |
|       Defendant | ) |
| vs. | ) |
| ANTON/BAUER, INC. AND ALEX DESORBO | ) |
|       Defendant | ) NOVEMBER 6, 2006 |

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

1. I am over the age of eighteen (18) years of age and believe in the obligations of an oath.

2. I am an attorney in the law firm of Cesari and McKenna LLP ("Cesari McKenna"), 88 Black Falcon Avenue, Boston, MA 02210. My telephone number is (617) 951-3046, my facsimile number is (617) 951-3927 and my e-mail address is mod@c-m.com.

3. I am a member, in good standing, of the bars of the United States Supreme Court, Federal Circuit Court of Appeals, First Circuit Court of Appeals, Federal District Court, Massachusetts, and a Registered Patent Attorney, United States Patent and Trademark Office.

4. I do not have a grievance pending against me, nor have I been denied admission, reprimanded, suspended, placed on inactive status, disbarred or disciplined by this or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

1

6. Cesari and McKenna specializes in intellectual property matters. It has been asked by Anton/Bauer, Inc. to assist it in this matter.

7. I state under penalty of perjury that the foregoing is true and correct. Executed pursuant to Title 28, United States Code, Section 1746 of this 7th of November, 2006.

_____
Martin O'Donnell

## CERTIFICATION

I hereby certify that on November 8, 2006, a copy a this Affidavit in Support of Motion to Admit Pro Hac Vice was mailed, first class, postage pre-paid mail or electronically to:

Stephen R. Risley, Esq.
J. Scott Culpepper, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
950 East Paces Ferry Road NE
2600 One Atlanta Plaza
Atlanta, Georgia 30326
Tel. 404 760 4300
Fax. 404 233 1267
E-Mail: srrisley@rkmc.com
        jculpepper@rkmc.com

Jason M. Kuselias, Esq.
Jeffrey L. White, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. 860 275 8200
Fax 860 275 8299
E-Mail: jkuselias@rc.com
        jwhite@rc.com

_____
James T. Shearin – ct 01326

Bridgeport/57052.2/JTS/617953v1

3