# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.<br><br>        Plaintiff<br>vs.<br><br>PAG, LTD.<br>        Defendant<br>vs.<br><br>ANTON/BAUER, INC. AND<br>ALEX DESORBO<br><br>        Defendant | CIVIL ACTION<br>NO. 3:01-CV-577 (CFD)<br><br><br><br>November 22, 2006 |

## NOTICE OF DISMISSAL

Plaintiff, Anton/Bauer, Inc., hereby dismisses its Complaint in the above-captioned matter, pursuant to the parties Agreement and in accordance with Fed. R. Civ. P. 41, with prejudice.

    PLAINTIFF, ANTON/BAUER, INC. and
THIRD-PARTY DEFENDANT, ANTON/BAUER,
INC. and ALEX DESORBO
By: /s/ James T. Shearin
    James T. Shearin – ct 01326
    Aimee J. Wood – ct 18702
    Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    Phone:  (203) 330-2000
    Facsimile:  (203) 576-8888
    jtshearin@pullcom.com
    awood@pullcom.com

**CERTIFICATION**

      Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

      Stephen R. Risley, Esq.
      J. Scott Culpepper, Esq.
      Robins, Kaplan, Miller & Ciresi L.L.P.
      950 East Paces Ferry Road NE
      2600 One Atlanta Plaza
      Atlanta, Georgia 30326
      Tel. 404 760 4300
      Fax. 404 233 1267
      E-Mail:  srrisley@rkmc.com
              jculpepper@rkmc.com

      Jason M. Kuselias, Esq.
      Jeffrey L. White, Esq.
      Robinson & Cole LLP
      280 Trumbull Street
      Hartford, CT 06103-3597
      Tel. 860 275 8200
      Fax 860 275 8299
      E-Mail:  jkuselias@rc.com
              jwhite@rc.com

                          /s/ James T. Shearin
                          James T. Shearin –  ct 01326
                          Aimee J. Wood – ct 18702

Bridgeport/57052.2/JTS/621102v1