# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC., ) | |
|     Plaintiff, ) | |
| ) | Civil Action |
| v. ) | File No.: 3:01-CV-577-CFD |
| ) | |
| PAG, LTD., ) | |
|     Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTON/BAUER, INC. and ALEX ) | |
| DESORBO, ) | |
|     Counterclaim and Third Party ) | |
|     Defendants ) | |
| _____ ) | |

## NOTICE OF DISMISSAL

Defendant, PAG, Ltd., herby dismisses its Counterclaim and Third Party Complanit in the above-referenced matter, pursuant to the parties Agreement and in accordance with Fed. R. Civ. P. 41, with prejudice.

                                                  s/Stephen R. Risley

                                                  Stephen R. Risley (ct22652)
                                                  J. Scott Culpepper (ct22653)
                                                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                                  2600 One Atlanta Plaza
                                                  950 East Paces Ferry Road, NE
                                                  Atlanta, Georgia 30326
                                                  Telephone: 404-760-4300
                                                  Facsimile: 404-233-1267

AT1 30052084.1

Email: srrisley@rkmc.com
Email: jsculpepper@rkmc.com

Jason M. Kuselias (ct20293)
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, Connecticut 06103
Counsel for Defendant PAG, Ltd.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTON/BAUER, INC.,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PAG, LTD.,  )<br>    Defendant,  )<br>  )<br>v.  )<br>  )<br>ANTON/BAUER, INC. and ALEX  )<br>DESORBO,  )<br>  )<br>    Counterclaim and Third Party  )<br>    Defendants  )<br>  ) | Civil Action<br>File No.: 3:01-CV-577-CFD |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

> James T. Shearin
> Aimee J. Wood
> Pullman & Comley
> 850 Main Street
> PO Box 7006
> Bridgeport, CT 06601-7006

AT1 30052084.1

This 29th day of November, 2006.

                                        s/Stephen R. Risley
                                        Stephen R. Risley
Connecticut State Bar No. 22652
J. Scott Culpepper
Connecticut State Bar No. 22653
Anna R. Carr
PHV No. 01403
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326-1386
Telephone: (404) 760-4300
Facsimile: (404) 233-1267

Counsel for Defendant and
Third Party Plaintiff, PAG, LTD.